IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DUSTIN J. DENUNZIO<br>ANTHONY GATTINERI, and<br>CHARLES A. LIGHTBODY<br><br>Defendants. | Criminal No.  14-cr-10284-NMG |

## JOINT MEMORANDUM FOR INTERIM STATUS REPORT

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(a).

1. <u>Status of Automatic Discovery and Any Pending Discovery Request</u>

On October 30, 2014, the government produced automatic discovery as required under the Local Rules.  The government produced further automatic discovery on November 4, 2014, after entry of the Protective Order.  To date, the government has produced to the defendants approximately 39,000 emails, 2,200 audio recordings and 8,300 pages of transcripts, reports and other records, and the government has made available for the defendants' review additional paper records.  There are no pending discovery requests.

2. <u>The Timing of Any Additional Discovery to be Produced</u>

The government will make such further and pre-trial disclosures as are required by law.

3. <u>The Timing of Any Additional Discovery Requests</u>

On January 28, 2015, counsel for Dustin DeNunzio served additional discovery requests on the government.  The government will respond to such requests pursuant to the applicable rules.

4. <u>Protective Orders</u>

The Court endorsed a Protective Order on October 31, 2014. <u>See</u> Docket No. 36.

5. <u>The Timing of Pretrial Motions</u>

The defendants will file any pretrial motions pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure by May 15, 2015.

6. <u>The Timing of Expert Witness Disclosures</u>

The defendants request expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 60 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

7. <u>Defenses of Insanity, Public Authority or Alibi</u>

The defendants do not intend to present defenses based on insanity, public authority or alibi.

8. <u>Excludable delay</u>

The parties jointly ask the Court to exclude the time from February 3, 2015 until the date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have needed the time, and continue to need the time, to produce and review discovery in this case. The ends of justice served by this exclusion outweigh the interests of the public and the defendants in a speedy trial.

9. <u>Status of Plea Discussions and Likelihood and Estimated Length of Trial</u>

The government estimates the length of its case in chief as two weeks.

10. <u>Final/interim status conference</u>

The parties ask the Court to schedule a further interim status conference in approximately 30 days.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

January 28, 2015          By:   */s/Kristina E. Barclay*
                                Kristina E. Barclay
                                Assistant U.S. Attorney

DUSTIN J. DENUNZIO              ANTHONY GATTINERI
By his attorneys,               By his attorneys,

*/s/Joshua S. Levy*             */s/Michael J. Connolly*
Joshua S. Levy, Esq.            Michael J. Connolly, Esq.
Aaron Katz, Esq.                Laura B. Angelini, Esq.
Ropes & Gray LLP                Hinckley Allen

Thomas J. Butters, Esq.
Butters Brazilian


CHARLES A. LIGHTBODY
By his attorneys,


*/s/ Charles W. Rankin*
Charles W. Rankin, Esq.
Rankin & Sultan

Timothy Flaherty, Esq.
Flaherty Law Offices