IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>DUSTIN J. DENUNZIO<br>ANTHONY GATTINERI, and<br>CHARLES A. LIGHTBODY<br><br>            Defendants. | Criminal No.  14-cr-10284-NMG |

## JOINT MEMORANDUM FOR INTERIM STATUS REPORT

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(a).

1.      Status of Automatic Discovery and Any Pending Discovery Request

On October 30, 2014, the government produced automatic discovery as required under the Local Rules.  The government produced further automatic discovery on November 4, 2014, after entry of the Protective Order.  The government has made further productions at the request of the defendants on February 11 and 13, 2015 and March 3, 2015.  To date, the government has produced to the defendants approximately 39,000 emails, 2,200 audio recordings and 8,300 pages of transcripts, reports and other records, and the government has made available for the defendants' review additional paper records.  On March 4, 2015, the defendants filed a Motion to Compel certain discovery.  See Docket No. 59.

2.      The Timing of Any Additional Discovery to be Produced

The government will make such further and pre-trial disclosures as are required by law.

3.   The Timing of Any Additional Discovery Requests

There are no anticipated additional discovery requests.

4.   Protective Orders

The Court endorsed a Protective Order on October 31, 2014.  See Docket No. 36.

5.   The Timing of Pretrial Motions

The defendants will file any pretrial motions pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure by June 15, 2015.  The defendants have served the government with requests for particulars and anticipate filing a motion for a bill of particulars in the event that the government declines to voluntarily provide the particulars.

6.   The Timing of Expert Witness Disclosures

The defendants request expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 60 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

7.   Defenses of Insanity, Public Authority or Alibi

The defendants do not intend to present defenses based on insanity, public authority or alibi.

8.   Excludable delay

The government and defendant Charles Lightbody ask the Court to exclude the time from March 12, 2015 until the date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have needed the time, and continue to need the time, to produce and review discovery in this case.  The ends of justice served by this exclusion outweigh the interests of the public and the defendants in a speedy trial.

9. <u>Status of Plea Discussions and Likelihood and Estimated Length of Trial</u>

The government estimates the length of its case in chief as two weeks.

10. <u>Final/interim status conference</u>

The parties ask the Court to schedule a further interim status conference in approximately 30 days.

                                        Respectfully submitted,

                                        CARMEN M. ORTIZ
                                        United States Attorney

Dated: March 5, 2015        By:   <u>/s/Kristina E. Barclay</u>
                                         Kristina E. Barclay
                                         Assistant U.S. Attorney

| DUSTIN J. DENUNZIO | ANTHONY GATTINERI |
| --- | --- |
| By his attorneys, | By his attorneys, |
| | |
| <u>/s/Aaron Katz</u> | <u>/s/Michael J. Connolly</u> |
| Joshua S. Levy, Esq. | Michael J. Connolly, Esq. |
| Aaron Katz, Esq. | Laura B. Angelini, Esq. |
| Ropes & Gray LLP | Hinckley Allen |
| | |
| Thomas J. Butters, Esq. | |
| Butters Brazilian | |

CHARLES A. LIGHTBODY
By his attorneys,

<u>/s/Charles W. Rankin</u>
Charles W. Rankin, Esq.
Rankin & Sultan

Timothy Flaherty, Esq.
Flaherty Law Offices