# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**(1) DUSTIN J. DENUNZIO,**<br>**(2) ANTHONY GATTINERI, and**<br>**(3) CHARLES A. LIGHTBODY,**<br><br>**Defendants.** | **Criminal No: 14-CR-10284-NMG**<br><br>**ORAL ARGUMENT REQUESTED** |

## MOTION TO WITHDRAW DOCUMENT

Defendants Dustin DeNunzio and Anthony Gattineri move to withdraw their previously filed motion for severance, and its accompanying memorandum of law, due to an inadvertent error in the signature block. Corrected copies of this motion and memorandum of law will be filed forthwith.

Respectfully submitted,

/s/ Aaron M. Katz
Joshua S. Levy (BBO #563017)
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
Prudential Center
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000
Fax: (603) 951-7050
Joshua.Levy@ropesgray.com
Aaron.Katz@ropesgray.com

*Attorneys for Dustin DeNunzio*

1

53156203 v1

/s/ Michael J. Connolly_____
Michael J. Connolly (BBO #638611)
Laura B. Angelini  (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000
Fax: (617) 345-9020
mconnolly@hinckleyallen.com
langelini@hinckleyallen.com

*Attorneys for Anthony Gattineri*

Dated: March 20, 2015

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendants have in good faith attempted to confer with counsel for the Government to resolve or narrow the issues presented by this motion, and that the disputed issues remain unresolved.

/s/  Joshua S. Levy_____
Joshua S. Levy

## CERTIFICATE OF SERVICE

I, Joshua S. Levy, hereby certify that, on March 20, 2015, true and accurate copies of the foregoing were served on counsel for the Government through ECF.

/s/ Joshua S. Levy_____
Joshua S. Levy

53156203 v1