IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  vs.<br><br>DUSTIN J. DENUNZIO<br>ANTHONY GATTINERI, and<br>CHARLES A. LIGHTBODY<br><br>           Defendants. | Criminal No.  14-cr-10284-NMG |

## MEMORANDUM FOR APRIL 21, 2015 STATUS CONFERENCE

The government submits this memorandum in advance of the April 21, 2015 status conference, which was scheduled as a Final Status Conference.  While counsel for Charles A. Lightbody has indicated his assent to this memorandum, counsel for Dustin DeNunzio and Anthony Gattineri do not join in this memorandum.

1.    None of the defendants request that this case be transferred to the District Judge for a Rule 11 hearing.

2.    Counsel for Charles Lightbody has been on trial since January 9 in Commonwealth v. Hernandez, Bristol Superior Court No. 13-983.  Counsel was engaged in pretrial hearings and trial preparation for much of November and December before the trial began.  As a result of this commitment, counsel has been unable to review the discovery, decide on what other discovery to seek, and decide on substantive motions.  Counsel for Mr. Lightbody requests that a final status conference be scheduled for 60 days after the Hernandez case concludes so that he may review the discovery, decide what other discovery to seek, and decide which if any substantive motions to file.

It is the government's position that the case should not be sent to the District Judge for pretrial proceedings until all of the defendants have had an opportunity to review the discovery, decide on what other discovery to seek, and decide on substantive motions. Accordingly, the government agrees to the 60-day extension of time for the final status conference in this case, as requested by counsel for Lightbody.

Without waiving its position regarding an extension of time for the final status conference in this case, the government notes the following pursuant to Local Rule 116.5(c):

A. Except as set forth herein, the United States has produced or made available all discovery that it is required to produce at this time. The defendants have not provided any discovery.

B. The defendants served an additional discovery request on the government on April 15, 2015. The government will respond to the request on or before May 6, 2015, pursuant to Local Rule 116.3(a).

C. Counsel for defendant Lightbody has requested an extension of time to determine whether he intends to file any motions under Fed. R. Crim. P. 12(b). Counsel for defendants DeNunzio and Gattineri have not indicated that they will file any motions under Fed. R. Crim. P. 12(b).

D. The Court should order the exclusion of time between April 21, 2015 and the date of the initial pretrial conference before the District Court. There are 70 days of non-excludable days remaining. The pending Motion to Sever (Docket No. 71) is currently tolling the running of the time period under the Speedy Trial Act.

E.   The United States estimates that its case in chief will last 15 trial days;

                                                 Respectfully submitted,

                                                 CARMEN M. ORTIZ
                                                 United States Attorney

Dated: April 20, 2015            By:   */s/Kristina E. Barclay*
                                                      Kristina E. Barclay
                                                      Assistant U.S. Attorney