IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  vs.<br><br>DUSTIN J. DENUNZIO<br>ANTHONY GATTINERI, and<br>CHARLES A. LIGHTBODY<br><br>  Defendants. | Criminal No.  14-cr-10284-NMG |

**DEFENDANTS DUSTIN DENUNZIO AND ANTHONY GATTINERI'S
MEMORANDUM FOR APRIL 21, 2015 STATUS CONFERENCE**

Defendants Dustin DeNunzio ("Mr. DeNunzio") and Anthony Gattineri ("Mr. Gattineri") submit this memorandum in advance of the April 21, 2015 status conference, which was scheduled as a Final Status Conference.

1. Counsel for Mr. DeNunzio and Mr. Gattineri understand that counsel for Defendant Charles Lightbody has requested a final status conference to be held within the next sixty days, as a result of counsel's involvement in the matter of Commonwealth v. Hernandez, Bristol Superior Court No. 13-983.

2. Mr. DeNunzio and Mr. Gattineri do not oppose this request with respect to Mr. Lightbody's case.  However, Mr. DeNunzio and Mr. Gattineri request that this matter be sent up to the District Judge at this time for pretrial proceedings relating to Mr. DeNunzio and Mr. Gattineri.

3. Mr. DeNunzio and Mr. Gattineri also move for a pretrial conference before the District Judge in order to resolve the pending Motion to Sever (Docket No. 71) and to schedule a trial date.  Counsel for Mr. DeNunzio and Mr. Gattineri intend to seek a trial date commencing in September 2015.

4. Counsel for Mr. DeNunzio and Mr. Gattineri will be filing a proposed Reply to the Government's Opposition to the Motion to Sever by April 24, 2015.

5. Counsel for Mr. DeNunzio and Mr. Gattineri intend to file a motion to dismiss pursuant to Rule 12(b)(3)(B) and may also file motions to suppress pursuant to Rule 12(b)(4)(B), consistent with the May 15, 2015 deadline set by this Court for filing motions pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure.

6. Counsel for Mr. DeNunzio and Mr. Gattineri also are considering whether to seek District Court review of the April 14, 2015 Memorandum and Order Re: Defendants' Motion to Compel (Docket Entry #59); Defendants' Motion for a Bill of Particulars (Docket Entry #68) (Docket No. 93).

Respectfully submitted,

/s/ Aaron M. Katz
Joshua S. Levy (BBO #563017)
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
Prudential Center
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000
Fax: (603) 951-7050
Joshua.Levy@ropesgray.com
Aaron.Katz@ropesgray.com

Todd Foster
(*admitted pro hac vice*)
Todd Foster Law Group
1881 West Kennedy Blvd.
Tampa, FL 33606
Phone: (813) 229-7373
Fax: (813) 280-9981
tfoster@tfosterlaw.com

*Attorneys for Dustin DeNunzio*

/s/ Laura B. Angelini
Michael J. Connolly (BBO #638611)
Laura B. Angelini (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000
Fax: (617) 345-9020
mconnolly@hinckleyallen.com
langelini@hinckleyallen.com

*Attorneys for Anthony Gattineri*

Date: April 20, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 10, 2014.

/s/ Laura B. Angelini
Laura B. Angelini

1.