UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
_____

No. 14-CR-10284-NMG
_____

UNITED STATES
v.

CHARLES LIGHTBODY
Defendant
_____

**DEFENDANT'S MOTION TO MODIFY CONDITION OF RELEASE –
PERMIT TRAVEL TO NEW HAMPSHIRE TO VISIT SUMMER HOUSE**

The defendant, Charles Lightbody, by his counsel, moves for an order to modify the conditions of his release so that he may travel to New Hampshire to visit his summer home at * Minge Cove Road, Alton, NH 03810. In support of this motion, defendant states:

1. The defendant has been indicted for wire fraud and conspiracy to commit wire fraud in connection with his alleged financial interest in a parcel of land in Everett, Massachusetts. On October 7, 2014, the Court released defendant on conditions, including the filing of an unsecured bond and night-time curfew requiring him to be home between 9:00 p.m. and 7:00 a.m. The defendant was required to wear an electronic bracelet which allowed Pretrial Services to monitor compliance with the curfew.

2. On March 6, 2015, the defendant moved to modify his conditions of release in order to eliminate the electronic monitoring and substitute a $50,000 bond secured by his home in Revere. (Documents 61). That motion was allowed by the Court on March 9.

3. On April 10, 2015, the defendant moved for leave to travel to Ft. Lauderdale, Florida for a vacation with his family between April 15 and April 27. On April 14, the Court

allowed that motion.

4. The defendant has abided by all conditions since his release.

5. The defendant has been diagnosed with lymphoma. He is expected to start a six month course of chemotherapy shortly at the Massachusetts General Hospital in Boston; the treatment will require him to undergo a cycle of four days of treatment, followed by a three week rest period, followed by another cycle of four days of treatment, followed by a three week rest period, etc.

6. The defendant has a summer cottage on Lake Winnipesaukee that he shares with his family. It is located on Minge Cove Road, Alton, New Hampshire. The exact address has been furnished to the Probation Department and government counsel. The defendant requests permission to travel to New Hampshire to spend the weekends at his family's summer cottage. Typically, the defendant would drive to the house on Thursday or Friday with his long-time girl friend and their daughter and return on Monday. The house is about one hour and 45 minutes from their house in Revere. The schedule will vary because of the treatment to defendant is scheduled to receive for his lymphoma.

7. The defendant will notify the Probation Department of his itinerary in advance of his travel.

8. Both the Probation Officer (Brett Wingard) and the Assistant U.S. Attorney (Kristina Barclay) have stated that they defer to the Court on this motion.

Respectfully submitted
The defendant Charles Lightbody
By his counsel

/s/ Charles W. Rankin

_____
Charles W. Rankin, BBO No. 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617) 720-0011

## CERTIFICATE OF SERVICE

     I certify that the foregoing document will be served upon counsel of record though the CM/ECF system on May 12, 2015.

/s/ Charles W. Rankin

_____
Charles W. Rankin