IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    vs.<br><br>DUSTIN J. DENUNZIO<br>ANTHONY GATTINERI, and<br>CHARLES A. LIGHTBODY<br><br>            Defendants. | Criminal No.  14-cr-10284-NMG |

**JOINT MOTION FOR ENDS-OF-JUSTICE CONTINUANCE,
AND EXCLUSION OF TIME,
UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through Assistant United States Attorney Kristina E. Barclay, and defendant Charles Lightbody, through undersigned counsel, respectfully move this Court to grant a continuance of the time within which the trial of the charged offenses must commence, and exclude the time period from July 22, 2015, through and including August 24, 2015, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008) on the grounds that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendants in a speedy trial.  The parties further ask this Court to issue the attached proposed *Order of Continuance and Excludable Delay*.  In support of this request, the parties state as follows:

1. At a status conference in this case on November 20, 2014, the government notified the Court of the significant volume of discovery provided to the defendants in this case.

2. At a status conference in this case on February 3, 2015, the Court set a June 15, 2015 date for the filing of pretrial motions, and scheduled a further interim status conference for March 12, 2015.

3. At a status conference on March 12, 2015, the Court set a hearing date on pending motions for April 6, 2015, and scheduled an interim status conference as to defendant Lightbody on April 6, 2015.

4. At a status conference on April 6, 2015, the Court heard arguments on two pending motions and took them under advisement, and scheduled a final status conference as to all defendants on April 21, 2015.

5. At a status conference on April 21, 2015, counsel for defendant Charles Lightbody requested additional time to review discovery in this matter and determine whether to file pretrial motions. The Court scheduled a Final Status Conference as to Lightbody for June 23, 2015.

6. On June 23, 2015, the Court granted defendant Charles Lightbody's Motion to Continue and rescheduled the Final Status Conference for July 22, 2015.

7. On July 22, 2015, the Court granted defendant Charles Lightbody's request to continue the Final Status Conference to August 24, 2015, to allow him to complete his review of the discovery in this case.

8. The parties ask the Court to enter an order excluding from the speedy trial computation the period from the date of the status conference through and including the date of the final status conference, as set forth in the attached proposed order. The parties jointly agree that

this period constitutes "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion" and/or "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

        9.      A proposed order is attached.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

          By:    */s/Kristina E. Barclay*
                KRISTINA E. BARCLAY
                Assistant U.S. Attorney

CHARLES A. LIGHTBODY
By his attorneys,

*/s/Charles W. Rankin*
Charles W. Rankin, Esq.
Michelle Menken, Esq.
Emmanuelle Debouverie, Esq.
Rankin & Sultan

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                /s/ Kristina E. Barclay
                Kristina E. Barclay
                Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

DUSTIN J. DENUNZIO
ANTHONY GATTINERI, and
CHARLES A. LIGHTBODY

         Defendants.

Criminal No.  14-cr-10284-NMG

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

### July __, 2015

BOWLER, M.J

    Upon consideration of the parties' joint motion seeking a continuance and an order of excludable delay, the Court finds as follows:

    1.    At a status conference in this case on November 20, 2014, the government notified the Court of the significant volume of discovery provided to the defendants in this case.

    2.    At a status conference in this case on February 3, 2015, the Court set a June 15, 2015 date for the filing of pretrial motions, and scheduled a further interim status conference for March 12, 2015.

    3.    At a status conference on March 12, 2015, the Court set a hearing date on pending motions for April 6, 2015, and scheduled a final status conference (as to defendants DeNunzio and Gattineri) or interim status conference (as to defendant Lightbody) on April 6, 2015.

4

4. At a status conference on April 6, 2015, the Court heard arguments on two pending motions and took them under advisement, and scheduled a final status conference as to all defendants on April 21, 2015.

5. At a status conference on April 21, 2015, counsel for defendant Charles Lightbody requested additional time to review discovery in this matter and determine whether to file pretrial motions. The Court scheduled a Final Status Conference as to Lightbody for June 23, 2015.

6. On June 23, 2015, the Court granted defendant Charles Lightbody's Motion to Continue and rescheduled the Final Status Conference for July 22, 2015.

7. On July 22, 2015, the Court granted defendant Charles Lightbody's request to continue the Final Status Conference to August 24, 2015. I find, given the specific circumstances in this case, that this continuance constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv) and Section 5(B)(7)(c)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

8. The ends of justice served by granting the requested continuance, and excluding the time period from July 22, 2015 through and including August 24, 2015 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts.

Accordingly, the Court hereby grants the parties' joint motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§§ 3161(h)(1)(D), 3161(h)(7)(A) and

3161(h)(7)(B)(iv) and Sections 5(b)(7)(A), 5(b)(7)(B) and 5(b)(7)(C)(iv) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts, (1) the date on which the trial must commence is continued; and (2) the period from July 22, 2015 through and including August 24, 2015 is excluded from the speedy trial clock and from the time within which the trial of the offenses charged in the indictment must commence.[1]

                                                _____
                                                **MARIANNE B. BOWLER, U.S.M.J.**

---

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within ten (10) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services,* 848 F.2d 271, 275 (1st Cir. 1988), *United States v. Valencia-Copete*, 792 F.2d 4, 6 (1st Cir. 1986), *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603, 605 (1st Cir. 1980), *United States v. Vega*, 678 F.3d 376, 378-379 (1st Cir. 1982), *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *see also Thomas v. Arn*, 474 U.S. 140, 142 (1985).