## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>**v.** )<br><br>**(1) DUSTIN J. DENUNZIO,** )<br>**(2) ANTHONY GATTINERI, and** )<br>**(3) CHARLES A. LIGHTBODY,** )<br><br>**Defendants.** )<br> )<br> )<br> )<br> )<br> ) | **Criminal No:  14-CR-10284-NMG** |

## MOTION FOR ENTRY OF AN ORDER
## PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)

Defendant Dustin DeNunzio has served upon Wynn Resorts Limited and its Chief Executive Officer, Steve Wynn, a subpoena *duces tecum*, pursuant to Federal Rule of Criminal Procedure 17(c), for certain documents.  For the benefit of the subpoena recipients, Defendants request that the Court enter an Order pursuant to Federal Rule of Evidence 502(d), which shall apply with respect to Wynn Resorts' and Mr. Wynn's production of documents in response to Mr. DeNunzio's Rule 17(c) subpoena.  Defendants have submitted a Proposed Order as an Exhibit to this motion.

Counsel for Defendants have conferred with the Government with respect to this motion, and counsel for the Government has advised that the Government is not going to take a position on this issue.  Counsel for the subpoena recipients agree to the entry of Defendants' Proposed Order.

Respectfully submitted,

/s/ Aaron M. Katz
Joshua S. Levy (BBO #563017)
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
Prudential Center
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000
Fax: (603) 951-7050
Joshua.Levy@ropesgray.com
Aaron.Katz@ropesgray.com

*Attorneys for Dustin DeNunzio*

/s/ Michael J. Connolly
Michael J. Connolly (BBO #638611)
Laura B. Angelini  (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000
Fax: (617) 345-9020
mconnolly@hinckleyallen.com
langelini@hinckleyallen.com

*Attorneys for Anthony Gattineri*

/s/ Charles W. Rankin
Charles W. Rankin (BBO #411780)
Rankin & Sultan
151 Merrimac St. #200
Boston, MA 02114
crankin@rankin-sultan.com

*Attorney for Charles Lightbody*

Dated: November 9, 2015

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendants have in good faith attempted to confer with counsel for the Government to resolve or narrow the issues presented by this motion, and that Government counsel advised that the Government is not going to take a position on this issue.

/s/  Aaron M. Katz
Aaron M. Katz

## **CERTIFICATE OF SERVICE**

I, Aaron M. Katz, hereby certify that, on November 9, 2015, true and accurate copies of the foregoing were served on counsel for the Government through ECF.

/s/ Aaron M. Katz
Aaron M. Katz