UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

No. 14-CR-10284-NMG

_____

UNITED STATES

v.

CHARLES LIGHTBODY,
Defendant

_____

**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTIONS TO SUPPRESS AND RELATED DOCUMENTS UNDER SEAL**

The defendant Charles Lightbody moves for leave to file his motions to suppress, supporting memorandum of law, and affidavit of counsel, with exhibits, under seal. In support of this motion, defendant states that the pleadings refer to discovery provided to defendants under the Second Protective Order, which requires that those documents be filed under seal and pleadings referencing them be filed under seal. *See* Document 189, ("Submissions to the Court containing or referring to documents or information produced pursuant to the SECOND PROTECTIVE ORDER shall be filed under seal, unless otherwise ordered by the Court.")

Respectfully submitted
The defendant Charles Lightbody
By his counsel

/s/ Charles W. Rankin

_____
Charles W. Rankin, BBO No. 411780
Emmanuelle Debouverie
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114
(617) 720-0011

## CERTIFICATE OF SERVICE

I certify that each of the parties will be served via the CM/ECF system on December 7, 2015.

/s/ Charles W. Rankin
_____
Charles W. Rankin