# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) <br> ) <br> ) |
| v. | ) <br> ) |
| (1) DUSTIN J. DENUNZIO, <br> (2) ANTHONY GATTINERI, and <br> (3) CHARLES A. LIGHTBODY, | ) <br> )    Criminal No: 14-CR-10284-NMG <br> ) <br> ) |
| **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT DUSTIN DENUNZIO'S MEMORANDUM JOINING DEFENDANT CHARLES LIGHTBODY'S MOTION TO SUPPRESS

Defendant Dustin DeNunzio hereby respectfully joins in full defendant Charles Lightbody's Motion to Suppress, filed under seal on December 11, 2015.

Respectfully submitted,

/s/ Aaron M. Katz
Joshua S. Levy (BBO #563017)
Aaron M. Katz (BBO #662457)
Alexandra L. Roth (BBO # 687847)
Ropes & Gray LLP
Prudential Center
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000
Fax: (603) 951-7050
Joshua.Levy@ropesgray.com
Aaron.Katz@ropesgray.com
Alexandra.Roth@ropesgray.com

*Attorneys for Dustin DeNunzio*

Dated: December 18, 2015

Block DocID

**CERTIFICATE OF SERVICE**

I, Aaron M. Katz, hereby certify that, on December 18, 2015, true and accurate copies of the foregoing were served on counsel for the Government through ECF.

/s/ *Aaron M. Katz*_____
Aaron M. Katz