CONFIRMATION OF REPRESENTATION

The undersigned, being duly sworn, state and reaffirm, that to the best of their knowledge, the Representations of Seller set forth in Section 5 of the Ninth Amendment to Option Agreement dated November 26, 2013, by and between FBT Everett Realty, LLC, a Massachusetts limited liability company ("**Seller**") and Wynn MA, LLC, a Nevada limited liability company ("**Purchaser**") as follows:

    5.    <u>Representations of Seller</u>. To induce Purchaser to execute, deliver and perform its obligations under the Agreement, Seller hereby represents the following on and as of the Amendment Effective Date and on and as of the Closing Date:

<u>Schedule 3</u> is a true and accurate list of (i) each person with a legal or beneficial ownership interest, direct or indirect, in Seller (a "<u>Beneficiary</u>"), (ii) the percentage interest in Seller of each such Beneficiary, and (iii) the address of each Beneficiary. Neither Seller nor any Beneficiary has made, or has any agreement, whether oral or written, to make, any payments to any other person or entity from the proceeds of the Agreement including, without limitation, any of the option payments made pursuant to Section 2.2 or any portion of the Purchase Price.

For clarity, Seller's current source of income is the option payments, and such funds are used to pay third parties, including attorneys, City of Everett (real estate taxes), City of Boston (real estate taxes) and payments to Trip McCoy of TM Capital Advisors, a gaming consultant. In the event of a completed transaction, Trip McCoy will be paid consulting fees regarding his services as a gaming consultant and █████████████████████████ will be paid consulting fees regarding services in connection with land development consulting which began when Seller acquired the property in 2009.

(remainder of this page intentionally left blank)

Signed under the pains and penalties of perjury this 23rd day of December 2013.

The DeNunzio Group, LLC

By: _____,
Dustin DeNunzio, Manager

~~COMMONWEALTH OF MASSACHUSETTS~~

_____, ss.

On this 23rd day of December, 2013, before me, the undersigned notary public, personally appeared Dustin DeNunzio, manager and authorized signatory of The DeNunzio Group, LLC, who proved to me through satisfactory evidence of identification, which was a Massachusetts driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____, Notary Public
My Commission Expires: _____

SALVATORE MATERIA
MY COMMISSION # EE 124334
EXPIRES: October 25, 2015
Bonded Thru Budget Notary Services

4