EXHIBIT C

**From:** Dustin J. DeNunzio <DJD@TheDeNunzioGroup.com>
**Sent:** Thursday, January 17, 2013 8:26 AM
**To:** Sinatra, Kim <Kim.Sinatra@wynnresorts.com>
**Subject:** Equity Holders in FBT - Everett, MA

---

Kim –

I assume that you receive the quote that was sent to the Boston Herald. If you want the party line to be changed at all please let us know.

Per our conversation, below are the three people who have interest in FBT Everett Realty LLC. Let me know if there are any issues. Hopefully that big party I threw when I was 13 doesn't cause any problems!

Paul Lohnes

75 Cambridge Parkway, Suite 100

Cambridge, MA 02142

Anthony Gattineri

22 McCall Road

Winchester, MA 01890

Dustin DeNunzio

305 Cambridge Street, Suite 3

Cambridge, MA 02141

Best,
Dustin

**DUSTIN J. DENUNZIO**

305 CAMBRIDGE ST, SUITE 3

CAMBRIDGE, MA 02141

T. (617) 945-2555

F. (617) 945-2556

M. (617) 216-3141

