| | |
|---|---|
| **From:** | Barclay, Kristina (USAMA) |
| **Sent:** | Tuesday, February 23, 2016 8:54 AM |
| **To:** | Levy, Joshua S.; Merritt, Theodore (USAMA); mconnolly@hinckleyallen.com; Charles Rankin (crankin@rankin-sultan.com) |
| **Subject:** | RE: Casino trial |

Josh –

Last week we produced the grand jury transcripts for Matt Elio, some of these items are identified in that transcript. Others will appear on the government's exhibit list. We do not believe there is any obligation for us to provide the Bates Numbers for exhibits we intend to use at trial any sooner than the court has required.

Also note that FBT produced the records in response to a grand jury subpoena and defense counsel have the results of the various search warrants, so this information is also within the defendants' control at this point in time.

Kristina

**From:** Levy, Joshua S. [mailto:Joshua.Levy@ropesgray.com]
**Sent:** Monday, February 22, 2016 4:14 PM
**To:** Merritt, Theodore (USAMA); mconnolly@hinckleyallen.com; Charles Rankin (crankin@rankin-sultan.com)
**Cc:** Barclay, Kristina (USAMA)
**Subject:** RE: Casino trial

Kristina and Ted,

The Government's 404(b) notice states your intention to introduce (1) "evidence of Dustin DeNunzio's deletion of inculpatory emails from his Rackspace email account," and (2) "evidence of defendants' failure to produce certain inculpatory emails in response to grand jury subpoenas" as evidence of defendants' consciousness of guilt at trial. In order to allow the defendants to adequately respond to the notice, could you please provide the bates numbers of the "inculpatory emails" the government is referring to in these allegations. If you object to providing this information, please indicate the grounds for your objection. Thanks

Josh

**Joshua S. Levy**
**ROPES & GRAY LLP**
T +1 617 951 7281 | F +1 617 235 0441 | M +1 617 645 7229
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
joshua.levy@ropesgray.com
www.ropesgray.com