UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 14-cr-10284-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| (1) DUSTIN J. DENUNZIO, | ) | |
| (2) ANTHONY GATTINERI, and | ) | |
| (3) CHARLES A. LIGHTBODY | ) | |
| | ) | |
| Defendants | ) | |

**GOVERNMENT'S RESPONSE TO DEFENANTS' MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO ANTHONY GATTINERI'S REFUSAL TO SIGN MASSACUSETTS GAMING COMMISSION CERTIFICATION**

Defendants have moved *in limine* to exclude the fact that Defendant Anthony Gattineri refused at first to sign a "Confirmation of Representation" requested by the Massachusetts Gaming Commission (the MGC) concerning the identity of the owners of FBT Everett LLC (FBT) (Docket Nos. 309, 310). The government does not intend to present evidence at trial that Gattineri refused, for a time, to sign a certification regarding FBT for the MGC. However, the government does intend to introduce the form of certification ultimately signed by Gattineri and the form of certification ultimately signed by Paul Lohnes and Defendant Dustin DeNunzio. The government further intends to argue that Gattineri's refusal to sign a certification that included representations about interests in FBT other than his own is evidence that even as of June 2014, Gattineri believed Lightbody could get money from the casino deal through some means other than Gattineri's share of FBT. However, since Defendants' Motion is limited to precluding the government from presenting evidence of Gattineri's initial refusal to sign the certification, and does not seek to preclude evidence or argument regarding the form Gattineri ultimately signed, the positions of Defendants and the government on this matter do not appear to be in conflict.

1

                                                  Respectfully submitted

                                                  CARMEN M. ORTIZ
                                                  United States Attorney

Date:   March 14, 2016                By:    */s/Kristina E. Barclay*
                                                  KRISTINA E. BARCLAY
                                                  S. THEODORE MERRITT
                                                  Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: March 14, 2016                            */s/ Kristina E. Barclay*
                                                  Assistant United States Attorney