UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 14-cr-10284-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| (1) DUSTIN J. DENUNZIO, | ) | |
| (2) ANTHONY GATTINERI, and | ) | |
| (3) CHARLES A. LIGHTBODY | ) | |
| | ) | |
| Defendants | ) | |

## UNITED STATES' EXHIBIT LIST

The United States respectfully submits this list of proposed exhibits for trial. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendants.

| Preliminary Exhibit No. | Description |
|---|---|
| 1 | Commonwealth of Massachusetts Department of Correction Inmate Transaction Report |
| 2 | 8/16/2012 Jail Call Between Darin Bufalino and Charles Lightbody |
| 3 | 8/22/2012 Jail Call Between Darin Bufalino and Charles Lightbody |
| 4 | 9/4/2012 Jail Call Between Darin Bufalino and Charles Lightbody |
| 5 | 11/13/2012 Jail Call Between Darin Bufalino and Charles Lightbody |
| 6 | 11/26/2012 Jail Call Between Darin Bufalino and Charles Lightbody |
| 7 | 12/5/2012 Jail Call Between Darin Bufalino and Charles Lightbody |
| 8 | 12/11/2012 Jail Call Between Darin Bufalino and Charles Lightbody |
| 9 | 12/20/2012 Jail Call Between Darin Bufalino and Charles Lightbody |
| 10 | 1/10/2013 Jail Call Between Darin Bufalino and Charles Lightbody |
| 11 | 2/21/2013 Jail Call Between Darin Bufalino and Charles Lightbody |
| 12 | 2/28/2013 Jail Call Between Darin Bufalino and Charles Lightbody |
| 13 | Lightbody Felony Conviction Records |
| 14 | Subscriber records for anthonyoliveoil@yahoo.com |
| 15 | Subscriber records for DJD@TheDeNunzioGroup.com |
| 16 | Subscriber records for calightbody@aol.com |
| 17 | Subscriber records for jamierusso@aol.com |
| 18 | 7/16/2012 email from Denunzio to Schwartz re: Followup (0.7.516.34387) |

| Preliminary Exhibit No. | Description |
|---|---|
| 19 | 8/1/2012 email from Denunzio to Lightbody cc: Mike Flood forwarding "Everett Site as a Destination Casino" and "Everett Land LOI" (0.7.516.35570) |
| 20 | 8/22/2012 email from Denunzio to Schwartz, Feldman and Manzo attaching fully executed LOI (0.7.516.36983) |
| 21 | 9/19/2012 emails between Schwartz and DeNunzio regarding polling (0.7.516.38771) |
| 22 | 10/2/2012 email from Denunzio to Lightbody forwarding Manzo email regarding OZ not moving forward, "I will call you in a few minutes." (0.7.516.39733) |
| 23 | 10/12/2012 to 10/16/2012 emails between Trip McCoy and DeNuznio regarding meetings (0.7.516.40902) |
| 24 | 10/18/2012 Trip McCoy Professional Services Agreement |
| 25 | 10/26/2012 emails from DeNunzio to Lightbody attaching "FBT Casino Layout 10.26.12"    (0.7.516.41916) |
| 26 | 11/13/2012 email from McCoy to DeNunzio re: Wynn (0.7.516.43308) |
| 27 | 1/16/2013 email from Lightbody to Russo forwarding DeNunzio email forwarding McCoy email with applicant summary (0.7.516.75306) |
| 28 | 11/8/2012 *Boston Herald* article "Everett in Talks with Hard Rock" |
| 29 | 11/13/2012 emails between Matt Maddox and DeNunzio regarding site visit (0.7.516.43310) |
| 30 | 11/16/2012 email from Maddox to DeNunzio attaching draft LOI (0.7.516.43575) |
| 31 | 11/20/2012 email from Maddox to DeNunzio attaching revised LOI (0.7.516.43924) |
| 32 | 11/27/2012 email from DeNunzio to Maddox attaching LOIs (0.7.516.44067) |
| 33 | 11/27/2012 email from Maddox to DeNunzio regarding signing tonight (0.7.516.44073) |
| 34 | 11/29/2012 email from DeNunzio to Sinatra attaching LOI |
| 35 | 12/19/2012 email from DeNunzio to Gattineri and Lightbody forwarding Maddox email regarding signing of option agreement (0.7.516.75285) |
| 36 | 12/19/2012 email from Lightbody to Russo forwarding DeNunzio's email regarding Maddox email (0.7.516.75134) |
| 37 | 12/4/2012 email from Daniel Gaquin to Paul Feldman and DeNunzio attaching Option Agreement    (0.7.516.44349) |
| 38 | Option Agreement Wynn and FBT (Boston) |
| 39 | Option Agreement Wynn and FBT (Everett) |
| 40 | 12/11/2012 emails between Gattineri and DeNunzio (0.7.516.44919) |

| | |
|---|---|
| 41 | 12/11/2012 emails between DeNunzio and Galen Moore at *Boston Business Journal* (0.7.516.45060) |
| 42 | 12/13/2012 email from Gattineri to DeNunzio regarding BBJ articles (0.7.516.45281) |
| 43 | 12/14/2012 emails between DeNunzio and Shannon Long regarding *Boston Business Journal* article to Shannon Long (0.7.516.45304) |
| 44 | 1/16/2013 email from DeNunzio to Kim Sinatra forwarding statement to *Boston Herald* |
| 45 | 1/16/2013 email from Denunzio to David Wedge, *Boston Herald* (0.7.516.47961) |
| 46 | 1/17/2013 email from DeNunzio to Sinatra (0.7.516.47985) |
| 47 | 8/1/2013 letter from Wynn to DeNunzio (WRL000002-WRL000003) |
| 48 | 8/12/2013 letter from DeNunzio to Wynn (WRL000015) |
| 49 | Ninth Amendment to Option Agreement |
| 50 | Wynn Corporate Investigation Summary FBT (WLV000043 through WLV000053) |
| 51 | Charles Alfred Lightbody document prepared by Wynn (WLV000054) |
| 52 | Massachusetts Gaming Commission Investigations and Enforcement Bureau Report dated December 6, 2013 |
| 53 | Video of Commonwealth of Massachusetts Massachusetts Gaming Commission Public Hearing #97   12/13/2013 |
| 54 | Transcript of Commonwealth of Massachusetts Massachusetts Gaming Commission Public Hearing #97   12/13/2013 |
| 55 | Confirmation of Representation signed by Dustin DeNunzio |
| 56 | Certificate signed by Anthony Gattineri |
| 57 | Confirmation of Representation signed by Paul Lohnes |
| 58 | Massachusetts Gaming Commission Phase I Suitability Decision *In the Matter of* Wynn MA, LLC, 12/27/2013 |
| 59 | 9/24/2012 Personal Financial Statement Lightbody, First Ipswich Bank |
| 60 | 9/26/2012 Lightbody Schedule of Real Estate Owned, First Ipswich Bank |
| 61 | 10/12/2012 email from Denunzio to Paul Simms regarding Lightbody (0.7.516.40707) |
| 62 | 12/10/2012 email from Paul Simms to DeNunzio regarding Lightbody (0.7.516.44879) |
| 63 | 1/4/2013 email from Simms to DeNunzio regarding Lightbody (0.7.516.46595) |
| 64 | 1/13/2013 Loan Offering Sheet, refinance 8 Revere Street, First Ipswich Bank |
| 65 | 1/13/2013 Loan Offering Sheet, refinance Argyle Street, First Ipswich Bank |
| 66 | Fax to Krupsky with FBT 2012 K-1, Memorandum of Transfer, etc. |
| 67 | 6/24/2013 email from James Everett to Andrew Zuroff: regarding 1031 issue |

| | |
|---|---|
| 68 | 6/24/2013 email from Zuroff to James Everett regarding exchange for farm |
| 69 | Tax Return Lead Sheet |
| 70 | 8/12/2013 email from Gattineri to Zuroff attaching Memo of Transfer and Promissory Note (0.7.516.130620) |
| 71 | 9/2/2009 email from Dustin Denunzio to Daniel Ciotti and 9/3/2009 response re: Mystic Landing/Charlie Lightbody (FBT000081) |
| 72 | 9/30/2009 email from Ciotti to Lightbody regarding appraisal (FBT000102) |
| 73 | 2/20/2011 Anthony Gattineri Personal Financial Disclosure for Rockland Trust |
| 74 | 3/28/2012 Anthony Gattineri Personal Financial Disclosure for Rockland Trust |
| 75 | 3/21/2013 Anthony Gattineri Personal Financial Disclosure for Rockland Trust |
| 76 | 10/13/2009 Quitclaim Deed for Everett Parcel |
| 77 | 1/21/2012 email from Gattineri to Denunzio, Lightbody and Paul Lohnes regarding a meeting "to go over any issues, time lines, Jamie compensation Finalize spreadsheets and prepare funds" (0.7.516.24285) |
| 78 | 6/11/2012 email from Denunzio to Gattineri regarding Operating Agreement and "Charlie's LLC information . . . Paul really wants his name off any ownership docs. . . ."   (0.7.516.81975) |
| 79 | 10/8/2012 email from Denunzio to Gattineri & Lightbody re: FBT Update (FBT001501) |
| 80 | 11/14/2012 email from DeNunzio to Lightbody, Gattineri, Flood re: FBT Partner Call (FBT001563) |
| 81 | 12/14/2012 email from DeNunzio to Lohnes, Gattineri, Flood and Feldman attaching *Boston Buisness Journal* article (0.7.516.45297) |
| 82 | 12/18/2012 email from DeNunzio to Lightbody attaching *Boston Business Journal* article, 12/19/2012 email from Lightbody forwarding DeNunzio email to Russo (0.7.516.75207) |
| 83 | Promissory Note Created 12/12/2012   (DMD-COR-000001 to DMD-COR-0000008) |
| 84 | Promissory Note Created 1/28/13 (DMD-COR-000009 to DMD-COR-000021) |
| 85 | Promissory Note dated August 15, 2012, signed by Gattineri and Flood, with document control number (DMD-COR-000022 to DMD-COR-000023) |
| 86 | Promissory Note dated December 14, 2012, signed by Gattineri (DMD-COR-000024 to DMD-COR-000025) |
| 87 | Memorandum of Transfer Created 12/13/2012 (DMD-COR-000026 to DMD-COR-000033) |
| 88 | Memorandum of Transfer Created 1/28/2013 at 9:23 am (DMD-COR-000034 to DMD-COR-000041) |

| | |
|---|---|
| 89 | Memorandum of Transfer Created 1/28/2013 at 11:21 am (DMD-COR-000042 to DMD-COR-000049) |
| 90 | Memorandum of Transfer dated August 15, 2012, signed by Gattineri and Lightbody, with control number (DMD-COR-000050) |
| 91 | Memorandum of Transfer dated December 14, 2012, signed by Gattineri and Lightbody, with control number (DMD-COR-000051) |
| 92 | Recording of interview of Anthony Gattineri on 7/10/2013 by IEB investigators |
| 93 | Recording of interview of Dustin DeNunzio on 7/11/2013 by IEB investigators |
| 94 | Recording of interview of Charles Lightbody on 7/12/2013 by IEB investigators |
| 95 | Recording of interview of Charles Lightbody on 7/16/13 by IEB investigators |
| 96 | Verizon Wireless records for phone number 617-216-xxxx, subscriber Nominic DeNunzio, for the period 8/1/2012 through 7/16/2013 |
| 97 | Comcast records for phone number 617-945-xxxx, subscriber Dustin DeNunzio, for the period 8/1/2012 through 7/16/2013 |
| 98 | AT&T records for phone number 978-375-xxxx, subscriber Anthony Gattineri, for the period 8/1/2012 through 7/16/2013 |
| 99 | Verizon Wireless records for phone number 781-718-xxxx, subscriber Eastern Equity Partners, for the period 8/1/2012 through 7/16/2013 |
| 100 | Verizon Wireless records for phone number 781-953-xxxx, subscriber Cal's Auto Body, for the period 8/1/2012 through 7/16/2013 |
| 101 | Comcast records for phone number 617-846-xxxx, subscriber Cal's Auto Body, for the period 8/1/2012 through 7/16/2013 |
| 102 | Verizon Wireless records for phone number 617-576-xxxx, subscriber Paul Lohnes, for the period 8/1/2012 through 7/16/2013 |
| 103 | Comcast records for phone number 617-680-xxxx, subscriber Cambridge Electric Motor, for the period 8/1/2012 through 7/16/2013 |
| 104 | Sprint records for phone number 781-570-xxxx, subscriber City of Everett IT Department, for the period 8/1/2012 through 7/16/2013 |
| 105 | AT&T records for phone number 202-538-xxxx, subscriber James Flood, for the period 8/1/2012 through 7/16/2013 |
| 106 | Chart Summarizing Phone Records for 8/21/2012 through 8/22/2012 |
| 107 | Chart Summarizing Phone Records for 9/7/2012 |
| 108 | Chart Summarizing Phone Records for 10/2/2012 |
| 109 | Chart Summarizing Phone Records for 10/8/2012 |
| 110 | Chart Summarizing Phone Records for 10/15/2012 |
| 111 | Chart Summarizing Phone Records for 11/14/2012 through 11/20/2012 |
| 112 | Chart Summarizing Phone Records for 11/27/2012 |
| 113 | Chart Summarizing Phone Records for 12/10/2012 through 12/14/2012 |
| 114 | Chart Summarizing Phone Records for 12/19/2012 |
| 115 | Chart Summarizing Phone Records for 6/22/2013 |

| | |
|---|---|
| 116 | Chart Summarizing Phone Records for 7/10/2013 |
| 117 | Chart Summarizing Phone Records for 7/11/2013 |
| 118 | Chart Summarizing Phone Records for 7/12/2013 |
| 119 | Chart Summarizing Phone Records for 7/13/2013 |
| 120 | 6/11/2013 email from DeNunzio to Steve Guttadauro attaching offer (0.7.516.57926) |
| 121 | 9/19/2013 email from DeNunzio to Jay Ash regarding King Arthur |
| 122 | 9/20/2013 email from Russo to Jay Ash regarding King Arthur |
| 123 | June 9, 2014 call between Jay Ash and DeNunzio |
| 124 | 6/27/2013 at 8:50 a.m. call between Lightbody and Russo, Session 247 |
| 125 | 6/27/2013 at 8:58 a.m. call between Lightbody and DeNunzio, Session 249 |
| 126 | 6/28/2013 call between Lightbody and Russo, Session 359 |
| 127 | 6/30/2013 call between Lightbody and DeNunzio on Lightbody's line, Session 605 |
| 128 | 7/1/2013 call between Lightbody and Michael Galli, Session 673 |
| 129 | 7/2/2013 call between Lightbody and Russo, Session 712 |
| 130 | 7/2/2013 call between Lightbody and Michael Diplatzi, Session 713 |
| 131 | 7/2/2013 call between Lightbody and Gary DeCicco, Session 749 |
| 132 | 7/9/2013 call from Joey Kehoe to Lightbody on Lightbody's line, Session 1070 |
| 133 | 7/10/2013 call between Denunzio and Lightbody on Lightbody's line, Session 1097 |
| 134 | 7/10/2013 call between Lightbody and DeCicco on Lightbody's line, Session 1112 |
| 135 | 7/15/2013 call between Lightbody and Flood, Session 1361 |
| 136 | 7/15/2013 consent call between Flood and DeNunzio |
| 137 | 3/25/2013 at 2:38 pm email from Lightbody to DeNunzio attaching image of Wynn Casino (0.7.516.75181) |
| 138 | 3/25/2013 at 3:03 pm email from Lightbody to DeNunzio attaching image of Wynn Casino (0.7.516.75273) |
| 139 | 4/25/2013 email from Russo to Gattineri, DeNunzio and Lightbody forwarding article (0.7.516.53784) |
| 140 | 5/21/2013 email from Denunzio to Gattineri, Lohnes and Feldman with notes from MHP meeting (0.7.516.85731) |
| 141 | 5/21/2013 email from Denunzio to Russo and Lightbody with notes from MHP meeting (0.7.516.57600) |
| 142 | 5/21/2013 email exchange between Russo and DeNunzio regarding notes from MHP meeting (0.7.516.93806) |
| 143 | 5/23/2013 email from DeNunzio to Lohnes and Gattineri with notes from traffic meeting (0.7.516.82416) |
| 144 | 5/23/2013 email from DeNunzio to Lightbody and Russo with notes from traffic meeting (0.7.516.94558) |

| | |
|---|---|
| 145 | 5/23/2013 email from DeNunzio to Lohnes and Gattineri attaching the MHP schedule (0.7.516.56028) |
| 146 | 5/23/2013 email from DeNunzio to Lightbody and Russo attaching the MHP schedule (0.7.516.101839) |
| 147 | 5/24/2013 email from DeNunzio to Gattineri and Lohnes with notes from MHP advisory committee meeting (0.7.516.56627) |
| 148 | 5/24/2013 email from DeNunzio to Russo and Lightbody with notes from MHP advisory committee meeting (0.7.516.97970) |
| 149 | East Boston Savings Bank records for account number xxxxxx8698, held in the name of Clearhead Capital |
| 150 | East Boston Savings Bank records for account number xxxxxx3084, held in the name of Jamie Russo |
| 151 | East Boston Savings Bank records for account number xxxxxx0116, held in the name of Jamie Russo |
| 152 | Bank of America records for account number xxxxxx7914, held in the name of JDC Properties, LLC |
| 153 | Bank of America records for account number xxxxxx6667, held in the name of Charles A. Lightbody |
| 154 | East Boston Savings Bank records for account number xxxxx1876, held in the name of Eastern Equity Partners LLC |
| 155 | East Boston Savings Bank records for account number xxxxx6480, held in the name of Revere Investments LLC |
| 156 | Chart regarding King Arthur funding |
| 157 | Citizens Bank records regarding Charles Lightbody |
| 158 | Dunkin Donuts surveillance video 7/10/2013 |
| 159 | Certified copies of FBT Secretary of State filings |
| 160 | 10/9/2012 email from Denunzio to James Bailey re: Alford Street (Rt. 99) -- Everett MA (0.7.516.40533) |
| 161 | 6/27/2013 email Gattineri regarding FBT (0.7.516.86958) |

        Respectfully submitted

        CARMEN M. ORTIZ
        UNITED STATES ATTORNEY

Date: March 14, 2016    By:   */s/Kristina E. Barclay*
        KRISTINA E. BARCLAY
        S. THEODORE MERRITT
        Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: March 14, 2016　　　　　　　　　　　　　　　　　*/s/Kristina E. Barclay*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristina E. Barclay
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney