## U.S. v. DUSTIN DENUNZIO

## REQUESTED ORAL VOIR DIRE QUESTIONS

**PROPOSED VOIR DIRE QUESTIONS**

1.  Kristina Barclay
    Ted Merritt
    Joshua Levy
    Aaron Katz
    Todd Foster
    Michael Connolly
    Laura Angelini
    Charles Rankin
    Emmanuelle Debouverie

    Are you acquainted with any of the names on the above list, or anyone else involved in this trial, including the judge, courtroom personnel, attorneys, or other prospective jurors? Are you acquainted with anyone who works for the U.S. Attorney's Office, FBI, Massachusetts State Police or the Massachusetts Gaming Commission?

2.  Have you heard or read anything about this case in the media or online, or a similar case?

    **If yes, what have you read or heard and how has it affected you?** [*at side bar*]

3.  Over the past three years, have you subscribed to or frequently read the Boston Globe or the Boston Herald?

4.  Have you ever worked in any of the following areas:

    a. Real estate development or sales

    b. The hotel or entertainment industry

    c. Casinos or other gambling

    d. Law or law enforcement

    e. State or local government

    If so, is there anything about any of your experiences in these areas in that might affect your ability to be a fair and impartial juror in this case? **Please explain** [*at side bar*].

5.  Do you ever go to casinos? **If yes, how often?**

6. Do you have any strongly held opinions about casinos or people who work in the casino industry?

    **If yes, please explain** [*at sidebar*]

7. Have you ever owned your own business?

8. If you have owned your own business, have you ever had a business partner that you didn't really get along with?

9. Have you ever relied on the advice of an attorney for business affairs? For personal affairs?

    a. **IF YES**: You may hear that one or more of the parties in this case relied on advice from an attorney. Is there anything about your experience that could affect your ability to be a fair and impartial juror in this case?

10. Have you or has anyone close to you ever been the victim of a crime, including business-related crimes? **If yes, please explain** [*at sidebar*].

11. Have you or has anyone close to you ever been charged with a crime, including business-related crimes? **If yes, please explain** [*at sidebar*].

12. Have you ever been a trial juror or grand juror before? If yes, please state whether the case was in state or federal court, whether it was a civil or criminal matter, and, without stating what your verdict was, whether a verdict was reached.

    a. Did you ever serve as the foreperson of a jury?

    b. Is there anything about your experience as a juror on that case that would affect your service on this case?

13. Have you ever testified as a witness at either a deposition, trial or a grand jury investigation? If so, what was the case about?

    a. Is there anything about that experience as a witness that would affect your ability to be a fair and impartial juror in this case?

14. Have you ever been employed by, acquainted with, or had any experience with, any of

the following entities or individuals whose names may come up during this trial? [List Defendants, listed potential witnesses, law enforcement personnel involved, Massachusetts Gaming Commission members, journalists who have covered story]

15. Do you have any opinions about people who have a criminal conviction in their past but have served their sentence and returned to the community? **If yes, please explain** [*at sidebar*].

16. Would you have any concerns about or be suspicious of someone who entered into a business venture with someone who had a criminal conviction? **If yes, please explain** [*at sidebar*].

17. If you heard that an individual was friends with a person who might have some ties to the Mafia or organized crime, would you be suspicious of that individual?

18. Would you be concerned or suspicious that someone with an Italian name or last name has ties to organized crime? **If yes, please explain** [*at sidebar*].

19. I will instruct you that you may draw no inference against the defendants from the fact that they have been indicted. Mr. DeNunzio, Mr. Gattineri and Mr. Lightbody, like all defendants, must be presumed innocent unless and until the prosecution proves otherwise beyond a reasonable doubt. Would you have any difficulty following my instructions on this point? **If yes, please explain** [*at sidebar*].

20. Do you have any concern or problem with the idea that the government must prove the guilt of the defendant beyond a reasonable doubt? **If yes, please explain** [*at sidebar*].

21. Under the US Constitution, a person accused of a crime does not have to testify in his defense or present any witnesses, and his silence may not be used against him. Would the fact that a defendant does not testify make you lean more towards finding them guilty since they did not give their side of the story? **If yes, please explain** [*at sidebar*].

22. I will instruct you that throughout the course of this trial, you must refrain from reading or listening to any news about this case, reading or viewing anything on-line about this case, and also from doing any Internet research about this case or any of the parties involved, including myself and the lawyers, the defendant, and any witnesses. I understand that you may be curious,

but you must agree to judge this case based only on what you hear in court, and not seek any additional information online or elsewhere. Can you promise to do this? **If no, please explain** [*at sidebar*].

23. This case is an important matter. You know yourself better than anyone else can. Fair and impartial jurors are essential to our system of justice. There are many different kinds of cases going to trial in this courtroom. Perhaps because of your experiences, you would be better suited to another case. Is there any reason why, if you were on trial in this matter, you would not want yourself as a juror? **If yes, please explain** [*at sidebar*].