UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>(1) DUSTIN J. DENUNZIO,<br>(2) ANTHONY GATTINERI, and<br>(3) CHARLES A. LIGHTBODY,<br><br>Defendants. | Criminal No: 14-CR-10284-NMG |

## DEFENDANTS' NOTICE OF PROVISION OF EXHIBIT AND WITNESS LISTS

Defendants Dustin DeNunzio, Anthony Gattineri, and Charles Lightbody write to inform the Court that per the Court's scheduling order, they will have exchanged their respective witness and exhibit lists to the Government by the end of today, March 14, 2016. Defendants note, however, that several third parties have yet to respond to Rule 17(c) subpoenas. In addition, the Government continues to make seriatim discovery productions to Defendants. Accordingly, Defendants reserve their right to supplement their witness and exhibit lists to account for additional discovery they receive between now and trial.

Respectfully submitted,

/s/ Joshua S. Levy
Joshua S. Levy (BBO #563017)
Aaron M. Katz (BBO #662457)
Alexandra L. Roth (BBO # 687847)
Ropes & Gray LLP
Prudential Center
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000
Fax: (603) 951-7050
Joshua.Levy@ropesgray.com
Aaron.Katz@ropesgray.com
Alexandra.Roth@ropesgray.com
*Attorneys for Dustin DeNunzio*

/s/ Michael J. Connolly
Michael J. Connolly (BBO #638611)
Laura B. Angelini (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000
Fax: (617) 345-9020
mconnolly@hinckleyallen.com
langelini@hinckleyallen.com
*Attorneys for Anthony Gattineri*

/s/ Charles W. Rankin
Charles W. Rankin (BBO #411780)
Rankin & Sultan
151 Merrimac St. #200
Boston, MA 02114
crankin@rankin-sultan.com
*Attorney for Charles Lightbody*

Dated: March 14, 2016

**CERTIFICATE OF SERVICE**

I, Joshua S. Levy, hereby certify that, on March 14, 2016, true and accurate copies of the foregoing were served on counsel for the Government through ECF.

<u>/s/ *Joshua S. Levy*</u>