UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) DUSTIN J. DENUNZIO, )<br>(2) ANTHONY GATTINERI, and )<br>(3) CHARLES A. LIGHTBODY )<br>)<br>Defendants ) | Criminal No.: 14-cr-10284-NMG |

## UNITED STATES' WITNESS LIST

The United States respectfully submits this list of witnesses it currently intends to call in its case in chief. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendants.

1. Jay Ash
   Chelsea, MA

2. Gayle Cameron
   Massachusetts Gaming Commission

3. Daniel Ciotti
   Walpole, MA

4. Lieutenant Kevin Condon
   Massachusetts State Police

5. Lieutenant Brian Connors
   Massachusetts State Police

6. Special Agent Matthew Elio
   Federal Bureau of Investigation

7. Paul Feldman
   Boston, MA

8. Daniel Gaquin
   Hamilton, MA

9. Steven Guttadauro
   Peabody, MA

10. Detective Lieutenant Stephen Johnson
    Massachusetts State Police

11. Keeper of Records, AOL
    Dulles, VA

12. Keeper of Records, AT&T
    Dallas, TX

13. Keeper of Records, Bank of America
    Wilmington, DE

14. Keeper of Records, Citizen's Bank
    Riverside, RI

15. Keeper of Records, Comcast
    Moorestown, NJ

16. Keeper of Records, Davis, Malm & D'Agostine P.C.
    Boston, MA

17. Keeper of Records, Dunkin Donuts
    Canton, MA

18. Keeper of Records, East Boston Savings Bank
    Boston, MA

19. Keeper of Records, King Arthur's
    Chelsea, MA

20. Keeper of Records, Massachusetts Department of Correction
    Milford, MA

21. Keeper of Records, Rackspace
    Windcrest, TX

22. Keeper of Records, Rockland Trust
    Rockland, MA

23. Keeper of Records, Sprint
    Overland Park, KS

24. Keeper of Records, Verizon Wireless
    Bedminster, NJ

25. Keeper of Records, Yahoo!
    Sunnyvale, CA

26. Lieutenant Michael Kradolfer
    Massachusetts Department of Correction

27. Wayne Krupsky
    Beverly, MA

28. Shannon Long
    Dunedin, FL

29. Matthew Maddox
    Las Vegas, NV

30. Trip McCoy
    Palm Beach Gardens, FL

31. Special Agent Dustin Poulin
    Federal Bureau of Investigation

32. Mark Schwartz
    New York, NY

33. Special Agent Kevin Sheahan
    Federal Bureau of Investigation

34. Paul Simms
    Ipswich, MA

35. Kimberly Sinatra
    Wynn Resorts

36. Nancy Sterling
    Boston, MA

37. James Stern
    Wynn Resorts
    14
38. Theodore Ventouris
    Boston, MA

39. Karen Wells
    Massachusetts Gaming Commission

40. Andrew Zuroff
    Woburn, MA

                                                Respectfully submitted

                                                CARMEN M. ORTIZ
                                                United States Attorney

Date:  March 14, 2016                By:    */s/S. Theodore Merritt*
                                                         KRISTINA E. BARCLAY
                                                          S. THEODORE MERRITT
                                                          Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: March 14, 2016                                    */s/ S. Theodore Merritt*
                                                          Assistant United States Attorney