## DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Date | Description |
|---|---|---|
| 1000 | 2009.10.13 | Signed Gattineri DeCicco Pledge Agreement |
| 1001 | 2009.10.13 | Signed Gattineri DeCicco Promissory Agreement |
| 1002 | 2009.10.13 | Unsigned DeCicco Payment Receipt |
| 1003 | 2009.10.14 | E-Mail from Adrian Quackenbush to Dustin DeNunzio Re: Everett |
| 1004.001 | 2010.01.21 | E-Mail from Adrian Quackenbush to Dustin DeNunzio Re: Retail Plan |
| 1004.02 | 2010.01.21 | Everett_MA-110609.pdf |
| 1005 | 2010.03.03 | E-Mail from Bill Chapman to Dustin DeNunzio et al., Re: RE: Everett Property - Request |
| 1006.001 | 2010.03.17 | E-Mail from Adrian Quackenbush to Dustin DeNunzio Re: DEP - Notice of Responsibility |
| 1006.002 | 2010.03.17 | Notice of Responsibility 3.2.10.pdf |
| 1007 | 2010.12.04 | E-Mail from Anthony Gattineri to Dustin DeNunzio Re: Meeting |
| 1008 | 2010.12.08 | E-mail from Anthony Gattineri to Dustin DeNunzio re: 16th Meeting |
| 1009 | 2010.12.15 | E-mail from Anthony Gattineri to Dustin DeNunzio re: Feldman update |
| 1010 | 2011.01.12 | E-mail from Anthony Gattineri to Dustin DeNunzio and Tom Falwell re: RE: Operating Agreement |
| 1011 | 2011.01.28 | E-mail from Gary Decicco to Dustin DeNunzio re: RE: Time lapses |
| 1012 | 2011.02.02 | E-mail from Dustin DeNunzio to Gary Decicco re: RE: FBT Operating Agreement and Expense Reconcilia |
| 1013 | 2011.02.04 | E-mail from Tom Falwell to Paul Feldman et al., re: RE: FBT Operating Agreement and Expense Reconcil |
| 1014 | 2011.02.14 | E-mail from Tom Falwell to Anthony Gattineri re: RE: Mystic Landing |
| 1015 | 2011.02.14 | E-mail from Dustin DeNunzio to Adrian Quackenbush re: FW: Need some Info |
| 1016 | 2011.02.22 | E-mail from Dustin DeNunzio to Anthony Gattineri re: RE: FBT Everett Realty LLC 2-22 |
| 1017 | 2011.04.26 | E-mail from Anthony Gattineri to Gary Decicco, Paul Lohnes and Dustin DeNunzio re: RE: Everett permit |
| 1018.001 | 2011.05.26 | E-Mail from Dustin DeNunzio to gdcars59@aol.com et al., Re: FBT - Mystic - Taxes Due |
| 1018.002 | 2011.05.26 | FBT Property Tax Analysis 5 27 11.pdf |
| 1019.001 | 2011.08.26 | E-Mail from Dustin DeNunzio to Anthony Gattineri Re: FW: Alford Street (Rt. 99) - Everett MA |
| 1019.002 | 2011.08.26 | Industrial Concept Plan 6.1.11.pdf |
| 1019.003 | 2011.08.26 | Lowes-Walmart Concept Plan 3.30.10.pdf |
| 1019.004 | 2011.08.26 | Simmons College - Possible Layout.pdf |
| 1019.005 | 2011.08.26 | LOI 1.26.10 Revised Terms w Walmart.pdf |
| 1019.006 | 2011.08.26 | Initial LOI Walmart 1.15.10.pdf |
| 1019.007 | 2011.08.26 | Lowes Plan 11.6.09.pdf |
| 1019.008 | 2011.08.26 | Lowes LOI 8.30.10.pdf |
| 1020.001 | 2011.08.26 | E-mail from Dustin DeNunzio to Anthony Gattineri re: FW: Everett - Zoning Information |
| 1020.002 | 2011.08.26 | Everett -Potentially Applicable Permits 5.6.11.pdf |
| 1020.003 | 2011.08.26 | Everett Zoning for Transfer.pdf |
| 1021 | 2011.10.26 | E-mail from Anthony Gattineri to Dustin DeNunzio re: RE: FBT - Operating Agreement and Capital Call |
| 1022 | 2011.10.26 | E-Mail from Dustin DeNunzio to Anthony Gattineri et al., Re: FBT - Operating Agreement and Capital Ca |
| 1023 | 2011.10.27 | E-mail from Dustin DeNunzio to Anthony Gattineri re: RE: Terry Marks see email trail and cc |
| 1024.001 | 2011.10.27 | E-Mail from Dustin DeNunzio to Paul Lohnes et al., Re: FBT Expense & Tax Update 10.27.11 |
| 1024.002 | 2011.10.27 | FBT Property Tax Analysis 10.27.11.pdf |
| 1024.003 | 2011.10.27 | FBT Expense Analysis 10.27.11.pdf |
| 1025 | 2011.11.08 | E-Mail from Anthony Gattineri to Dustin DeNunzio et al., Re: Re: Proposal for Everett Staging Yard |
| 1026.001 | 2011.12.08 | E-Mail from Dustin DeNunzio to Gary DeCicco et al., Re: FW: FBT - Tax Demand Notice |
| 1026.002 | 2011.12.08 | Everett Tax Demand Notice 12 5 11.jpg |
| 1027 | 2011.12.27 | E-Mail from Anthony Gattineri to Paul Lohnes et al., Re: Cambridge Companies, Inc. |
| 1028 | 2012.01.10 | E-mail from Anthony Gattineri to Tom Falwell re: RE: FBT Realty LLC |
| 1029 | 2012.01.12 | E-Mail from Anthony Gattineri to Dustin DeNunzio et al., Re: Seattle DJC Newspaper - Real Estate - $24M transfer station sets a new standard for county |
| 1030 | 2012.01.19 | E-mail from Anthony Gattineri to Michelle Gattineri re: FW: Everett - Revised Numbers |
| 1031 | 2012.01.20 | E-mail from Anthony Gattineri to Michelle Gattineri re: RE: Everett - Revised Numbers |
| 1032 | 2012.01.21 | E-mail from Anthony Gattineri to Michelle Gattineri re: RE: Everett |
| 1033 | 2012.01.21 | E-Mail from Anthony Gattineri to Dustin DeNunzio et al., Re: Meet |
| 1034 | 2012.01.22 | E-Mail from Anthony Gattineri to Dustin DeNunzio Re: Re: Everett - Revised Numbers 11/21 |
| 1035 | 2012.01.22 | E-mail from Anthony Gattineri to Dustin DeNunzio re: RE: Everett - Revised Numbers 11/21 |
| 1036.001 | 2012.02.17 | E-Mail from Tom Zappala to Anthony Gattineri Re: Information |
| 1036.002 | 2012.02.17 | United States Court of Appeals - 05-1645-01A.pdf |
| 1036.003 | 2012.02.17 | United States Court of Appeals - 370 F.3d 206 .wpd |

| | | |
|---|---|---|
| 1037 | 2012.02.18 | E-mail from Anthony Gattineri to Tom Zappala re: RE: Information |
| 1038.001 | 2012.02.27 | E-mail from Anthony Gattineri to Dustin DeNunzio re: FWD: Olympus Innov-X Handheld XRF |
| 1038.002 | 2012.02.27 | Olympus X-Ray Flourescence Analyzer.pdf |
| 1039 | 2012.03.02 | E-Mail from Dustin DeNunzio to Paul Feldman Re: Re: FBT Revisions |
| 1040.001 | 2012.03.07 | E-mail from Dustin DeNunzio to Paul Feldman re: RE: FBT Revisions |
| 1040.002 | 2012.03.07 | FBT LLC Reconciliation 3.7.12.xlsx |
| 1041.001 | 2012.03.19 | E-Mail from Dustin DeNunzio to Paul Feldman Re: Revised Operating Agreement |
| 1041.002 | 2012.03.19 | FBT LLC Operating Agreement (DD Edits) 3.19.2012.DOC |
| 1041.003 | 2012.03.19 | FBT LLC Reconciliation 3.19.12.xlsx |
| 1042.001 | 2013.04.02 | E-Mail from Dustin DeNunzio to Paul Lohnes et al., Re: FBT - Update - Confidential |
| 1042.002 | 2013.04.02 | FBT Expense Summary Q1 2013.pdf |
| 1043.001 | 2013.04.02 | E-Mail from Anthony Gattineri to Michelle Gattineri Re: Fwd: FBT - Update - Confidential |
| 1043.002 | 2013.04.02 | FBT Expense Summary Q1 2013.pdf |
| 1044 | 2012.04.04 | E-Mail from Anthony Gattineri to Daniel Ciotti Re: Re: Dan did my accountant send my F/S to you yet |
| 1045 | 2012.04.11 | FBT Everett Realty LLC Tax Return Lead Sheet |
| 1046.001 | 2012.04.21 | E-mail from Anthony Gattineri to Nelson Lovins re: pledge note FBT realty LLC |
| 1046.002 | 2012.04.21 | Note v2 111510.doc |
| 1046.003 | 2012.04.21 | Pledge Agreement v.2 111010.doc |
| 1047.001 | 2012.04.24 | E-mail from Dustin DeNunzio to Charlie Lightbody re: GD - FBT Information |
| 1047.002 | 2012.04.24 | GD FBT Reconciliation 4.23.12.pdf |
| 1047.003 | 2012.04.24 | Transfer of Membership Interest (DeCicco).doc |
| 1048.001 | 2012.05.03 | E-mail from Dustin DeNunzio to Charlie Lightbody et al., re: Injunction |
| 1048.002 | 2012.05.03 | Rossi & Newman Ltr 0501212.pdf |
| 1049 | 2012.05.05 | E-Mail from Anthony Gattineri to Dustin DeNunzio Re: Re: Read this in today's globe |
| 1050.001 | 2012.05.09 | E-Mail from Dustin DeNunzio to Anthony Gattineri et al., Re: FBT Meeting Information 5.10.2012 |
| 1050.002 | 2012.05.09 | FBT Meeting Agenda 5.10.12.pdf |
| 1050.003 | 2012.05.09 | GD - FBT Dilution.pdf |
| 1050.004 | 2012.05.09 | FBT LLC Reconciliation 5.9.12.pdf |
| 1050.005 | 2012.05.09 | FBT LLC Capital Call 5.9.12.pdf |
| 1050.006 | 2012.05.09 | FBT LLC OnGoing Expenses 5.9.2012.pdf |
| 1051.001 | 2012.05.14 | E-Mail from Dustin DeNunzio to Anthony Gattineri et al., Re: Revised - FBT Capital Call |
| 1051.002 | 2012.05.14 | FBT REVISED Capital Call 5.14.12.pdf |
| 1051.003 | 2012.05.14 | FBT LLC OnGoing Expenses 5.9.2012.pdf |
| 1051.004 | 2012.05.14 | FBT LLC Reconciliation 5.9.12.pdf |
| 1052.001 | 2012.05.30 | E-mail from Dustin DeNunzio to Paul Feldman re: Contract with Paul |
| 1052.002 | 2012.05.30 | 2011 Contract with Paul & Gary 8.24.11.pdf |
| 1053.001 | 2012.06.06 | E-mail from Dustin DeNunzio to Gary Decicco and Paul Feldman re: FBT - Transfer of Interest |
| 1053.002 | 2012.06.06 | DeCicco transfer fo Interest to Lightbody.pdf |
| 1054 | 2012.06.12 | E-Mail from Anthony Gattineri to Dustin DeNunzio Re: Middleborough OA |
| 1055 | 2012.06.21 | E-mail from Michael Maynard to Dustin DeNunzio, Andrew Bernstein and Steven Allenby re: RE: Everett |
| 1056 | 2012.06.29 | E-mail from Anthony Gattineri to Dustin DeNunzio re: RE: Sacremento Biogas Plant Breaks Ground |
| 1057 | 2012.06.29 | E-Mail from Anthony Gattineri to Dustin DeNunzio Re: |
| 1058 | 2012.06.29 | E-mail from Dustin DeNunzio to Sean Riley et al. re: RE: Meeting |
| 1059 | 2012.07.16 | E-mail from Mike Manzo to Dustin DeNunzio re: RE: Conference Call - Monday July 16 - 11AM |
| 1060.001 | 2012.07.23 | E-Mail from Dustin DeNunzio to Anthony Gattineri et al., Re: FBT Update and Capital Call |
| 1060.002 | 2012.07.23 | FBT - Project Notes 7.23.12.pdf |
| 1060.003 | 2012.07.23 | FBT 2012 Expenses 7.23.12.pdf |
| 1060.004 | 2012.07.23 | FBT Capital Call 7.23.12.pdf |
| 1061 | 2012.07.25 | E-mail from Anthony Gattineri to Mike Manzo re: RE: Everett |
| 1062.001 | 2012.08.01 | E-Mail from Anthony Gattineri to Dustin DeNunzio Re: Fwd: Everett Site |
| 1062.002 | 2012.08.01 | Everett Land LOI 7-29-12.doc |
| 1063 | 2012.08.06 | E-Mail from Anthony Gattineri to Dustin DeNunzio Re: Everett Site |
| 1064 | 2012.08.06 | E-mail from Michael Manzo to Dustin DeNunzio and Anthony Gattineri Re: Everett Site |
| 1065 | 2012.08.07 | E-mail from Dustin DeNunzio to Bernard Gibbons re: RE: Everett Land |
| 1066 | 2012.08.09 | E-mail from Dustin DeNunzio to Anthony Gattineri, Charlie Lightbody and Mike Flood re: Web Meeting - |
| 1067 | 2012.08.09 | E-mail from Dustin DeNunzio to Anthony Gattineri re: FW: Everett Casino Site - FBT Proposal for Discussion Purposes Only |
| 1068 | 2012.08.14 | E-Mail from Dustin DeNunzio to Steve Kropper Re: RE: Confirming today's call |
| 1069 | 2012.08.14 | E-mail from Anthony Gattineri to Dustin DeNunzio re: FWD: OZ - Everett Land - LOI 8-10-12.doc |

| | | |
|---|---|---|
| 1070.001 | 2012.08.21 | E-Mail from Mark Schwartz to Paul Feldman et al., Re: Re: Everett |
| 1070.002 | 2012.08.21 | Everett LOI 8-21-12 (executed).pdf |
| 1071 | 2012.09.04 | Excerpts from Darin Bufalino Call.wav |
| 1072 | 2012.10.03 | E-Mail from Dustin DeNunzio to Steven Orbuch et al., Re: RE: Everett |
| 1073 | 2012.10.09 | E-mail from Dustin DeNunzio to Mike Flood re: FW: Marginal - Rear Work Bid Summary |
| 1074.001 | 2012.10.09 | E-Mail from Dustin DeNunzio to Trip McCoy Re: Alford Street (Rt. 99) - Everett MA |
| 1074.002 | 2012.10.09 | Lowes Plan 11.6.09.pdf |
| 1074.003 | 2012.10.09 | Simmons College - Possible Layout.pdf |
| 1074.004 | 2012.10.09 | Lowes-Walmart Concept Plan 3.30.10.pdf |
| 1074.005 | 2012.10.09 | Industrial Concept Plan 6.1.11.pdf |
| 1074.006 | 2012.10.09 | Site Constraints 032410.pdf |
| 1074.007 | 2012.10.09 | Aerial 4.jpg |
| 1074.008 | 2012.10.09 | Aerial 1.jpg |
| 1075.001 | 2012.10.16 | E-mail from Trip McCoy to Dustin DeNunzio re: RE: everett assignment |
| 1075.002 | 2012.10.16 | TMCA Engagement Letter 10-16-12 v1.docx |
| 1076A | 2012.10.17 | E-mail from Dustin DeNunzio to Mike Flood re: FYI - Confidential |
| 1076B | 2012.10.22 | E-mail from Dustin DeNunzio to Anthony Gattineri re: RE: Middleborough Outline |
| 1077A | 2012.10.17 | E-mail from Dustin DeNunzio to Gary Decicco re: RE: Agreements |
| 1077B | 2012.11.14 | Email from Trip McCoy to Dustin DeNunzio re: RE: FBT - Partner Call |
| 1078.001 | 2012.10.17 | E-Mail from Walter Sullivan to Trip McCoy et al., Re: Massachussetts Gaming Commission Officially Release Application for Phase 1 of the Process for the Slot License |
| 1078.002 | 2012.10.17 | Massachusetts Gaming Commission Officially Releases Phase 1 Applications - Press Release.pdf |
| 1078.003 | 2012.10.17 | MGC - Business Entity Disclosure Form.docx |
| 1078.004 | 2012.10.17 | MGC - Business Entity Disclosure Speciman Form.pdf |
| 1078.005 | 2012.10.17 | MGC - Instructions.pdf |
| 1078.006 | 2012.10.17 | MGC - Massachusetts Supplemental Form.doc |
| 1078.007 | 2012.10.17 | MGC - Massachusetts Supplemental Speciman Form.pdf |
| 1078.008 | 2012.10.17 | MGC - Multi-Jurisdictional Form.pdf |
| 1078.009 | 2012.10.17 | MGC - Multi-Jurisdictional Speciman Form.pdf |
| 1079 | 2012.11.14 | E-Mail from Trip McCoy to Dustin DeNunzio Re: Meeting Today & NDA |
| 1080 | 2012.11.15 | E-mail from Trip McCoy to Dustin DeNunzio re: RE: Negotiation Recap |
| 1081.001 | 2012.11.17 | E-mail from Dustin DeNunzio to Matt Maddox et al. re: Everett, MA - LOI Revisions |
| 1081.002 | 2012.11.17 | Everett Land Option 11-17 - FBT markup.doc |
| 1081.003 | 2012.11.17 | Everett Land Option 11-17 - FBT Revisions - Clean Copy.doc |
| 1082 | 2012.11.17 | E-mail from Dustin DeNunzio to Matt Maddox and Kim Sinatra re: RE: LOI |
| 1083 | 2012.11.20 | E-mail from Dan Gaquin to Dustin DeNunzio et al., re: RE: ML Contact Info |
| 1084 | 2012.11.20 | E-mail from Trip McCoy to Dustin DeNunzio re: RE: Everett Land Option |
| 1085 | 2012.11.27 | E-mail from Matt Maddox to Dustin DeNunzio and Kim Sinatra re: RE: Everett Land Option - clean |
| 1086.001 | 2012.11.29 | E-Mail from Dustin DeNunzio to Paul Feldman Re: Executed LOI - Wynn |
| 1086.002 | 2012.11.29 | Executed LOI 11.27.12.pdf |
| 1087 | 2012.11.30 | E-mail from Dustin DeNunzio to Michael Maynard and Steve Allenby re: RE: Everett |
| 1088 | 2012.12.04 | E-mail from Dustin DeNunzio to Jamy Majeda re: FW: FBT - Partner Meeting |
| 1089 | 2012.12.04 | E-mail from Dustin DeNunzio to Andrew McNerney re: RE: Auto-generated Response Notification |
| 1090.001 | 2012.12.07 | E-Mail from Paul Feldman to Dustin DeNunzio Re: RE: FBT Operating Agreement |
| 1090.002 | 2012.12.07 | FBT Everett Realty LLC Operating Agreement (Execution).DOC |
| 1091.001 | 2012.12.07 | E-mail from Anthony Gattineri to Thomas Falwell re: FWD: FBT Operating Agreement |
| 1091.002 | 2012.12.07 | FBT Everett Realty LLC Operating Agreement (Execution).DOC |
| 1092 | 2012.12.09 | E-mail from Dustin DeNunzio to Paul Feldman and Paul Lohnes re: RE: FBT/Wynn |
| 1093 | 2012.12.10 | E-mail from Paul Feldman to Dustin DeNunzio re: RE: Everett Land Option Agreement |
| 1094 | 2012.12.11 | E-mail from Anthony Gattineri to Dustin DeNunzio re: RE: Everett casino proposal presents a good opportunity for the area |
| 1095 | 2012.12.11 | E-mail from Dustin DeNunzio to Nancy Sterling et al., re: RE: email to Galen Moore |
| 1096 | 2012.12.11 | E-mail from Dustin DeNunzio to Paul Feldman re: FWD: 11:45 call this morning |
| 1097 | 2012.12.11 | E-Mail from Dustin DeNunzio to Paul Feldman et al., Re: RE: DeCicco |
| 1098 | 2012.12.11 | E-Mail from Dustin DeNunzio to Paul Feldman et al., Re: Lightbody Capital Contributions |
| 1099 | 2012.12.14 | Promissory Note Draft with Metadata |
| 1100 | 2012.12 | Memorandum of Transfer Draft with Metadata |
| 1101 | 2012.12.14 | E-Mail from Dustin DeNunzio to Paul Lohnes et al., Re: Article |

| | | |
|---|---|---|
| 1102 | 2012.12.14 | E-Mail from Dustin DeNunzio to Paul Feldman Re: Article Note |
| 1103 | 2012.12.14 | E-Mail from Mario Costa to Anthony Gattineri Re: Fwd: mcosta@statewide.com sent you an article from Boston Business Journal |
| 1104 | 2012.12.16 | E-Mail from Dustin DeNunzio to Paul Feldman Re: Contract Comments |
| 1105.001 | 2012.12.17 | E-Mail from Dustin DeNunzio to Paul Feldman Re: FW: #7576085v7<Active> - Option Agreement (2)-#7576085v8<Active> - Option Agreement (2) |
| 1105.002 | 2012.12.17 | #7576085v8_Active_-Option Agreement (2).DOC |
| 1105.003 | 2012.12.17 | WSComparison_7576085v7-7576-5v8.docx |
| 1106 | 2012.12.21 | E-mail from Anthony Gattineri to Dustin DeNunzio re: RE: FBT Realty LLC |
| 1107 | 2013.01.16 | E-Mail from Dustin DeNunzio to David Wedge Re: RE: TDG - Contact Form: Dave Wedge |
| 1108 | 2013.01.16 | E-Mail from Kim Sinatra to Michael Weaver Re: FW: DeCicco Quote |
| 1109 | 2013.01.16 | E-Mail from Michael Weaver to David Wedge Re: Re: Mr. Wynn interview |
| 1110 | 2013.01.17 | E-Mail from Kim Sinatra to Dustin DeNunzio Re: RE Equity Holders in FBT - Everett, MA |
| 1111 | 2013.07.31 | E-Mail from Shannon Nadeau to Kevin Condon Re: FW: Equity Holders in FBT - Everett, MA (Grand Jury Exhibit KS-006) |
| 1112 | 2013.01.27 | E-Mail from Dustin DeNunzio to Paul Feldman Re: RE: FBT Documents |
| 1113 | 2013.01.28 | E-Mail from Dustin DeNunzio to Paul Feldman Re: CL Note Calculations |
| 1114 | 2013.01.27 | E-Mail from Dustin DeNunzio to Anthony Gattineri Re: Current address? |
| 1115 | 2013.01.28 | Memorandum of Transfer and Promissory Note with Metadata |
| 1116.001 | 2013.01.29 | E-Mail from Kerri Guilmain to Anthony Gattineri Re: |
| 1116.002 | 2013.01.29 | AG 1-29-13.pdf |
| 1117 | 2013.01.28 | Promissory Note and Memorandum of Transfer Signed |
| 1118 | 2013.02.21 | E-mail from Anthony Gattineri to Dave Illingworth re: RE: You around? Want to show you something |
| 1119 | 2013.02.27 | E-Mail from Dustin DeNunzio to Walter Sullivan et al., Re: Re: Suffolk Downs Poll |
| 1120 | 2013.03.04 | FBT Everett Realty LLC Tax Return Lead Sheet (Zuroff Grand Jury Exh. 22) |
| 1121 | 2013.03.14 | E-Mail from Dustin DeNunzio to Andrew Zuroff Re: RE: Tax filing for Everett |
| 1122.001 | 2013.03.20 | E-Mail from Dustin DeNunzio to Jack Carucci Re: 2011 Tax Information - Various Entities |
| 1122.002 | 2013.03.20 | VLD LLC TAX RETURN.pdf |
| 1122.003 | 2013.03.20 | GDPL TOPSFIELD LLC TAX RETURN.pdf |
| 1122.004 | 2013.03.20 | BOSTON DEVELOPMENT VENTURES LLC TAX RETURN.pdf |
| 1122.005 | 2013.03.20 | ROUTE 107 STORAGE LLC TAX RETURN.pdf |
| 1122.006 | 2013.03.20 | 2011 Client Copy - Marginal Street (04-10-2012).pdf |
| 1122.007 | 2013.03.20 | 2011 K-1s for Marginal (04-09-2012).pdf |
| 1122.008 | 2013.03.20 | Marginal Street 2012 Expense Report.xlsx |
| 1122.009 | 2013.03.20 | FBT 2011 Tax Returns.pdf |
| 1122.010 | 2013.03.20 | BVD 2012 Expense Reports 3.5.13.xlsx |
| 1122.011 | 2013.03.20 | FBT 2012 Expenses.xlsx |
| 1123 | 2013.03.28 | Settipane call with Joe Lake.wav (Settipane Grand Jury Exh. 2) |
| 1124 | 2013.03.29 | E-mail from Dustin DeNunzio to Anthony Gattineri re: Message Follow-Up |
| 1125 | 2013.03.29 | E-mail from Dustin DeNunzio to Daniel Gaquin and Paul Feldman re: RE: Everett Site Survey |
| 1126 | 2013.03.30 | E-mail from Anthony Gattineri to Michelle Gattineri re: FWD: FBT - Update |
| 1127 | 2013.04.01 | E-mail from Anthony Gattineri to Juan Contreras re: RE: Site Visit |
| 1128 | 2013.04.02 | E-mail from Anthony Gattineri to Dustin DeNunzio re: RE: Trip |
| 1129 | 2013.05.03 | E-mail from Anthony Gattineri to Lisa Gattineri re: Andrew Gerber |
| 1130 | 2013.05.11 | Release of all Claims - signed by Andrew Gerber |
| 1131 | 2013.05.28 | E-mail from Dustin DeNunzio to Anthony Gattineri re: RE: 2013 Middleboro Funding for Tax and other ne |
| 1132 | 2013.06.04 | E-mail from Anthony Gattineri to Dustin DeNunzio re: RE: Middleborough Meeting |
| 1133 | 2013.06.05 | E-mail from Dustin DeNunzio to Stephen Guttadauro re: RE: Contact Information |
| 1134 | 2013.06.10 | E-mail from Dustin DeNunzio to Paul Lohnes re: FW: fw: Minor revisions to voluntary agreement |
| 1135.001 | 2013.06.11 | E-mail from Dustin DeNunzio to Steve Guttadauro re: Offer |
| 1135.002 | 2013.06.11 | KA - DeNunzio Offer 6-11-13.pdf |
| 1136.001 | 2013.06.12 | E-mail from Dustin DeNunzio to Michael Flood re: RE: KA - Chelsea |
| 1136.002 | 2013.06.12 | Property Overview 6.12.13.docx |
| 1137 | 2013.06.17 | E-Mail from Anthony Gattineri to Dustin DeNunzio et al., Re: Re: Request From Seller on Title Cure Costs |
| 1138 | 2013.06.17 | E-mail from Dustin DeNunzio to Matt Maddox et al., re: RE: Request from Seller on Title Cure Costs |
| 1139 | 2013.06.17 | E-mail from Paul Feldman to Dustin DeNunzio re: RE: Wynn - Bullet Points on DDR Title Issue |
| 1140 | 2013.06.18 | E-mail from Dustin DeNunzio to John Tocco re: Busses for Wynn |
| 1141 | 2013.06.19 | E-Mail from John Tocco to Dustin DeNunzio Re: RE: Busses for Wynn |
| 1142 | 2013.06.27 | Telmate 6.27.2012 Lightbody-Bufalino.wav |

| | | |
|---|---|---|
| 1143 | 2013.06.29 | E-mail from Anthony Gattineri to Dustin DeNunzio and Paul Lohnes re: Caesars gambles on credit - Bosto |
| 1144 | 2013.07.02 | Title III 7.2.2013 Lightbody-DiPlatzi.wav |
| 1145 | 2013.07.02 | Title III 7.2.2013 Lightbody-DeCicco.wav (USAO_CASINO_00008720) |
| 1146 | 2013.07.02 | Title III 7.2.2013 Lightbody-DeNunzio.wav  (USAO_CASINO_00011895) |
| 1147 | 2013.07.10 | Title III 7.10.2013 Lightbody - J. Lightbody.wav (USAO_CASINO_00008720, session 1112) |
| 1148 | 2013.07.10 | Transcription of IEB interview of Anthony Gattineri (file too large to attach tape) |
| 1149 | 2013.07.10 | Title III 7.10.2013 Lightbody - DeNunzio.wav |
| 1150 | 2013.07.12 | Title III 7.12.2013 Lightbody - Russo.wav (USAO_CASINO_00008720, session 1267) |
| 1151 | N/A | Google Images Photo of Dunkin Dunuts 50 Broadway Everett MA |
| 1152 | 2013.07.15 | E-mail from Mike Flood to Anthony Gattineri re: RE: Business luncheon with Steven Crosby |
| 1153.001 | 2013.08.12 | E-mail from Anthony Gattineri to Andy Zuroff re: Note with Charlie.pdf |
| 1153.002 | 2013.08.12 | note with charlie.pdf |
| 1154 | 2013.09.10 | E-mail from Dustin DeNunzio to Joanna Calandra re: RE: FBT Percent % 2012 |
| 1155 | 2013 | FBT 2012 US Return of Partnership Income |
| 1156 | 2013.09.13 | FBT State Return 2012 |
| 1157 | 2013.09.13 | E-Mail from Daniel Gaquin to Paul Feldman Re: RE: Hi from Boston magazine |
| 1158 | 2013.10.18 | E-Mail from vipergtsbob@aol.com to Karen Wells Re: Fwd: Draft Potential Alternative FBT Report Conc |
| 1159 | 2013.12.27 | Wynn MA LLC Suitability Decision |
| 1160 | 2013.12 | Wynn MA LLC RFA-2 Application |
| 1161 | 2014.06.12 | Check to Charlie Lighbody in the amount of $1,921,9210.55 - payment from Anthony Gattineri for promissory note |
| 1162 | 2014.09.17 | Massachussetts Gaming Commission: Agreement to Award the Category 1 License In Region A to Wynn MA, LLC |
| 1163 | 2014.10.17 | Letter from Catherine Blue to Charles Baker Re: October 8, 2014 Letter to the Massachusetts Gaming Commission |
| 1164 | 2014.07.30 | All exhibits from 7/30/14 Grand Jury testimony of Andrew Zuroff |
| 1165 | N/A | All Secretary of State filings available as of November 2012 |
| 1166 | N/A | Chronology of events for 7/2/13 through 10/14/14, prepared by Lt. Kevin Condon |
| 1167 | 2014.01.24 | AT&T usage report detailing call records of Anthony Gattineri for July 9 and July 10 of 2013 |
| 1168 | n/a | Drafts and final copy of IEB Memorandum for Interview of Dustin DeNunzio |
| 1169 | 2016.02.26 | E-mail from Kristina Barclay re: FW: Yahoo! Email Issue |
| 1170 | 2006.06.05 | Monsanto Judgment |
| 1171 | 2006.06.05 | Monsanto Memorandum and Order |
| 1172 | N/A | All Grand Jury Subpoenas Duces Tecum Served on Banks  as Part of the Investigatio of This Case |
| 1173 | 2012.06 | Wynn 2012 SEC 10-Q Filing |
| 1174 | 2013 | Wynn Everett Gaming Market Assessment Report (TMG Consulting) |
| 1175 | 2013.03.07 | Steve Wynn call with DeMaria.wav (March 7, 2013) |
| 1176 | 2013.03.20 | Steve Wynn call with DeMaria.wav (March 20, 2013) |
| 1177 | 2013.03.20 | Matt Maddox call with DeMaria.wav (March 20, 2013) |
| 1178 | 2013.07.05 | Steve Wynn call with DeMaria.wav (July 5, 2013) |
| 1179 | 2013.09.09 | Transcript of Sworn Interview of Stephen A. Wynn by the Massachusetts Gaming Commission |
| 1180 | 2013.10.24 | Transcript of Wynn Resorts Q3 2013 Earnings Call |
| 1181 | 2014.01.30 | Transcript of Wynn Resorts Q4 2013 Earnings Call |
| 1182 | 2013.10.29 | Collier's Appraisal of Everett Parcel |
| 1183 | 2013.09.04 | Letter from Daniel Gaquin to Dustin DeNunzio Re: Seller's Environmental Obligations |