UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (1) DUSTIN J. DENUNZIO, | ) | Criminal No: 14-CR-10284-NMG |
| (2) ANTHONY GATTINERI, and | ) | |
| (3) CHARLES A. LIGHTBODY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' WITNESS LIST[1]

- Angelucci, Kenneth
- Ash, Jay
- Atanasov, George
- Azkitis, Laz
- Bailey, Brad
- Beirne, Eoin
- Blue, Catherine
- Bouvier, Jeffrey
- Breadner, Richard
- Brown, Richard
- Burt, Winston
- Butters, Thomas
- Canavan, Brian
- Carroll, Robert
- Carucci, Jack
- Chizmadia, Jesse
- Ciotti, Daniel
- Condon, Kevin
- Connors, Lt. Brian
- Corman, Clay
- Costa, Mario
- Crosby, Steve

---

[1] Defendants' reserve the right to include additional individuals pending receipt of additional discovery materials from now through trial.

1

- DeCicco, Gary
- DePalo, Patrick
- DeMaria, Carlo
- DeNunzio, Dustin
- DeNunzio, Peter
- DiCarlo, Nadia
- DiPlatzi, Michael
- DiSalvio, Robert
- Doherty, Dan
- Ehrlich, Gary
- Elio, Matthew
- Falwell, Thomas
- Feldman, Paul
- Flood, James
- Gaquin, Daniel
- Gattineri, Anthony
- Gattineri, Linda
- Gattineri, Lisa
- Gattineri, Michelle
- Gerber, Andrew
- Griffin, Jill
- Guilmain, Kerri
- Guttadauro, Stephen
- Harwell, Megan
- Heron, Matthew
- Hines, Eric
- Hoyt, Sherry
- Hughes, Francis P.
- King, Patrick
- Knutson, David
- Kradolfer, Michael
- Krum, Jacqui
- Kutlu, Mustafa
- LaPorte, Bob
- Laverty, Charles
- Lightbody, John
- Lipshaw, Jeffrey
- Lohnes, Paul
- Long, Shannon
- Mackey, David
- Maddox, Matt
- Madeja, Jamy
- Mangieri, John
- Manzo, Michael

- Marchelletta, Adam
- Marchionda, Paul
- McCoy, Trip
- McHugh, James
- Michael, Guy
- Miller, Steve
- Miner, Tracy
- Monteforte, Michael
- Mulvaney, John
- Murphy, Bernard
- Nadeau, Shannon
- Patch, Charles
- Pike, Stephen
- Porter, Jeff
- Prince, Mark
- Quackenbush, Adrian
- Rizzo, Dan
- Robertson, Robert
- Rodriguez, Melissa
- Roselando, Jim
- Rosenberg, Steven
- Russo, Jamie
- Salley, Brian
- Settipane, William
- Sheahan, Kevin
- Simms, Paul
- Sinatra, Kim
- Steinberg, Alex
- Sterling, Nancy
- Stern, Jim
- Sullivan, Walter
- Talbot, Brian
- Terrell, Dan
- Tocco, John
- Tocco, Stephen
- Tourek, Kevin
- Tran, Karen
- Ventouris, Theodore
- Villarreal, Freddy
- Ward, Cheryl
- Weaver, Michael
- Weiss, Jay
- Weld, William
- Wells, Karen

- Wynn, Steve
- Zappala, Thomas
- Zuroff, Andrew
- Custodian of Records – Salem Five Bank (Stoneham Savings)
- Custodian of Records – Bank of America
- Custodian of Records – Commonwealth Land Title
- Custodian of Records – East Boston Savings Bank
- Custodian of Records – Citizens Bank

Respectfully submitted,

/s/ Joshua S. Levy
Joshua S. Levy (BBO #563017)
Aaron M. Katz (BBO #662457)
Alexandra L. Roth (BBO # 687847)
Ropes & Gray LLP
Prudential Center
800 Boylston St.
Boston, MA 02199
Phone: (617) 951-7000
Fax: (617) 951-7050
Joshua.Levy@ropesgray.com
Aaron.Katz@ropesgray.com
Alexandra.Roth@ropesgray.com
*Attorneys for Dustin DeNunzio*

/s/ Michael J. Connolly
Michael J. Connolly (BBO #638611)
Laura B. Angelini  (BBO #658647)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
Phone: (617) 345-9000
Fax: (617) 345-9020
mconnolly@hinckleyallen.com
langelini@hinckleyallen.com
*Attorneys for Anthony Gattineri*

/s/ Charles W. Rankin
Charles W. Rankin (BBO #411780)
Rankin & Sultan
151 Merrimac St. #200
Boston, MA 02114

                                              crankin@rankin-sultan.com
                                              *Attorney for Charles Lightbody*

Dated: March 14, 2016