UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 14-cr-10284-NMG |
| | ) | |
| (1) DUSTIN J. DENUNZIO, | ) | |
| (2) ANTHONY GATTINERI, and | ) | |
| (3) CHARLES A. LIGHTBODY | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE ADMISSION OF LIGHTBODY STATEMENTS

The United States, by and through the undersigned attorneys, respectfully requests leave of Court to file a supplemental memorandum in support of the admission of statements made by Charles Lightbody both in the prison calls and in the intercepted wiretap calls. As grounds therefore, the government submits that this supplemental memorandum provides an additional ground for the admission of these statements against all defendants as statements against penal and pecuniary interest under Fed. R. Evid. 804(b)(3). The supplemental memorandum also provides the Court with the transcripts of the excerpts of the calls which the government seeks to introduce. In light of the Court's Order to hold a hearing with limited argument on Defendants' Motion for a Pre-Trial *Petrozziello* Hearing on March 28, 2016, the government believes that providing the transcripts will assist the Court in ruling on the admission of the proffered statements, whether made before or during trial.

Respectfully submitted

CARMEN M. ORTIZ
United States Attorney

Date: March 21, 2016         By:   */s/ S. Theodore Merritt*
                                    KRISTINA E. BARCLAY
                                    S. THEODORE MERRITT
                                    Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: March 21, 2016                                  */s/ S. Theodore Merritt*
                                                                   Assistant United States Attorney