# EXHIBIT 2A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT
OF THE ADMISSION OF LIGHTBODY STATEMENTS**

**August 16, 2012 at 2:59pm**

**Participants:  Darin Bufalino**
**                         Charles Lightbody**

*Ticker Start Time: 10:24*

| | |
|---|---|
| DARIN BUFALINO: | Hey, how's Everett going for you? |
| CHARLES LIGHTBODY: | Here's…there'll be a fucking…you'll own half the fucking city.  Works out.  Listen to this.  You're going to be the first one in prison to hear this story.  We got a deal on the table right now.  It'll probably hit within weeks.  Right now, on paper *(inaudible)* a hundred thousand *(inaudible)* to put a Hard Rock casino give us two hundred and fifty a month up until construction *(inaudible)* million dollars. |
| DARIN BUFALINO: | I think, I think when I go to *(inaudible)* Sunday, I think I'll definitely say a prayer for your well being. |
| CHARLES LIGHTBODY: | Yeah.  Please do. |
| DARIN BUFALINO: | Wow. |
| CHARLES LIGHTBODY: | But it's going to be a real home run if we can get the permits through, and you know the mayor's all for it. |
| DARIN BUFALINO: | Of course. |
| CHARLES LIGHTBODY: | But nobody knows yet because we really can't talk about it. |
| DARIN BUFALINO: | Yeah nobody…listen to me.  I'm like the Black Hole of Calcutta, Charlie.  Nobody's going to… |
| CHARLES LIGHTBODY: | Yeah, no I'm not even worried about that.  I mean it's out there like I told my brothers and shit like that.  A few people know but, you know ah right now you don't want any politicians finding out before we get signed up. |
| DARIN BUFALINO: | Right, right. |

1

CHARLES LIGHTBODY:    But we're going to sign up ah most likely tomorrow if not the beginning of the week.  We're all signed up for that deal that I just told you.

DARIN BUFALINO:    Wow.  Who finagled that the, the other guy?

CHARLES LIGHTBODY:    No, if you can believe it, no the other guy's out.

DARIN BUFALINO:    No, not him the, the old guy.

CHARLES LIGHTBODY:    Anthony Gattineri did it.

DARIN BUFALINO:    Who?

CHARLES LIGHTBODY:    Anthony knew *(inaudible)* the hedge guys.

DARIN BUFALINO:    Yup.

CHARLES LIGHTBODY:    You know, the fund *(inaudible)* guys.

DARIN BUFALINO:    Yup.

CHARLES LIGHTBODY:    The company here it's called, let's see its name is Och, O-C-H, and Ziff, Z-I-F-F, and ah they're net worth is thirty billion dollars.  They're a hedge fund company and they're going to put up the money to get the deal done.

DARIN BUFALINO:    Wow.

CHARLES LIGHTBODY:    And ah you know, these guys are really excited about it.  They think it's going to fly.

DARIN BUFALINO:    Imagine that.

CHARLES LIGHTBODY:    Yeah, fucking crazy, buddy.  Crazy, crazy, crazy.  And I got, I mean, I have the documents right in my briefcase because what happened was the first deal was thirty million dollars and we went to the broker complaining and he wanted two million dollar fee.  We said "No that's way too much money."  We're fighting back and forth.  I said "It's too much money, it doesn't, it doesn't make any sense," you know?

DARIN BUFALINO:    Right.

CHARLES LIGHTBODY:    So ah he goes "Listen."  So we called him back he goes, "Listen.  My guys don't think it's good because you know what happened"

|  | *(inaudible)* give us the same thing *(inaudible)* but our thousand dollars *(inaudible)* six months *(inaudible)* there's no guarantee *(inaudible)* we  said fifty million dollars if it gets permitted and earn fifty million if it gets permitted  and two fifty until it gets built, a month. |
|---|---|
| DARIN BUFALINO: | Right. |
| CHARLES LIGHTBODY: | So they said "No, fifty million's too much."  So my lawyer says "Okay, here's what we'll do then.  Give us a hundred thousand dollars a month until it gets permitted.  If it gets permitted you give us two fifty a month and then what we'll do, we'll put it out there for fair market value, see what a casino site is worth with the permit."  The guy goes "Alright.  We'll sign the fifty million." |

*(Laughs)*

| DARIN BUFALINO: | The reason being is that a permitted casino is like fucking…print your own money. |
|---|---|
| CHARLES LIGHTBODY: | Yeah, it could be two hundred million, you know? |
| DARIN BUFALINO: | Yeah absolutely.  Well that's a success, Charlie.  I'm glad to hear it and I will definitely… |
| CHARLES LIGHTBODY: | Yeah, I'm happy about it.  I just, you know, I'm doing the same thing as you.  I'm saying a prayer and hoping it happens, you know? |
| DARIN BUFALINO: | I'll be there Sunday *(inaudible)* I will wish *(inaudible)* your business monitor, but we can, we can pray for the financial…for the… |
| CHARLES LIGHTBODY: | Yeah, exactly. |
| DARIN BUFALINO: | Healthy financial outlook of your family. |
| CHARLES LIGHTBODY: | But you'll probably see it on the news in a couple…see it in the newspaper…probably all over the papers, you know? |
| DARIN BUFALINO: | Right, right.  Every Tom , Dick , and Harry is going to be calling you. |
| CHARLES LIGHTBODY: | Oh yeah, well I put it in an LLC, so my name don't show up because ah between you and I, I think I told you my partner was like "You know, we can you take your name off and just put it in a |

|  | blind LLC?"  I go "Listen.  I have no problem with that, you know?  I want to be the guy *(inaudible)* a hundred million." |
|---|---|
| DARIN BUFALINO: | Right, right, right. |
| CHARLES LIGHTBODY: | I said "I'll take my name off."  I got no problem and now actually it works out because these casinos, they see my name in there and they ain't going to like it. |
| DARIN BUFALINO: | Right. |
| CHARLES LIGHTBODY: | You know, whether they like the property or not.  You know how the fucking politics are. |
| DARIN BUFALINO: | Oh yeah, absolutely.  It's a, it's enough… |
| CHARLES LIGHTBODY: | So I'll never show up on it which is a good thing. |
| DARIN BUFALINO: | Good.  Good for you. |
| CHARLES LIGHTBODY: | Yeah, so I'm kind of excited about it. |
| DARIN BUFALINO: | Good for you.  So listen if we lose this house have you got to help Jack? |

# EXHIBIT 3A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT OF THE ADMISSION OF LIGHTBODY STATEMENTS**

**August 22, 2012 at 10:32am**

**Participants:  Darin Bufalino**
                         **Charles Lightbody**

*Ticker Start Time:  4:53*


| | |
|---|---|
| CHARLES LIGHTBODY: | No, yeah. Well the good news is I got all my paperwork signed yesterday. |
| DARIN BUFALINO: | Good for you buddy. |
| CHARLES LIGHTBODY: | It's official. So it should be hitting the news soon, you know? |
| DARIN BUFALINO: | Good for you. |
| CHARLES LIGHTBODY: | I went last to Wonderland Dog Track, to see, he goes, oh "You for it Charlie or against it?" I go, "I'm dead against it." |
| DARIN BUFALINO: | *(laughs)* |
| CHARLES LIGHTBODY: | Meanwhile, you know why I'm against it. |
| DARIN BUFALINO: | Of course I do! |
| CHARLES LIGHTBODY: | Why are you against it? |
| DARIN BUFALINO: | It fucking hurts your shot, of course I know it! It's not rocket science. |
| CHARLES LIGHTBODY: | He's like "Why are you against it?" So I start laughing, I go "Why am I against it?" I go listen"There's two things I'm good at."  I go "There's real estate and there's gambling." And I go, "And I quit gambling. |
| DARIN BUFALINO:` | Yeah, because you weren't that good |
| CHARLES LIGHTBODY: | Cause I wasn't as good as I thought I was." I go "And if I didn't quit gambling, I'd have no house right now. |
| Darin Bufalino: | Yeah |

| | |
|---|---|
| Charles Lightbody: | I'd be living in a fucking apartment somewhere, broke, busted out driving a shit box car." |
| DARIN BUFALINO: | It's only because you ran out of bookmakers to fucking get into that's all there is to that that |
| CHARLES LIGHTBODY: | Exactly. That's all it is, baby. You know, and the internet no one trusts you. They think you're going to beat them and fucking run. |
| DARIN BUFALINO: | Yeah, yeah, yeah. |
| CHARLES LIGHTBODY: | And the casino kicked me out, so they did me a favor. |

(12:30)

| | |
|---|---|
| CHARLES LIGHTBODY: | Even though they want to, but you know. They probably figure right now they're got no position cause they assume it's a slam dunk, but then in about two or three weeks when they see it hit the news they're not going to be too happy about it I don't think. |
| DARIN BUFALINO: | Yeah, I think I think right now they probably do think it's a slam dunk, to be honest with you. |
| CHARLES LIGHTBODY: | Yeah, because there's no opposition. No one else filed for an application yet. |
| DARIN BUFALINO: | Right, there's no other opposition going on. |
| CHARLES LIGHTBODY: | They said last night in the news that Springfield's firing back, they're trying to get a spot again. |
| DARIN BUFALINO: | Yeah, Springfield Palmer MGM Grand is trying to push, ah even even ah Foxwoods down there is trying to push into… MGM's trying to get into Palmer, no Foxwoods is trying to get into Palmer, and MGM is trying to get into like the Springfield area, somewhere in there. |
| CHARLES LIGHTBODY: | Right, we got the Hard Rock. |
| DARIN BUFALINO: | You got the Hard Rock. |

CHARLES LIGHTBODY:    Buddy I'd like to just get a slot parlor.

DARIN BUFALINO:        No I understand. It's all good.

CHARLES LIGHTBODY:    Right in that door

DARIN BUFALINO:        The water? Water taxi over there?

CHARLES LIGHTBODY:    Oh yeah, we got deep water right there too, buddy.

DARIN BUFALINO:        No I'm saying could you at ah if you were at Long Wharf and you hopped in a boat…

CHARLES LIGHTBODY:    Yup, yup, you can go right over.

DARIN BUFALINO:        You can swing that way?

CHARLES LIGHTBODY:    Yup, you go right over.

DARIN BUFALINO:        That's big. That's real big. You going to have a lot of people…

CHARLES LIGHTBODY:    Oh I'm sure they got pictures of everything already, they've been working on this thing for three months, you know and probably longer if I could imagine.

DARIN BUFALINO:        Yeah. That's cool. That's cool. Alright, alright what else?

CHARLES LIGHTBODY:    We're all signed up, so at least ah in forty-five days, unfortunately it's forty-five days, they start giving us a hundred a month.

DARIN BUFALINO:        *(Laughs)*

CHARLES LIGHTBODY:    But you know, like it sounds like a lot, it's kind of funny it is a lot but we're paying fifty, fifty a month now in taxes, you know.

DARIN BUFALINO:        I understand, but it's a hundred a month…

CHARLES LIGHTBODY:    Hey, buddy, you kidding me, it's a score for me. It stops all the bleeding.

DARIN BUFALINO:        It's a hundred a month that you didn't have, bro.

CHARLES LIGHTBODY:    Exactly.

DARIN BUFALINO:        Like, you know, that's like fucking (UI) right there…

CHARLES LIGHTBODY:    Exactly. And then, if it goes through, we get two-fifty a month.

3

DARIN BUFALINO:   But whatever

CHARLES LIGHTBODY: Hopefully I get it just when you come home.

DARIN BUFALINO:   Well, you know, I'm going to tell you something Charlie. You know, I'll be home a lot sooner than people think, when my feet hit the ground out there, you know, I don't normally fuck around, I normally have it on go right from the rip so, the last time it was a barbershop and an oil company, and I got a couple ideas already lined up now, so, when, you know, it is what it is buddy, you know.

# EXHIBIT 5A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT OF THE ADMISSION OF LIGHTBODY STATEMENTS**

**November 13, 2012 at 10:39am**

**Participants:  Darin Bufalino**
**               Charles Lightbody**

*Ticker Start Time: 2:13*

DARIN BUFALINO:         Alright cool. Boy has there been a lot of writing about fucking
                        Everett and the fucking casinos and all that other crazy shit.

CHARLES LIGHTBODY:      Yeah I hear that Steve Wynn is supposed to be coming down
                        tomorrow at ten thirty to talk to the mayor.

DARIN BUFALINO:         Really?

CHARLES LIGHTBODY:      Yeah, so I'm hoping that flies, you know. That would be nice.

DARIN BUFALINO:         Steve Wynn's with the Hard Rock?

CHARLES LIGHTBODY:      No, he's coming in from Vegas with some other company now.
                        Now it's open season cause the Hard Rock never paid us the
                        money they promised us, you know it's typical. *(inaudible: talking
                        to someone else)* What was I gonna say, the, yeah they're coming
                        in tomorrow, Steve Wynn.

DARIN BUFALINO:         They didn't pay you?

CHARLES LIGHTBODY:      No, they never paid us the money, the mother fuckers.

DARIN BUFALINO:         Are you serious?

CHARLES LIGHTBODY:      You know what it is, they get all the money so they figure they can
                        muscle you, you know, they figure they can muscle you and that's
                        what they were trying to do.

DARIN BUFALINO:         Unbelievable.

CHARLES LIGHTBODY:      Yup. Imagine that. So they never gave us a quarter, (talking to
                        someone else: yeah I'm going to put like an hour labor on
                        everything).

DARIN BUFALINO:         I thought you were fucking alright over there.

1

CHARLES LIGHTBODY: No, I was waiting man and they never gave us a fucking quarter.

DARIN BUFALINO: So that means they're out.

CHARLES LIGHTBODY: Well more or less. I mean they're still interested, they're claiming. But now they're making it open season so everyone else can come in. We've got a casino from Chicago looking at it, we've got like four different guys looking.

DARIN BUFALINO: Yeah, when that, when that shit got out of the fucking bag and they didn't have the piece locked up, that's fucking, that's open for everybody.

CHARLES LIGHTBODY: Exactly, exactly. And that's why I was saying to myself, I'm saying why won't they fucking ah pull the trigger, but they didn't want to pay the hundred thousand a month. So now it's open season.

DARIN BUFALINO: I don't know, you know they got them guys over in Springfield high and dry too, you know.

CHARLES LIGHTBODY: I know that, yeah. To come here, supposedly.

DARIN BUFALINO: Yeah they strung those guys out and I thought the reason they did that was cause they were locked over where you are and figured that was a better shot. But it just might be that these guys are full of fucking shit-skis.

CHARLES LIGHTBODY: Right, exactly. (Talking to someone else: one hour)

DARIN BUFALINO: Wow.

CHARLES LIGHTBODY: That's what they did to us.

DARIN BUFALINO: Well I hope it works out in your favor.

CHARLES LIGHTBODY: Yeah, me too. Believe me, they're mother fuckers you know?

DARIN BUFALINO: Yeah, well you know, you might, your earning potential might get bigger than what it was.

CHARLES LIGHTBODY: That's what I'm hoping for, you know. I'm hoping to stick it right up their fucking ass.

DARIN BUFALINO: Yeah, without a doubt.

2

CHARLES LIGHTBODY:     You know.

DARIN BUFALINO:     It was funny cause…

CHARLES LIGHTBODY:     But you know how that works.

DARIN BUFALINO:     Somebody was saying like fucking, how'd he put it, he goes "Yeah that fucking asshole Thibeault, everything he touches turns to gold and now that fucking property he's got over in Everett he's going to fucking make millions on."

*(Laughing)*

CHARLES LIGHTBODY:     Who said that?

DARIN BUFALINO:     Somebody said that and I says "Yeah well you can forget about that because he hasn't had that property in a while man.  His ass got booted out of there."

CHARLES LIGHTBODY:     That's right.

DARIN BUFALINO:     They're like "What?" I says "Oh yeah. Yeah, he's fucking, he blew that property up dude. He's got nothing to do with that."

CHARLES LIGHTBODY:     That's right.

DARIN BUFALINO:     "Are you fucking serious," I go "Yeah I'm dead serious," I says "He's been out of there for, he went to court and everything to try to fucking get that piece back and they busted him out, he's gone."

CHARLES LIGHTBODY:     Yup, no question about it. So…

DARIN BUFALINO:     Fucking mutt. There all mutts.

CHARLES LIGHTBODY:     Yeah I know one thing, he's fucking regretting it right now.

DARIN BUFALINO:     Oh, without a doubt, without a doubt.

CHARLES LIGHTBODY:     You ain't kidding, he's regretting it right now the fucking…

# EXHIBIT 7A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT OF THE ADMISSION OF LIGHTBODY STATEMENTS**

**December 5, 2012 at 10:36am**

**Participants:  Darin Bufalino**
**                      Charles Lightbody**


CHARLES LIGHTBODY:     Hello.

DARIN BUFALINO:     Good morning, buddy. Sorry to bother you.

CHARLES LIGHTBODY:     What's up?

DARIN BUFALINO:     How was your trip?

CHARLES LIGHTBODY:     No problem buddy. *(inaudible)*You there?

DARIN BUFALINO:     Yeah. How was your trip?

CHARLES LIGHTBODY:     I said I'm finally sober after a week.

DARIN BUFALINO:     Haha good for you

CHARLES LIGHTBODY:     We had a blast.

DARIN BUFALINO:     Good. So listen I'm calling, I got an envelope last week that you sent the check in, but they never posted it to my account. I got to go and bitch to these people, but I don't know how much and I'm wondering if you still have…

CHARLES LIGHTBODY:     Do we still have the receipt from what we sent to Darin? What did we send him, four hundred last week? Five hundred? I don't know. Fuck. No he said he got the envelope but no check in it.

DARIN BUFALINO:     No the check was in it, they never posted it to my account.

CHARLES LIGHTBODY:     Oh.

DARIN BUFALINO:     I got an envelope, it says money received, but they didn't say how much was on there but they never, no money ever went into my account.

CHARLES LIGHTBODY:     Eleven twenty could it have been Darin?

DARIN BUFALINO:     What?

CHARLES LIGHTBODY:     Eleven twenty. That makes sense, right?

1

DARIN BUFALINO:          Yeah.

CHARLES LIGHTBODY:    I got a receipt here, it was three hundred dollars.

DARIN BUFALINO:          Hold on, let me take the number down on it. Eleven twenty, okay, cause they got it like eleven twenty-six or something.

CHARLES LIGHTBODY:    Yeah, so that must be it, yeah. Three hundred dollars.

DARIN BUFALINO:          Alright let me get a fucking…

---------------------------------------------------------------------------------------------------------------

*Ticker Time: 9:55*

CHARLES LIGHTBODY:    Hey listen to this, I'll tell you something really fast. Wynn come in on Wednesday and everything's going a hundred percent.

DARIN BUFALINO:          Great.

CHARLES LIGHTBODY:    I went to the Hard Rock *(inaudible)*, "Charlie do you know that Caesar's Palace is twenty billion dollars in the hole, filing bankruptcy right now?"

DARIN BUFALINO:          Oh you didn't know that?

CHARLES LIGHTBODY:    Caesar's is the one trying to get over to Suffolk Downs.

DARIN BUFALINO:          You didn't know that?

CHARLES LIGHTBODY:    No I just found out.

DARIN BUFALINO:          Listen all them gaming companies they're all in trouble,

CHARLES LIGHTBODY:    Yup

DARIN BUFALINO:           I think the only one that's above board is, above water is Boyd Gaming. But the rest of them, Caesar's, they're like fucking, they're so far in the hole it's retarded.

CHARLES LIGHTBODY:    Yup That's what I said. I go we've got Steve Wynn in our corner, let him come in to go up, these people's stocks are going down the shitter.

2

DARIN BUFALINO:    Yeah, well you still got the Hard Rock boys in there too, right?

CHARLES LIGHTBODY:    Well yeah but we basically kicked them to the curb cause they weren't performing and we took on Wynn. Now Wynn's supposed to start paying us a hundred thousand a month December fourteenth.

DARIN BUFALINO:    Right.

CHARLES LIGHTBODY:    So they're supposed to pay us a hundred thousand a month and then we signed the purchases and sales with them, it's not binding yet, it will be when they give us the first check for seventy-five million.

DARIN BUFALINO:    Huh

CHARLES LIGHTBODY:    How do you think Thibeault feels about that, and Gary DeCicco? They don't have a fucking *(inaudible)*

DARIN BUFALINO:    I thought Gary hold it, I thought Gary was your buddy.

CHARLES LIGHTBODY:    No he got caught robbing everybody.

DARIN BUFALINO:    I know that but I thought he was your buddy. Wait a minute, wait a minute.

CHARLES LIGHTBODY:    Yeah he's my buddy alright. Besides him leaving me in Nashua Street, besides him leaving me in Nashua Street, I almost, I almost more or less more or less forgave him because it's a lot of money to put out there, but then again after he robbed everybody and what I've been hearing, he's a fucking bad dude man.

DARIN BUFALINO:    He's fucking…

CHARLES LIGHTBODY:    Bad to the bone.

DARIN BUFALINO:    Yeah he don't, he'd fuck his own mother the way it looks *(inaudible)*.

CHARLES LIGHTBODY:    Yeah no question about it, he's just looking to grab some money off of anybody and everybody.

DARIN BUFALINO:    Yeah, but listen I'm really surprised that you didn't know that fucking all them guys are in trouble in Vegas.

CHARLES LIGHTBODY:    No I really didn't, I'll tell you the truth.

3

DARIN BUFALINO:      You don't, you don't follow the, you don't follow fucking the stock market or nothing?

CHARLES LIGHTBODY:   Nope, not at all.

DARIN BUFALINO:      Wow.

CHARLES LIGHTBODY:   Imagine that.

DARIN BUFALINO:      Anyways, yeah. They're like, they're like fucking ten to fifteen billion in debt.

CHARLES LIGHTBODY:   Imagine that.

DARIN BUFALINO:      Mother fuckers. And like I said, there's only one of them that's performing alright and I'm pretty sure it's Boyd, B-O-Y-D. I don't think, I forget who they own.

CHARLES LIGHTBODY:   Yeah.

DARIN BUFALINO:      They own like six or seven. You know, they're all over the place. They're in Mississippi, they're in Pennsylvania, they're getting in trouble. Cause they open these *(inaudible)* up, and after a year they go flat. You know, they take all the fucking, Charlie it's like running a fucking Alabama blackjack you know. You go in there, you're playing, and you know guys run a couple hundred bucks here and there, game lasts a couple nights, maybe a couple thousand. Whatever, then the guys say "Yeah, let's play Blackjack," and all of a sudden there's twenty guys playing and two days run, one guy wins twenty thousand, everybody else is tapped out. And the fucking *dealer* card games don't go anymore cause nobody's got any money.

CHARLES LIGHTBODY:   That's amazing man. They say this guy Wynn has *(inaudible)*, so hopefully he's the only one cause he's in our corner.

DARIN BUFALINO:      Yeah but half the time, I'm going to give you the bad side to all this.

CHARLES LIGHTBODY:   Yeah.

DARIN BUFALINO:      Steve Wynn will not get, ah he won't get licensed here in Massachusetts.

CHARLES LIGHTBODY:   He won't?

DARIN BUFALINO:    No, he won't. I'm going to tell you why. He got thrown out of New Jersey, okay, for you know, they didn't link him, they couldn't officially link him to organized crime but he tried to open up a joint in England and they wouldn't give him the license.

CHARLES LIGHTBODY:    Really

DARIN BUFALINO:    The town *(inaudible)*, they're saying he had links to organized crime. They couldn't prove it, they wouldn't say it in public,

CHARLES LIGHTBODY:    Right

DARIN BUFALINO:    But that's what the whole deal was about. And then they had a problem in the cage, a discrepancy in the cage, but more importantly the chick who heads the commission up here, she comes from the New Jersey state police ah gaming control, she was the head of the gaming control in New Jersey.

CHARLES LIGHTBODY:    Really.

DARIN BUFALINO:    And that's where he got bounced from. Jersey. If you if you check into it you'll see that Wynn has nothing going on in New Jersey. Nothing, and he didn't have any…

CHARLES LIGHTBODY:    Well the funny thing about it that's why I left my name off, cause I *(inaudible)* I put Anthony's name in there.

DARIN BUFALINO:    Yeah, no I understand, but he'll have a problem getting around that broad cause that broad knows all about him. She knows, you know, I'm only giving you stuff that's been made public.

CHARLES LIGHTBODY:    Yeah, exactly, right.

DARIN BUFALINO:    You know, he had to get out of New Jersey cause they were going to, and once they revoke a license it's like fucking wherever else you go

CHARLES LIGHTBODY:    Yeah

DARIN BUFALINO:    Like you're kind of dead, like, so instead of him getting revoked he sold his *(inaudible)* down there and got out of there. It's in a couple states that he can't get licenses in and again over in Europe, over in England he couldn't get in in England. But whatever, you know what I mean, you know what, they're so hard up over here they'll probably let, fucking, you know, everybody run.

5

CHARLES LIGHTBODY:      Yeah, you ain't kidding.

DARIN BUFALINO:      As long as they got the cash.

CHARLES LIGHTBODY:      All the *(inaudible)* they want the revenue that's what they want.

# EXHIBIT 8A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT
OF THE ADMISSION OF LIGHTBODY STATEMENTS**

**December 11, 2012 at 10:15am**

**Participants:  Darin Bufalino**
**                      Charles Lightbody**


CHARLES LIGHTBODY:        Hello, hello, hello…hello.

DARIN BUFALINO:             Hey, how about that long speech?

CHARLES LIGHTBODY:        Buddy, how about me, dude?  I'm sitting here listening to the
                                        whole thing cause I'm trying to do two things at once.

DARIN BUFALINO:             You just going to…

CHARLES LIGHTBODY:        And I'm sitting here fucking listening and I'm in the corner near
                                        the window so my phone's dead.

DARIN BUFALINO:             Listen I got, I got, I got the envelope with the receipts and the
                                        check and…what's coming back from the Treasurers…"Oh yeah
                                        we have that."  Cause they said, they said "There was no name or
                                        number on it so we didn't know who to give it to."

CHARLES LIGHTBODY:        Oh that's something.

DARIN BUFALINO:             Did you forget to put my name and number on the first one?

CHARLES LIGHTBODY:        Well, I'll tell you one thing: Biggie is losing his mind.  I think he's
                                        overwhelmed.

DARIN BUFALINO:             Cause here's what happens: it comes into the mail room…

CHARLES LIGHTBODY:        Yup.

DARIN BUFALINO:             They open it up…

CHARLES LIGHTBODY:        Yup.

DARIN BUFALINO:             They take the check out and they don't do anything but send it to
                                        the Treasurer's office.

CHARLES LIGHTBODY:        Right.

DARIN BUFALINO:          So if there's no name or number on it…it sits there like, you know what I mean?

CHARLES LIGHTBODY:       I'm not surprised.

DARIN BUFALINO:          You know so.  What's going on with you, brother? Thank you for the…thank you.

CHARLES LIGHTBODY:       Yeah, no problem you got the other one, right?

DARIN BUFALINO:          Yes.

CHARLES LIGHTBODY:       So you got both of them?

DARIN BUFALINO:          I have both of them.  Well I haven't seen my account yet but I have the receipts for both of them so…and I know the first one when I went to happy hour.  I said "Listen, I got the God damn receipt right here," and they're like "Oh, we were wondering who was going to come for that."  I was like "Huh?" He said "There was no name or number on it so we just let it sit up there until someone came in to claim it."

CHARLES LIGHTBODY:       Crazy.  At least you got it.

DARIN BUFALINO:          Yeah, yeah.  What's the good word?

CHARLES LIGHTBODY:       Not much.  Waiting until Friday, buddy.  That's it.

DARIN BUFALINO:          Friday?

CHARLES LIGHTBODY:       But I'll tell you the truth, you know what's really weird, listen to this.

DARIN BUFALINO:          What's Friday?

CHARLES LIGHTBODY:       My Friday's the day where they sign or they don't sign.

DARIN BUFALINO:          Okay, I got it, I gotcha, I gotcha.

CHARLES LIGHTBODY:       But ah listen to this. I talked to last night on the phone until eleven o'clock at night through the Patriots game everything.  The newspaper was calling Mintz Levin which is Wynn's attorney, you know, they're the big law firm out of town,

DARIN BUFALINO:          Yeah

2

CHARLES LIGHTBODY:     Probably the best in the country.

DARIN BUFALINO:     Yeah. Levin, Cohen, and somebody else.

CHARLES LIGHTBODY:     Yeah, exactly so that's who they're using.  So they're asking the newspapers, calling them up about Gary Decicco.  So they said, you know, they were asking Chris about Gary Decicco and he's a felon and this and that.  So now, obviously you know my situation, so they're they're punching and hooking, Gary, Gary, Gary, Gary, Gary.  So my attorney calls my partner and myself and we have a little conference call and says "Listen.  Do you know that this commission, when when there is a casino that not only them but whoever is selling the land cannot have a criminal record."

DARIN BUFALINO:     Ahh…ahh.

CHARLES LIGHTBODY:     So so so what they're saying is that any proceeds that come from a sale of a casino or a casino cannot go to a felon.

DARIN BUFALINO:     Ahh.

CHARLES LIGHTBODY:     But the only good thing is nobody knows who is involved which makes it good because now I can just move on, you know what I mean?

DARIN BUFALINO:     You need to move on.

CHARLES LIGHTBODY:     So basically they're going to buy me out and…

DARIN BUFALINO:     You need to move on. You need to double blind it.

CHARLES LIGHTBODY:     Exactly.

DARIN BUFALINO:     You need to triple blind it actually.

CHARLES LIGHTBODY:     Well that's what were doing.

DARIN BUFALINO:     I know I explained this to you once before at least I think I did…

CHARLES LIGHTBODY:     Yeah you did about Wynn. Yeah. Yup, in New Jersey.

DARIN BUFALINO:     Yeah

CHARLES LIGHTBODY:     Yeah

| | |
|---|---|
| DARIN BURALINO: | He's going to have a hard time.  That broad, that broad that's where she comes from.  She ran New Jersey and they're the ones that threw him the fuck out. |
| CHARLES LIGHTBODY: | Right, right. |
| DARIN BUFALINO: | You know.  I don't know. |
| CHARLES LIGHTBODY: | Well we'll see what happens.  But I know they were looking at Gary, the news people, the newspaper people calling cause, you know what they want to do.  They want to blast in the paper that he burns buildings down and fucking the whole nine yards and try to ruin it so Suffolk Downs can get it. |
| DARIN BUFALINO: | But isn't he out? |
| CHARLES LIGHTBODY: | What? |
| DARIN BUFALINO: | Isn't he out? |
| CHARLES LIGHTBODY: | Oh he's been out yeah which is a good thing.  That's my point.  By him, by them snooping around on him gave us the heads up with the law. |
| DARIN BUFALINO: | Right, right. |
| CHARLES LIGHTBODY: | So now we know that nobody in that deal that's a convicted felon can get any money from a casino, which is kind of shameful truthfully. |
| DARIN BUFALINO: | Yeah, really what about rehabilitative. |
| CHARLES LIGHTBODY: | Yeah, what about some fucking fucking gangbanger that *(inaudible)* and hit it and now what?  You won't give him money because he's been in trouble in his life? |
| DARIN BUFALINO: | Yeah, really. |
| CHARLES LIGHTBODY: | It shouldn't be illegal is what it shouldn't be. |
| DARIN BUFALINO: | Well, it certainly sounds like it's unconstitutional. |
| CHARLES LIGHTBODY: | Yeah, but neither here nor there, we're moving on from it.  So it is good that they thought Gary was involved instead of calling the attorneys about his past. |

4

| | |
|---|---|
| DARIN BUFALINO: | Sure, sure, well, you know where that came from, right? |
| CHARLES LIGHTBODY: | Oh, Thibeault. |
| DARIN BUFALINO: | Of course. |
| CHARLES LIGHTBODY: | Thibeault definitely dropped the bomb.  Him and Rossi, the snitches. |
| DARIN BUFALINO: | Who? |
| CHARLES LIGHTBODY: | Anthony Rossi. |
| DARIN BUFALINO: | Yeah, yeah, yeah, yeah. |
| CHARLES LIGHTBODY: | No question about it. |
| DARIN BUFALINO: | Yeah, there's no question of that.  No question at all.  He is fucking salted right now. |
| CHARLES LIGHTBODY: | Wow. |
| DARIN BUFALINO: | Salted. |
| CHARLES LIGHTBODY: | Are you kidding me? Wow |
| DARIN BUFALINO: | Listen, this is what business is all about.  That type of shit, brother, that's that's you know this other stupid stuff this is where it's at right here.  Now you talking business.  This is, this is real business.  Mother fuckers getting iced out of fucking hundred million dollar deals, that's business. |
| CHARLES LIGHTBODY: | No question that's definitely business.  That's big business. |
| DARIN BUFALINO: | Yeah. |
| CHARLES LIGHTBODY: | Hey listen.  These two guys face to face had the deal fifty-fifty right in their hands and Billy told them to take a fucking hike and Gary went and bought it on his own and then fucked the partners and didn't come up with no money. |
| DARIN BUFALINO: | Yeah and fucked off fucked off with the tax money.  You read the article in the Herald, right? |
| CHARLES LIGHTBODY: | When? |

DARIN BUFALINO: Oh fuck, there was an article in the Herald not too long ago in the business section about basically…

CHARLES LIGHTBODY: About what?

DARIN BUFALINO: In the business section about the real estate trust that owns that property.

CHARLES LIGHTBODY: Oh really?

DARIN BUFALINO: You know the young kid from Harvard…yada yada yada…and you know fucking, I don't know, the Italian guy Gino Turno or whatever the fuck his name is.  It lists, it lists like three or four, it lists like the three or four people in the LLC.  I'm surprised you didn't read it.

CHARLES LIGHTBODY: Oh really

DARIN BUFALINO: You don't read the fucking paper anymore, brother?

CHARLES LIGHTBODY: No.  Once in a while buddy not often.

DARIN BUFALINO: If I had known that I would have gotten on the phone and given you the fucking hip to it.  But I thought…

CHARLES LIGHTBODY: Yup.

DARIN BUFALINO: I would have thought someone would have fucking said "Hey Charlie, story in the paper today."

CHARLES LIGHTBODY: Yeah I didn't see it.

DARIN BUFALINO: I'm going to have to try to track the fucking paper down now.

CHARLES LIGHTBODY: How long ago was it?

DARIN BUFALINO: Ah I got it last week so.

CHARLES LIGHTBODY: Really?  I didn't see it.

DARIN BUFALINO: Some some Oh yeah it talks about, it talks about the city taking the property over for back taxes then that was cleared up.

CHARLES LIGHTBODY: Yeah.

DARIN BUFALINO: You know?

CHARLES LIGHTBODY:      Yeah, who knows?

DARIN BUFALINO:         Damn, I wish I had known.

CHARLES LIGHTBODY:      Yeah we'll see what happens but I'll stay clear of it and we're working on it now.  But like I said at least we got a heads up on it, you know what I mean?

DARIN BUFALINO:         Uh huh.

CHARLES LIGHTBODY:      We didn't get a heads up then I'm sitting like a dead duck.

DARIN BUFALINO:         Yeah you should be alright though, right?

CHARLES LIGHTBODY:      Yeah well now I'm not in it no more so.

DARIN BUFALINO:         Yeah fuck em

# EXHIBIT 9A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT
OF THE ADMISSION OF LIGHTBODY STATEMENTS**

**December 20, 2012 at 4:00pm**

**Participants:  Darin Bufalino**
**Charles Lightbody**

*Ticker Start Time: 2:04*


CHARLES LIGHTBODY:    I'll definitely let him know

DARIN BUFALINO:    Yeah

CHARLES LIGHTBODY:    We ah onto good news we signed yesterday, buddy, so you'll be seeing that in the news soon.

DARIN BUFALINO:    What's that?

CHARLES LIGHTBODY:    We signed the deal yesterday.

DARIN BUFALINO:    Yeah, yeah, I seen it on the news.

CHARLES LIGHTBODY:    When?

DARIN BUFALINO:    Ah actually, you know what, that was a couple days ago.

CHARLES LIGHTBODY:    No that was the old one, that was the fucking fake one.  That's the one Carlo DeMaria told everybody it was signed and it wasn't.

DARIN BUFALINO:    Right, okay.

CHARLES LIGHTBODY:    So now we actually…we signed it.

DARIN BUFALINO:    Good.

CHARLES LIGHTBODY:    You ain't kidding.

DARIN BUFALINO:    You know?

CHARLES LIGHTBODY:    Yup.

DARIN BUFALINO:    Good, good I'm happy to hear that.  That's a welcome Christmas gift, no?

CHARLES LIGHTBODY:    You ain't kidding buddy, (laughing) that's for damn sure.

DARIN BUFALINO:    Good, good, good, good, good.  I'm glad to hear it.

1

CHARLES LIGHTBODY:     Yeah, it's all good.

DARIN BUFALINO:           That's excellent.

# EXHIBIT 131A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT OF THE ADMISSION OF LIGHTBODY STATEMENTS**

DATE:         Tuesday, July 02, 2013

TIME:         2:52:38 pm EDT

SESSION #:   749


**Participants:**
        **CL=CHARLES LIGHTBODY**
        **GD=GARY DECICCO**


**Abbreviations:**

        [  ] = IN THE BACKGROUND OR TRANSLATOR'S NOTE
        [IA] = INAUDIBLE
        [UI] = UNINTELLIGIBLE
        [PH] = PHONETIC
        [OV]= OVERLAPPING VOICES


***Ticker Start Time: (14:55:29)***

GD:     How's my buddy Gattineri?

CL:     Buddy, I have, hey listen, honest to God, you've got him pegged pretty good. Cause there's not one person that likes him.

GD:     Naw, he sucks.

CL:     No one likes him, I swear to God.

GD:     By the way, I've got no money Charlie.

CL:     Yeah

GD:      Gary got no money. Gary got no money. Yeah ok

CL:     Paul hates him

GD:     I told you, as soon as I got rid of the IRS. I needed to get rid of the IRS, they fucking

CL:     Yup

GD:  nailed me, they beat me over the head. They made me lay low for about eight months and then I bought 3 more fucking buildings, I bought my [IA] cars. I'm back in action. But these motherfuckers, they chased everything.

CL:  Paul, Paul hates that Anthony.

GD:  Oh everybody hates Anthony. Anthony's a piece of shit.

CL:  You know what he told me? Hey you want to hear what he told me. When I told you what he told me you might fall off your fucking chair.

GD:  Go ahead.

CL:  He goes, Charlie, that's what you gotta do. He goes you gotta get Richie's slush, get some sausage, get Bianco's sausage cart. He goes, and, and, get uh clown with some face painters he goes and send them down the trailer for the kids and their families. And have

GD:  He's got no respect, Charlie

CL:  Hey and have Steve Wynn pay for it, he said to me. I go, who the fuck am I going to call up to do that?

GD:  First of all…

CL:  Like he wanted me to go do it like I'm a clown.

GD:  Yeah no, let me just tell you something. He's got zero respect, he has no brains whatsoever,

CL:  Nope

GD:  He's so stupid.

CL:  He got all his money handed to him.

GD:  He got all his money handed to him and the part that I get a kick out of the most is he bitches and complains. Oh yeah, yeah, yeah and Gary's got no money. Well I got fucking 3 million of his. So I gotta have something. What a stupid motherfucker.

CL:  Hahaha. Oh that's fucking awesome.

GD:  Yeah no shit.

CL:  But Paul fucking hates him.

GD:   What's that?

CL:   Paul hates him. We had a meeting last week, Paul didn't even want to come. He goes can I do it on the phone?

GD:   No, I know, he always hated him. What do you think he said to me? I don't want that fucking guy involved in the deal. And I said eh whatever, I don't care. You know, it was best for me. Let me tell you, move on, I'm doing better, making more money, and no aggravation dealing with fucking a maggot like him.

CL:   Oh yeah, He definitely is a fucking maggot, that's for sure.

GD:   Oh yeah, oh yeah, absolutely.,. and uh

CL:   I told Dustin I want to come up with some paint from Walgreens and ask him if I could paint his face, tell him I'm the guy, the face painter.

GD:   Well you know, for him to even be that disrespectful and you know.

CL:   Well he's a maggot.

GD:   He, he's just an absolute asshole. I know people that have known him for 30 years and they told me, they said there's not a decent bone in the guy's body. And if the fucking shit hits the fan over on that property, he will be the first one to rat anything or anybody…

CL:   Oh yeah.

GD:   Oh he will, absolutely. I told you that they were going to depose me, they wanted to [UI]. I said listen, I'm not going anywhere, I don't want to talk to anybody. I told you that about a year ago.

CL:   Yeah.

GD:   Now I don't know what Billy's doing, no one's bothered me. But, um, you know.

CL:   Well Billy wants this because they're suing Billy for loss of use for the property.

GD:   Yeah, of course they are, they were supposed to. I told you that fucking, Locke and Bloom [PH] told me that.

CL:   Yeah.

GD:   And I think it's great, But you know something? He, he's, you know he's no fucking good. And they, here's the thing. Bill is better than Anthony, put it that way.

CL:     Billy's a nut and Billy's a scumbag.

GD:     And Billy's a piece of shit.

CL:     Oh yeah.

GD:     But Anthony you can depend on.

CL:     They should be partners, those two guys.

GD:      Well, Anthony's about, fucking, you know, he's, fucking Billy would…

CL:     Try to cut his head off, you know what I'm saying?  Dustin is funny, Dustin is funny. Dustin's only fucking 5 feet tall, he goes listen, he goes that guy has definitely got the worst case of Napoleon's complex I've ever seen.

GD:     No its true though, he does.

CL:     And Dustin's only short too you know, so Dustin makes fun of him and says you got Napoleon's complex. Fucking funny.

GD:     He does. He, he's always, and especially when you're bigger than him. Especially, never mind the Napoleon complex, it comes to hatred. Like he doesn't…'that big fucking asshole, that fucking big piece of shit.' Cause he doesn't like big people.

CL:     Oh yeah.

GD:     When someone's little he's like, 'oh yeah, that nice guy, oh I know him he's a little guy, yeah he's a nice guy.'

CL:     Yeah.

GD:     First of all, that's nothing. The guy, every, every…I am a firm believer that everything happens for a reason, and…

CL:     I agree with that.

GD:     And he's going to get his. Enjoy yourself; you do what you've got to do. Just be really careful, cause you can't trust him a fucking [IA].

CL:     Oh no. I don't even talk to the guy, he calls me up and I don't call him back. No fucking way, he's a nut.

GD:     Yeah no, he's…not only is he a nut, but like you know, there's people like, for example they're not gonna…like he's the type of guy that behind your back as you know, he says all kinds of nasty shit. And…

CL:     He'll rob you too, he'll definitely fucking rob you. He'll him and Billy would make great partners.

GD:     Oh yeah, he's a piece of shit. But you know hopefully it works out. It'll work out well. Fucking Gattineri will get his eyes taken out of his fucking head and everything will go well. The fucking bum. But you enjoy your fucking 4th, enjoy it. When you get back give me a holler we'll see if we can sit down and have our [UI].

CL:     Sounds good. If you see any boats out there, you know 38 footers that's a fucking good deal let me know.

GD:     I will, I will.

CL:     Alright, buddy, thank you. Have a good 4th.

GD:     You too, buh-bye.

CL:     Alright, buh-bye.

# EXHIBIT 130A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT
OF THE ADMISSION OF LIGHTBODY STATEMENTS**

DATE:          Tuesday, July 02, 2013

 TIME:           12:53:52 EDT

 SESSION #:  713


**Participants:**

           **CL=CHARLES LIGHTBODY**
           **MD=MICHAEL DIPLATZI**


**Abbreviations:**

        [  ] = IN THE BACKGROUND OR TRANSLATOR'S NOTE
        [IA] = INAUDIBLE
        [UI] = UNINTELLIGIBLE
        [PH] = PHONETIC
        [OV]= OVERLAPPING VOICES

MD:    Hello?

CL:     You want to sell that white Escalade or what?

MD:    What happened?

CL:     You want to sell that truck or what? What the fuck, you had it too long, kid.

MD:    How much?

CL:     [UI] Do you get in stealing that truck.

MD:    Yeah, I hear ya buddy. I hear you.

CL:     This is Charlie Lightbody. What are you doing?

MD:    Hey, listen, listen. You need to pay extra, especially if the casino goes through.

CL:     The what?

MD:    I said you should pay me extra, especially if the casino goes through.

CL:     Extra? I'm trying to pay you less.

MD:    Of course you are.

CL:     Hahaha.

MD:     Of course you are. How's that, how's that going for ya?

CL:     Oh its unbelievable. Buddy 86 percent vote.

MD:     What?

CL:     86% vote 'for' it was.

MD:     That's good right?

CL:     How the fuck do you beat that? You can't get much higher than that.

MD:     No, no.

CL:     86%. Suffolk Downs is going to have a hard time. They're all fighting it. Revere's fighting against it, Everett's, uh East Boston's fighting against it.

MD:     How come Revere, how come Revere's um, how come Everett's so in favor of it?

CL:     Well because they're getting all the money. I mean, listen, I live in Revere. If you told me you were going to Wonderland dog track, I'd be all for it.

MD:     Yup

CL:     But it's going to Suffolk Downs, they're getting fucking 5% or 2%, whatever the fuck they're getting. They're getting peanuts.

MD:     Right.

CL:     And you're going to have to put up with all the traffic. But, if you told me it was going to Wonderland dog track and we're going to get a check for $30 million then we'll get $25 million a year and the police and fire are getting $5 million a year, I'd say wow. We're gonna have all new fire trucks, they're going to have fuckin $100 million dollars before they build the casino.

MD:     Right.

CL:     You know, what the fuck's wrong with that? That's why Everett's all for it, they're getting all the money.

MD:     Good for you.

CL:     They're not, Everett doesn't have to split it with nobody.

MD:     How many partners you got in there Charlie?

CL:     Two.

MD:     Oh, just two? Oh alright.

CL:     Yeah, just two, yeah.

MD:     You'll be off and fucking you'll be off and running if you get that.

CL:     Oh, forget it. You kidding me? It's fucking retarded.

MD:     What will you do?

CL:     What will I do? Buddy, that's not even the money maker. The money maker is the other thing I bought around the corner.

MD:     Which one?

CL:     King Arthur's.

MD:     Oh you ended up buying that?

CL:     Yeah, that's the fucking money maker right there. The fuckin, forget about the casino, you'll make more money in the strip joint than you will in the casino.

MD:     With, oh if the casino comes you're saying.

CL:     Yeah, if it comes. But if it doesn't come you're right around the corner from Suffolk Downs.

MD:     Right.

CL:     You're four miles away from Suffolk Downs.

MD:     Yup.

CL:     So now you've got the place, you make the nicest fucking place in all of the state and they'll all come to you.

MD:     Who did you, who'd you uh, who'd you buy uh, uh King Arthurs with?

CL:     The kid Dustin, the kid, my guy that does all the, you know the book keeping and all that shit. He's fucking a genius, the kid.

MD:     Yup.

CL:     He's smart. But what I mean..

MD:     You know what, that's a nice little, that's a nice little, that's a nice little um, you know a nice little place. You probably didn't pay a whole lot of money for it either. What did they ask for, $2 million?

CL:     No, I paid three.

MD:     Ok. Three million? I, I, somebody brought me the deal, I can't remember who was talking, how much it was.

CL:     Yeah, they wanted 5 then they wanted 4.2. You know, then the kid was in a little bit of trouble so, I bought it right. Let me tell you something. If the casino goes to Everett the place is fucking retarded gold mine.

MD:     Right.

CL:     You could walk there.

MD:     Yeah but let me ask you a question, why would you, if you, if you sold the land, why would you even want the headache of having a fucking, uh a business?

CL:     Uh because it's like anything else, buddy. It's like you, I mean how much money, you know, if you've got $10 million, you want $20 million. If you want 20 you want 30. But, because I'll tell you the truth, I'm 1031-ing all my money.

MD:     Okay

CL:     I got a deal with my partner that we're looking at right now, it's fucking, it like you know it's in a whole different league. You know what I mean? My partner, my partner's got all the money.

MD:     Right

CL:     My partner owns, he's owns, we own 25%, he owns 50%.

MD:     Okay

CL:      So he wants, he wants to take his profit and my profit and buy a building for $200 million.

MD:     Ok.

CL:     Now you're in a whole different league.

MD:     Right. I gotcha I gotcha

CL:     So basically so basically when I get the money I'm not even going to be able to touch it because the tax revenue is so high it's crazy. [CL in background: Hi babe!]

MD:     Right

CL:     You know what I mean? [CL in background: Alright I'll take you over in a minute] To, to, to, to take that money, to take $50 million out of a project you're going to have to pay, [UI] you'll have to pay $20 million of fucking taxes.

MD:     Right

CL:     You know, it doesn't make much sense to take the money. It's scary

MD:     Right

CL:     But it's the truth.

MD:     Oh I know.

CL:     So now we're looking at a project here; we could make 15 or 20% on a 200 million dollar building that you'll pull $15 million a fucking year out of there.

MD:     Right. Yeah, what do you do with that kind of money though?

CL:     I don't know buddy, truthfully. I'll let you know when I get my hands on it.

MD:     Right. Right. Right. Well, whatever you do, don't take, don't take on any new friends. Cause you'll have fucking tons of them.

CL:     Oh you, you don't have to tell me that. I know that.

MD:     Fucking [IA]. People, people fucking, people are like glue to…

CL:     I knew that before.

MD:     And, and you know what? And we don't even have fucking real money.

CL:     You ain't kidding.

MD:     I mean imagine sitting on $200 million? You'll really get a lot of friends.

CL:     I know. Yeah. You'll have a lot of friends then is right.

MD:     Right, you know? So. How's everything else going for you, alright?

CL:     Good. Everything's good, yeah.

MD:     Yeah, good.

CL:     Yeah, I'm running up to [UI] I've got to get my car, I'm having my car serviced up there so I've got to head up there.

MD:     Yeah. That's awesome.

CL:     I just rehabbing  a couple houses next to my house over in North Revere. I bought a couple houses next door to me.

MD:     You did?

CL:     Yeah.

MD:     Good. A little pocket money, right?

CL:     What?

MD:     [IA] That's just like a little bit of pocket money.

CL:     That's it buddy. Have some fun.

MD:     Yeah. Get your brothers busy.

CL:     Yeah, that's exactly what I'm doing. They're staying busy, we're making some money, everyone's happy.

MD:     Right. Absolutely. We've got to get together one of these days, better get out.

CL:     Alright, well give me a call.

MD:      I will buddy, I will. [UI] Where, where did you see me, over by the Squire?

CL:     Yeah, over the Squire, yeah.

MD:     Oh yeah, I was getting gas and fucking gum.

CL:     Yeah, I was driving to my house.

MD:     Nice. Nice. Alright, well.

CL:     Alright I'll keep in touch with you.

MD:     [UI] Hey, what are, what are you doing for the 4th Charlie?

CL:     I'm going up to New Hampshire for the weekend. I'm bringing my family.

MD:     [OV] I've got some friends up there inviting me up as well. I might hang around here for a little while and then maybe go up Friday. Spend the weekend.

CL:     If you come up, call me, come by my house. You'll think you died and went to heaven buddy.

MD:     Oh really?

CL:     Yeah, it's not a big house but it's just 200 feet of sandy beach.

MD:     You told me about that.

CL:     Take the jet skiis out, oh its fucking beautiful.

MD:     Right.

CL:     But if you head up, give me a call.

MD:     Who's going to be up there this weekend?

CL:     Just me and my family. My brothers and shit.

MD:     Ok. So if I come up I'll definitely give you a buzz.

CL:     Alright kid.

MD:     Thanks Charlie.

CL:     Alright, buh-bye.

MD:     Bye.

# EXHIBIT 128A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT OF THE ADMISSION OF LIGHTBODY STATEMENTS**

DATE:          Monday, July 01, 2013

TIME:          5:41:30pm EDT

**Start Ticker Time: (17:48:22)**

SESSION #:   673



**Participants:**
          **CL=CHARLES LIGHTBODY**
          **KC=KAREN CRONIN**
          **MG=MICHAEL GALLI**


**Abbreviations:**

          [  ] = IN THE BACKGROUND OR TRANSLATOR'S NOTE
          [IA] = INAUDIBLE
          [UI] = UNINTELLIGIBLE
          [PH] = PHONETIC
          [OV]= OVERLAPPING VOICES


MG:   How's everything going, good?

CL:   Good real good yeah.

MG:   And congratulations by the way I've been rooting for you ever since our conversation, so I saw you got a positive vote so I'd just like to congratulate.

CL:   Oh yeah!

MG:   Hey, I like the fact that the monthly check keeps coming regardless of what's happening.

[Laughter]

CL:   That's what I said,. I told my partner, I go listen, let's look at at this way, if we get to February, March, it's another eight-hundred thousand so…

MG:   Yeah who gives a shit.

CL:   Yup.

MG:     Worst, hey listen, worst case scenario just keep voting it through then every month that goes by, every thirty days is a good day.

CL:     Yup, exactly. And then what I gotta do is I got to get everybody in Revere to vote no for the casino.

MG:     That's it.

CL:     That's it.

CL:     And then truthfully

MG:     Right on buddy

CL:     a lot of people, a lot of people don't want it I mean…

MG:     My mother is a fucking…

CL:     I don't know why people would want it

MG:     My mother  is the biggest supporter of not having, she lives on the beach…

CL:     Yup.

MG:     She thinks she owns the beach by the way [Laughter]  She don't, she don't like when anybody drives down, she's like I don't want a casino as it is the traffic down here…

CL:     Oh terrible.

MG:     There's a lot of people that don't want it Charlie… there's a lot of people.

CL:     Yeah well, let me tell you something honest to god, it doesn't belong in either fucking spot. And  and and truthfully, if Revere was gonna pick up the kind of revenue that Everett would, I'd say you know what, I own a lot of property in Revere, maybe it'll be worth it…

MG:     No…

CL:     Cause I could always sell my property at the beginning

MG:     But the infrastructure…

CL:     And after two years…

MG:     The infrastructure is so much less than Everett. You'd be better off in Everett.

CL:     Yup. After two fucking years Revere would be an absolute total fucking dump.

MG:     Yeah.

CL:     You might as well move the fuck out. Because they're gonna come, I'm over at Suffolk Downs now, heading home, and there's traffic. I mean, it would be fucking mayhem. You're gonna have niggas walking around…

MG:     I don't care. That's that's, that's what I was saying to you that night, I don't give a shit what infrastructure you have, you can't fucking do it. Unless you're gonna cut, put a highway right through the fucking hill and the Madonna….

CL:     Yup.

MG:     It ain't happening.

CL:     Exactly.

MG:     Forget about it.

CL:     That's crazy, crazy.

MG:     Hey listen good for you keep it going that's all I care about.

CL:     Yup you ain't kidding.

MG:     Alright.

CL:     Alright well I'll see you on Monday.

MG:     Yeah thank you.

CL:     Alright buddy.

MG:     I appreciate it.

CL:     Alright pal.

***

# EXHIBIT 132A

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN IN SUPPORT OF THE ADMISSION OF LIGHTBODY STATEMENTS**

DATE:          Tuesday, July 09, 2013

TIME:          04:57:22pm EDT

SESSION #:   1070


**Participants:**
            **CL=CHARLES LIGHTBODY**
            **JK=JOEY KEHOE**


**Abbreviations:**

            [  ] = IN THE BACKGROUND OR TRANSLATOR'S NOTE
            [IA] = INAUDIBLE
            [UI] = UNINTELLIGIBLE
            [PH] = PHONETIC
            [OV]= OVERLAPPING VOICES


JK:     Where the fuck have you been?

CL:     Buddy, Where the fuck you been in jail?

JK:     I don't know.  I thought you were still in fucking New Hampshire.  I haven't heard a f
        ucking word from you.  I said what the fuck.

CL:     No.  Buddy I gotta work for a living.  I can't fucking just hang around.

JK:     Well you know what I was actually I said oh you must have sealed the deal.  Now he
        doesn't know me anymore.  You don't want to know me.

CL:     Seal the deal?  What getting a laid?

JK:     No the fucking the casino. The casino.

CL:     No that's not until February or March brother next year.

JK:     I gotta suffer until then?

CL:     Yeah.

JK:     What the fuck.

CL:     But hey I'm not suffering I'm picking up a hundred a month I'm happy.

JK:     Abso fucking lutley.  What else is going on anything?

**Start Ticker Time: 16:58:50**

CL:     No same old shit.  Staying busy uh working on a couple houses we bought I bought the house next to me.  We just gutted.

JK:     Oh nice.

CL:     And then I'm going to build a house next to that.

JK:     So you got fucking is David back in action?

CL:     David is back in action. Working hard.  Thank God.

JK:     Nice.  Nice.

CL:     Uh that's just about it buddy.

JK:     Yeah what are you fucking you gotta cut the fucking umbilical cord a little bit so they want it back.

CL:     Yeah well you know he's tongue is hanging he got no fucking money you know.

JK:     Oh yeah.  That always fucking works.

CL:     Yeah.

JK:     That's when you reinvent yourself when you run out of cash you gotta reinvent yourself again.

CL:     Yeah I won't take no money out of the account.  I told them I go guys listen this money is staying here.  I need it.

JK:     Right.  Right.  Abso-fucking-lutely.

CL:     Well I'm giving the kid seven fifty for the place over in Chelsea.

JK:     Yup.

CL:     And I said listen we're going to get two points at twelve percent.  I said is that okay with you guys?  I mean so from seven fifty we're going to seven sixty-five and seven thousand a month.

JK:     Un fucking real.  Unbelievable.  Not a bad fucking racket I'll tell you.  You come up with them.  Good for you.

CL:     Yup.  Yup.  It's fucking good.

JK:     Listen at the end of the day you brought your baby brothers in as partners and you can feel good about it.

CL:     Yeah, I feel good except when I make a score like the other day.  I bought a house on Cresent Ave.  I bought it for one forty-five, I sold it the purchase and sales for one ninety-five.  Right?

JK:     Yup.

CL:      So I made like a quick fifty grand.  I gotta split it three fucking ways.

JK:     Hey you gotta fucking put some deals aside.  You know for yourself stuff like that.  What the fuck.

CL:     I didn't have to lift a finger.  I just fucking handed him the paperwork he gave me a check for a half a yard then I gotta split it nineteen ways.

JK:     Un fucking believable.  Unbelievable.  You might as well not even do it.

CL:     Hey at the end of the day I'll have enough for Abe and Louie's.

JK:     You might as well not even do it.  Fuck it.

CL:     That's what Ray Nickerson says.

JK:     Yeah. That's what what?

CL:     Ray Nickerson says that all the time.  I go yeah I made a little score I made a fucking half on this deal here.  Yeah but Charlie after the taxes, after this after that after this after splitting and paying the IRS (UI).

JK:     Yeah.  Yeah.

CL:     I'm like oh Ray please.  I'm ready to throw up.

JK:     Yeah leave me the fuck alone I don't even want to talk to you.

CL:     Yeah exactly.  Leave me the fuck alone I don't want to talk about it no more.

JK:     Yup.  Yeah you didn't do a fucking thing.  Grab fucking fifty and whack it out three ways.  Big fucking deal it's still a score.

CL:     Yeah.  Exactly.

JK:     Yup that pays for fucking probably fifteen dinners, fifteen steak dinners.

CL:     That's all it pays for buddy.

JK:     Because you know when you go with David and Johnny you're paying.

CL:     Oh yeah well David.  Johnny is good.

JK:     Johnny steps up.  Johnny steps up.

CL:     No Johnny steps up. David, David he doesn't even go to the bathroom.  He just tells you he's not paying.

JK:     So are you at over by your house area doing some stuff over there?  You ever there or what are you doing?

CL:     No I'm at I'm at the shop.  I'm pulling up to the shop right now.  I've been here.  You know I don't do nothing.  I get the deals, they work the deal jobs.  You know.

JK:     There is nothing wrong with that.  Nothing wrong with that.

CL:     No he's good.

JK:     You can focus on what the fuck you gotta do.  There is a lot to say about that.  You can trust them. That's the key.

CL:     Well that's what I told them.  I said listen guys.  Well today right how about this.  We call Lenny (UI) right.

JK:     Yup.

CL:     For an electrical price.  Lenny goes in now he's my brother David and Johnny supposed friend.  He goes yeah fifteen thousand.  He goes normally I would charge twenty.

JK:     Yeah ok.

CL:   I go fifteen thousand.  Buddy I do this for a living.  Like auto body I could tell you how much it's supposed to be.  I called the Anderson brothers right?  Which are real good electricians.

JK:   Yeah.

CL:   And they're a little pricey but they get the job done right?  I bring them over there he goes uh it's going to be eight grand.

JK:   Imagine that.

CL:   Swear to God.

JK:   That's fucking amazing.

CL:   David goes eight thousand for everything?  I go Dave don't show your hand for Christ sakes.  Of course it's for everything.

JK:   That's fucking amazing.  That is fucking amazing.

CL:   Hey then it's funny so now the kid so David goes oh by the way we need four lights are out in the back of the house and the side for the deck right?  I go Dave listen I got to educate you.  You don't tell him that until he's halfway done with the job buddy.

JK:   Right.  Right, right, right.

CL:   (UI).  You tell him now he has it on.  I go tell him halfway through the job you start adding shit.

JK:   Hey listen, I got a guy I got I guy I think I introduced you to him.  He gets all kinds of electrical stock.  He can get for you at a really good price if you're interested.  I mean if you're doing a rehab and you know there is electrical shit. I mean that's the problem though I mean the electricians ah if you understood it yourself you could probably handle it but.

CL:   Right.

JK:   You know if you can deal with them just to give you a list of shit and you get it he can get you a good deal.  I don't know if you want to get into all that though.

CL:   Yeah.

JK:   It's a little bit of fucking work.

CL:   Yeah wire is cheap usually you know.

JK:     Yeah wire yeah but I'm saying all the other shit the lights, the fucking the you know all that shit.

CL:     Oh yeah.

JK:     (UI) I don't  know.  I don't know if it's worth it.

CL:     (UI) oh it adds up.

JK:     Yeah.  But you met the kid.  You met the kid with me the kid Mattie.  Tall skinny kid.  He's always over at fucking he's always over in the Seaport area.  Lives in South Boston tall skinny kid.  He probably has said hi to you a couple of times.  He met you.  Mattie Fallon he's a good kid.  Come from Lexington.  Wants to be a gangster but that's his problem and he's from Lexington.

CL:     Oh yeah.

JK:     He doesn't realize that they'll spit him out and chew him up and spit him out again.

CL:     Oh no question about it.

JK:     He's a freaking lunatic.  He's the nicest kid in the world but he's just is he's got some of the wrong fucking thinking.

CL:     Yeah.

JK:     Anyways I got the wrong thinking too.

CL:     Alright I'll give you a call.  Maybe you'll come up to New Hampshire this weekend?  I could use some corn and some watermelon.

JK:     Yeah.  You fucking asshole.  Listen, I swear to God I was thinking of all the ways in the world I could get some fucking watermelon and corn shipped up there the other day.

CL:     (UI) corn and watermelon Stevie text you.  You're going to pull that silver Mercedes (UI) this truck gotta go inside.

JK:     Hey listen that fucking that fucking Vinny Roberts he's fucking ng (ph) you know.  He's the one that caused a lot of my headaches I was told.

CL:     Yeah.

JK:     Yeah he plays both sides of the fence.  He's with them and with him and with you or whatever.

CL:    What was that?

JK:    Vinny Roberts.  No fucking good.

CL:    Oh really?

JK:    I don't know why Charlie.  I don't understand that I never had a cross word to say to the guy.

CL:    Why he wrote a claim for you?

JK:    No he never wrote a claim for me, but he was instrumental in trying to hurt us with that case.  Hello?  Hello?  Hello?

CALL ENDS.