**Julie Messina**

| | |
|---|---|
| **From:** | Thomas J. Butters |
| **Sent:** | Monday, July 22, 2013 8:39 AM |
| **To:** | Julie Jackson |
| **Subject:** | FW: Grand Jury Subpoena |
| **Attachments:** | 20130717125123564.pdf |

**From:** Barclay, Kristina (USAMA)
**Sent:** Wednesday, July 17, 2013 2:07 PM
**To:** Thomas J. Butters
**Cc:** Kosto, Seth (USAMA)
**Subject:** Grand Jury Subpoena

Tom:

As we discussed, attached is the subpoena for FBT Everett Realty, LLC. Please feel free to contact us if you have any questions.

Kristina

Kristina E. Barclay
Assistant United States Attorney
District of Massachusetts

1



**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

July 17, 2013

Thomas Butters, Esq.
One Exeter Place
Boston, MA

Re: <u>FBT Everett Realty LLC</u>

Dear Tom:

  Enclosed as we discussed yesterday is a grand jury subpoena for your client, FBT Everett Realty LLC. Please note that all documents responsive to the subpoena should be preserved, but that only the specific categories of documents identified in Attachment A (the "including without limitation" documents) should be produced on or before the response date indicated on the subpoena.

  Please feel free to call me with any questions.

Very truly yours,

CARMEN M. ORTIZ
United States Attorney

By: _____
    Kristina E. Barclay
    Assistant U.S. Attorney

Enclosures

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Custodian of Records, FBT Everett Realty, LLC
c/o Thomas J. Butters, Esq.
One Exeter Plaza, Boston, MA 02116

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Grand Jury Room, 10th Floor John Joseph Moakley Federal Courthouse 1 Courthouse Way Boston, MA 02210 | Date and Time: 08/07/2013 10:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

SEE ATTACHMENT



Date:  07/17/2013

ACTING CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
AUSA: KRISTINA E. BARCLAY/SETH B. KOSTO
John Joseph Moakley U.S. Courthouse
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: 617-748-3100

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

☐ For personal appearances only:
Fact witness travel and reimbursement instructions are attached.
If you have travel or reimbursement questions call witness travel coordinator _____ at XXX-XXX-XXXX.

For after business hour emergencies, call 617-748-3100.

## ATTACHMENT

From January 1, 2009 to present, all documents relating to FBT Everett Realty LLC (the "Company") and all documents relating to the real property described in the Quitclaim Deed recorded at the attached as Exhibit 1 (the "Property"), including without limitation all documents relating to the purchase of the Property in October 2009; any ownership or other interests in the Company or the Property and the transfer of any such interests; any loans, mortgages and promissory notes relating to the Company or the Property; and any correspondence with representatives of Wynn Resorts Ltd. or Wynn MA, LLC.

Bk: 53680 Pg: 333



Bk: 53680 Pg: 333   Doc: DEED
Page: 1 of 6   10/15/2009 03:17 PM



Exhibit 01

## QUITCLAIM DEED

MYSTIC LANDING, LLC, a Massachusetts limited liability company ("Grantor"), for consideration of Eight Million Dollars ($8,000,000.00), hereby grants to FBT EVERETT REALTY LLC, a Massachusetts limited liability company with an address of 550 Pleasant Street, Suite 109, Winthrop, MA 02152 ("Grantee"), WITH QUITCLAIM COVENANTS, the land (together with any improvements thereon) lying partly in Everett, Middlesex County, Massachusetts and partly in Boston, Suffolk County, Massachusetts, bounded and described as set forth in Exhibit A annexed hereto and made a part hereof, and subject to and with the benefit of matters of record, insofar as in force and applicable, not intending to re-impose any of said matters which were previously released, waived or terminated or which previously expired.

This Deed is being executed in triplicate, as the land conveyed consists in part of registered land lying within Suffolk County, in part of registered land lying in Middlesex County (South), and in part of unregistered land lying in Middlesex County (South). For Grantor's title, see deeds to Grantor described on Exhibit A annexed hereto.

ORIGINAL COUNTERPARTS OF THIS DEED HAVE BEEN EXECUTED IN TRIPLICATE AND ARE BEING FILED AND RECORDED SIMULTANEOUSLY WITH THE SUFFOLK COUNTY REGISTRY DISTRICT OF THE LAND COURT, MIDDLESEX SOUTH REGISTRY DISTRICT OF THE LAND COURT AND MIDDLESEX SOUTH DISTRICT REGISTRY OF DEEDS AND THE REQUIRED DOCUMENTARY STAMPS IN THE AMOUNT OF $36,480.00 HAVE BEEN AFFIXED TO THE COUNTERPART DEED WHICH IS BEING FILED WITH THE MIDDLESEX SOUTH REGISTRY DISTRICT OF THE LAND COURT.

Said Premises are conveyed subject to a Memorandum of Lis Pendens issued in connection with Suffolk Superior Court Case No. 09-2258C and recorded with Middlesex South Registry of Deeds in Book 52904, Page 402, filed with Middlesex South Registry District of the Land Court as Document No. 1502566 and filed with Suffolk Registry District of the Land Court as Document No. 765482.

~~See copy of Waiver of Tax Lien attached hereto as Exhibit B.~~

RETURN TO:
Maureen McGunigle
Lawyers Title Insurance
265 Franklin Street, 8th Floor
Boston, MA 02110   C16127

[handwritten margin note: Horizon Way, Everett]

IN WITNESS WHEREOF, said MYSTIC LANDING, LLC has caused this instrument to be executed, acknowledged and delivered in triplicate as of this __13th__ day of October, 2009.

                              MYSTIC LANDING, LLC

                              By: _____
                                   John H. Pastore, Authorized Real Estate Signatory

815318

## THE COMMONWEALTH OF MASSACHUSETTS

County of _____SUFFOLK_____

On this 13th day of October, 2009, before me, the undersigned notary public, personally appeared John H. Pastore, proved to me through satisfactory evidence of identification, which was ☐ photographic identification with signature issued by a federal or state governmental agency, or ☒ personal knowledge of the undersigned, to be the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily as an authorized real estate signatory of Mystic Landing, LLC for its stated purpose.

_____Alan P. Gottlieb_____
Notary Public
Print Name of Notary: ALAN P. GOTTLIEB
My commission expires: May 10, 2010

815318

## EXHIBIT A
## To Quitclaim Deed

A certain parcel of registered and unregistered land situated on the westerly, southwesterly and northerly side of Horizon Way (also known as Chemical Lane) partly in the City of Boston, in the County of Suffolk, and partly in the City of Everett, in the County of Middlesex, Commonwealth of Massachusetts, shown on a plan entitled "Compiled Plan of Land in Everett & Boston, MA (Middlesex & Suffolk County)" dated January 14, 1983 by Miller & Nylander Co., a division of Boston Survey Consultants, Inc., and recorded with Middlesex South District Registry of Deeds in Book 15083, Page 253, as Plan No. 696 of 1983 (B, C & D of 4), and bounded and described according to the plan as follows:

Beginning at a point in the easterly sideline formerly of the Boston and Albany Railroad (now of Consolidated Rail Corporation) at the most southerly corner of land now or formerly of Massachusetts Bay Transportation Authority; thence turning and running

| | |
|---|---|
| SOUTH 09° 12' 52" East | 96.60 feet to a point; thence |
| SOUTH 40° 07' 44" East | 717.15 feet to a stone bound, the first two courses by land of Massachusetts Bay Transportation Authority; thence |
| SOUTH 02° 17' 44" East | 24.75 feet to a point; thence |
| NORTH 87° 42' 16" East | 255.05 feet to a point, the last two courses by a portion of Chemical Lane; thence |
| SOUTH 06° 07' 06" East | partly by a portion of Chemical Lane and partly by land of Massachusetts Bay Transportation Authority, 1300.00 feet to a point; thence |
| SOUTH 83° 52' 54" West | 264.50 feet to a point; thence |
| SOUTH 06° 07' 06" East | about 625 feet to the Mystic River, the last two courses by land of Massachusetts Bay Transportation Authority; thence |
| NORTHWESTERLY | by the Mystic River about 820 feet to a point in the easterly sideline of the Boston and Albany Railroad land; thence |

815318

NORTH 00° 00' 00" East  by land formerly of the Boston and Albany Railroad about 2,317 feet to the point of beginning.

There is included within the parcel described above the following parcel of unregistered land:

That certain parcel of land situated southerly of, but not abutting, Chemical Lane, in Everett, Middlesex County, Massachusetts, containing 86,134.1 square feet, bounded and described, according to the plan hereinafter referred to, as follows:

NORTHWESTERLY three hundred twenty-six and 90/100 (326.90) feet;

NORTHEASTERLY two hundred eighteen and 19/100 (218.19) feet;

SOUTHEASTERLY forty-three and 21/100 (43.21) feet;

NORTHEASTERLY again one hundred ten and 50/100 (110.50) feet;

SOUTHEASTERLY again ninety-five (95.00) feet;

SOUTHWESTERLY ninety and 50/100 (90.50) feet;

SOUTHEASTERLY again one hundred thirty-seven and 50/100 (137.50) feet;

SOUTHWESTERLY again two hundred thirteen (213.00) feet;

SOUTHEASTERLY again forty (40.00) feet; and

SOUTHWESTERLY again one hundred and 16/100 (100.16) feet.

All of said courses and distances being by other land previously registered to Boston Edison Company under Certificate of Title No. 168210, filed in the Middlesex South Registry District of the Land Court in Registration Book 971, Page 60.

The above-described parcel of land is shown on a plan entitled "Plan of Monsanto Company's Unregistered Land, Everett, Mass." signed by John W. Mich, Registered Land Surveyor, dated December 21, 1982, and recorded with Middlesex South District Registry of Deeds in Book 15083, Page 253, as Plan No. 696 of 1983 (A of 4).

There are included within this perimeter the following parcels of REGISTERED LAND, designated by parcel letter, shown on plans and covered by the certificates of title listed below:

  Plan

815318

| Parcel Page | Number | Registry District | Certificate | Book- |
|---|---|---|---|---|
| C 12 | 18691A* | Suffolk | No. 95812 | 475- |
| B** 60 | 18691A | Middlesex South | No. 168210 | 971- |
| (Lot) C 60 | 9152B | Middlesex South | No. 168210 | 971- |

\* Plan filed with Certificate of Title No. 53765, Book 264, Page 165.

\*\* Parcel B on Plan No. 18691A in Plan Book 485, Page 177 (excepting and excluding from said Parcel B a Parcel shown as "New England Alcohol Company").

For title, see the following:

(i) deed filed with the Suffolk County Registry District of the Land Court as Document No. 616603, noted on Certificate of Title No. 117103 in Registration Book 581, Page 103;

(ii) deed recorded with Middlesex South District Registry of Deeds in Book 33123, Page 71; and

(iii) deed filed with the Middlesex South Registry District of the Land Court as Document No. 1175130, noted on Certificate of Title No. 221665, in Registration Book 1238, Page 15.

815318