UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
_____

No. 14-CR-10284-NMG
_____

UNITED STATES

v.

CHARLES LIGHTBODY
_____

**MOTION FOR LEAVE TO SUBMIT UNDER SEAL EXHIBITS TO DEFENDANT'S OBJECTION TO GOVERNMENT'S PROPOSED EXHIBIT 13 - "LIGHTBODY FELONY CONVICTION RECORDS"**

The defendant Charles Lightbody moves the Court for leave to submit proposed Government Exhibit 13 under seal. In support of this motion, defendant states:

1. The Government has provided defendant with its proposed Exhibit 13, "Lightbody Felony Conviction Records." The exhibits consists largely of court and arrest records that are replete with information – such as social security numbers, dates of birth, and residential addresses -- that cannot be part of the public file.

        Respectfully submitted,
        **The defendant Charles Lightbody**
        By his counsel,

        /s/Charles W. Rankin
        Charles W. Rankin, BBO #411780
        crankin@rankin-sultan.com
        Rankin & Sultan
        151 Merrimac Street, Second Floor
        Boston, MA 02114
        (617) 720-0011

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 24, 2016.

      /s/Charles W. Rankin
      Charles W. Rankin