UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                )<br>)<br>(1) DUSTIN J. DENUNZIO,               )<br>(2) ANTHONY GATTINERI, and      )<br>(3) CHARLES A. LIGHTBODY         )<br>)<br>                    Defendants            ) | Criminal No.: 14-cr-10284-NMG |

**GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO
PRECLUDE THE GOVERNMENT FROM INTRODUCING ALLEGATIONS
THAT DEFENDANTS DID NOT ADEQUATELY RESPOND TO
A GRAND JURY SUBPOENA DIRECTED TO FBT EVERETT REALTY**

The United States, by and through the undersigned attorneys, submits that it no longer intends to present evidence that FBT Everett Realty LLC failed to produce certain emails identified in Docket No. 350 in response to the grand jury served in July 2013 or that certain emails were not present in Dustin DeNunzio's email account when the search warrant for that account was executed in November 2013.  Accordingly, the Court need not rule on either of Defendants' motions regarding this issue (Docket Nos. 301 and 364).

Respectfully submitted

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

Date:    March 28, 2016            By:    /s/Kristina E. Barclay
                                                         KRISTINA E. BARCLAY
                                                         S. THEODORE MERRIT
                                                         Assistant U.S. Attorneys

1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: March 28, 2016                                     */s/Kristina E. Barclay*
                                                                     Kristina E. Barclay
                                                                     Assistant United States Attorney