# EXHIBIT 1

(941)-720-1991.
Dave Marcinko → PL contractor → Sent RFQ
6/24/13

Zirkelbach. Construct.

→ City Council Meeting → Medford (Casino)
6/18/13.

1031
Nominee Trust. owns the Property.
w/ TIC and the beneficiaries being
CL/PL/AG

→ As a transfer from an LLC

TIC agreement defines the relationship
between Trustee & Beneficiaries.

Record title must be changed
from FBT LLC

Don't hold TIC interest in individual names
but rather as an single member LLC

DCG022