# EXHIBIT 2

KA 6/24/13
→ Checks from Charlie to David. Funds need to be in account for at least three months.

KA → create LLC → Charlie "loans" money to LLC → LLC funds property.

Every owner no matter of the %age size must disclose.

(617) 394-2245 → Purcell

(617) 551-8682 → TKE Design.

6/25/13

Greg Fence // Tom mos
(617) 783-8924     (617) 697-5715

→ 39 Thorton Password: thedGroup1

The Denunzio Group (Security Phrase)

                    username: Michaelflood
Property 1: Password → thedgroup1
            username → mflood

The Denunzio Group (Security Phrase)

DCG034