# EXHIBIT 3

FD-302 (Rev. 5-8-10)

OFFICIAL RECORD

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  09/22/2015

    Paul Feldman, an attorney at Davis Malm, was interviewed at the Boston United States Attorney's Office. Present for the interview was Feldman's attorneys Bruce Singal and Damien Powell, Assistant United States Attorney (AUSA) Kristina Barclay, Assistant Attorney General (AAG) David Rubin and Massachusetts State Police Sergeant Brian Canavan. After being advised as to the identities of the interviewing agent and law enforcement officials, Feldman provided the following information:

UNCLASSIFIED//FOUO

Investigation on  08/18/2014  at  Boston, Massachusetts, United States (In Person)

File #  [redacted]                                                    Date drafted  08/21/2014

by  Matthew D. Elio

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Attorney Bruce Singal informed the interviewing agents that FBT Everett LLC and Dustin Denunzio have waived their attorney client privilege however the other principals of FBT Everett LLC have not waived their privilege.

Continuation of FD-302 of  Interview of Paul Feldman  , On  08/18/2014 , Page  3 of 15

UNCLASSIFIED//FOUO

Continuation of FD-302 of Interview of Paul Feldman, On 08/18/2014, Page 6 of 15

UNCLASSIFIED//FOUO

Continuation of FD-302 of  Interview of Paul Feldman  , On  08/18/2014  , Page  7 of 15

Continuation of FD-302 of  Interview of Paul Feldman  , On 08/18/2014 , Page 9 of 15

    In June of 2013 Feldman was at a meeting at his office with Lohnes, Denunzio, Gattineri and possibly Mike Flood. Sometime after January of 2013 Feldman had conversations with Denunzio about a 1031 exchange. Denunzio wanted to know from Feldman that if the deal with Wynn happened could they do a 1031 exchange.

UNCLASSIFIED//FOUO

Continuation of FD-302 of  Interview of Paul Feldman , On 08/18/2014 , Page 11 of 15

UNCLASSIFIED//FOUO

Continuation of FD-302 of Interview of Paul Feldman, On 08/18/2014, Page 12 of 15

UNCLASSIFIED//FOUO

Continuation of FD-302 of Interview of Paul Feldman , On 08/18/2014 , Page 15 of 15

UNCLASSIFIED//FOUO