# EXHIBIT 4

1   A   No. I don't.

2   Q   What about, did you ever have any communications
3   with Dustin about, -- you're familiar with the term a 1031
4   exchange?

5   A   Yes.

6   Q   Okay. Did you ever have any conversations with
7   Dustin about a 1031 exchange?

8   A   Yes.

9   Q   And how many and when were those conversations?

10  A   I think, I would -- I think, it's fair to say I
11  had more than one conversation. I wouldn't say a lot of
12  conversations. But, it was more than one.

13      My memory of the first time was some time in 2013,
14  the beginning of 2013. Dustin said, "you know, let me
15  understand how this works, Paul."

16      "If we want to -- if this transaction actually
17  happens," --

18  Q   Meaning the casino transaction?

19  A   Yeah. If -- if Wynn exercises his option and buys
20  the property, there's going to be a large capital gain that
21  the owners are going to enjoy.

22      So, you either pay the tax on the capital gain.
23  1031 is a provision of the tax law that allows someone to
24  reinvest the gain into another piece of real estate
25  deferring the tax to a future -- a future event.

APEX Reporting
(617) 269-2900

Produced Pursuant to Protective Order                USAO_CASINO_00009959

1       And so, he was asking me, you know, is that
2  something that we can do.  And I gave him a basic
3  description of the 1031 statute and how it works, that the
4  -- the tax payer in this case is FBT Everett.
5       So, FBT Everett would have to be the new purchaser
6  or -- we call it replacement property, the property that's
7  going to replace the land that's being sold.  Because Dustin
8  was asking, can he take his -- Dustin's question to me was,
9  can he take his share of the transaction and then just take
10 his share of the transaction and invest it and use the 1031
11 provisions of the code.
12      And I said to him that -- that I don't think
13 that's allowed under the code.  You can't do that.
14 Q    Because it would have to be the whole -- all of
15 the members would have put their money into the new --
16 A    Yeah.  The way I would phrase it is that, the 1031
17 says, if I have a real estate asset, I can reinvest it into
18 another real estate asset.  The IRS requires that you're
19 having a like kind, real estate to real estate.
20      Dustin's ownership in FBT is a membership
21 interest, which the IRS considers a partnership interest.
22 They don't consider that an ownership in real estate.
23      So, if Dustin took his share, which is a
24 partnership interest and invested it in real estate, that
25 wouldn't qualify for a 1031.

1       So, I explained to him, you have to have the --
2  the tax payer, which is FBT, that entity owns the real
3  estate.  That entity would have to pick up and -- and
4  reinvest.
5       Q    And was it only Dustin -- according to Dustin, was
6  it only him that wanted to put his money --
7       A    It was a generic conversation.  He was asking -- I
8  mean, the first conversation was just generic.  Okay.  Tell
9  me about 1031.
10      Q    Right.  But, did he -- did he mention any other
11 FBT partner in connection with this?
12      A    You know, I don't -- I don't -- it may be that --
13 it may be that he was getting the information for the
14 benefit of Paul Lohnes and Anthony Gattineri, too.  You
15 know, it was right after -- a transaction -- it was just so
16 far away.
17           He was -- it was sort of like a conversation
18 about, well, how does it work.  And so, I told them that
19 basic rule that, you have to go real estate to real estate.
20 I told him that, if you wanted to structure it so that the
21 individual members could act independently, then, you would
22 have to, you know, reorganize the -- the ownership and --
23 and transfer the property into what we would call a tenants
24 in common, the shorthand phrase is TIC, so create it into a
25 TIC ownership, because that the IRS acknowledges are real

1  estate ownerships.
2        But, I said to him, "look. I've got to research
3  that, because, you know, you can't just take a partnership
4  interest and turn it into a real estate interest because you
5  want to do a 1031. You have to think about how -- how to do
6  that correctly."
7     Q    Fair to say, they never actually did that; right?
8     A    No. We -- they -- I never -- I never executed on
9  doing -- except for explaining to him how it works and that,
10 you know, it's something that you would have to -- I would
11 have to do some more research in to properly, you know,
12 describe how it -- if it could be done, how it should be
13 done. I don't -- I didn't do anything else on it.
14    Q    Okay. Jumping ahead to July of 2013, did you have
15 any -- why don't you describe, did you go on vacation in
16 July of 2013?
17    A    I did.
18    Q    And did Dustin contact you while you were on
19 vacation?
20    A    Yes, he did.
21    Q    Why don't you describe what happened?
22    A    I was on vacation on the Cape. I -- I was on
23 vacation for two weeks. I'm not going to be able to
24 describe for you if I had multiple conversations with Dustin
25 about different things.

Produced Pursuant to Protective Order                USAO_CASINO_00009962