# EXHIBIT 5

| | |
|---|---|
| Document ID: | 0.7.516.58340 |
| From: | Dustin J. DeNunzio <djd@thedenunziogroup.com> |
| To: | Mike Flood (Business) <mflood@bostondevelopmentventures.com> |
| Cc: | |
| Bcc: | |
| Subject: | FW: Meeting Today |
| Date: | Wed Jun 19 2013 09:29:38 EDT |
| Attachments: | image001.jpg |
| | image003.jpg |

DUSTIN J. DENUNZIO

From: Dustin J. DeNunzio [mailto:DJD@TheDeNunzioGroup.com]
Sent: Wednesday, June 19, 2013 8:32 AM
To: Paul L. Feldman (pfeldman@davismalm.com)
Subject: Meeting Today

Just a reminder that Paul and I will be coming (along with Mike Flood) over at 3:30 to talk about 1031 exchanges.

Just a couple thoughts I have:

· Will want to talk about an intermediary and get them on board if Wynn is awarded the license. We need to make sure the intermediary is bonded for being an intermediary (not an accounting or legal bond), especially when we are dealing with this much money. From what I understand, there are less than 50 in the country bonded for being intermediaries. We will be looking for your recommendation on an intermediary.

· Obviously you know there are 2 ways to get to the finish line with what we want to do.

o  Change the ownership to a tenants-in-common structure so that each partner has their % in the LLC as a deed to an undivided interest in the property.

§  Would have to do this a year and a day before closing. Would not be the issue.

§ Changing the documents with Wynn and on everything submitted to the Gaming Commission, and on all of the environmental submittals, I think will be a major issue.

§ I also think it will draw more eyes on the note arrangement with CL.

o Or find multiple parcels and buy as FBT. Hold for a year and a day and trade. Operate parcels individually with internal agreements for the year and a day.

§ I think this is going to be the way we have to go unfortunately.


These are the 2 main items I want to discuss. I think everything else is pretty standard 1031 stuff.


Thanks,
Dustin



DUSTIN J. DENUNZIO


305 CAMBRIDGE ST, SUITE 3

CAMBRIDGE, MA 02141


T. (617) 945-2555

F. (617) 945-2556

M. (617) 216-3141