# Davis Malm & D'Agostine P.C.
### Attorneys at Law

## PAUL L. FELDMAN

 Print



**PAUL L. FELDMAN**

Shareholder
President
*direct* 617.589.3831
*fax*  617.305.3131

pfeldman@davismalm.com

### Practice Focus and Experience

Paul Feldman practices in the Business Law, Litigation, and Real Estate and Environmental areas. He has served as President of the firm for over ten years.

Paul's real estate practice involves all aspects of real estate work, including acquisition, leasing, permitting, and financing work. He represents several active and substantial real estate developers, and handles transactions in many parts of the country. He appears before municipal boards and state agencies as well as before all levels of the Massachusetts state court system.

Paul's environmental practice focuses on contamination matters, wetlands permitting, waterways licenses and MEPA. He has represented Fortune 100 companies in connection with several Federal Superfund sites and many smaller businesses with Chapter 21E matters. His practice involves governmental enforcement actions, regulatory compliance matters, and cost recovery litigation.

Paul's litigation practice involves primarily contract disputes, insurance coverage and other business disputes.

### Representative Matters

- Obtained summary judgment in Superior Court against abutters challenged zoning approval of the rebuilding of a gasoline station, including construction of a convenience store and replacement of pumps and storage tanks. This case was important in clarifying the law on the issue of standing, which is pivotal in many zoning cases.

- Represented buyer in a $100 million deal involving the purchase of 28 acres of vacant land and financing of a 400,000 square foot retail/office development in Gilbert, Arizona.

- Represented buyer in a $55 million deal involving the purchase of 45 acres of vacant land in Phoenix, Arizona that will be developed in multiple phases and for multiple uses.

- Obtained a Comprehensive Permit (Affordable Housing) for many residential developments, including a 250-unit condominium development, 240-unit apartment development, and 88-unit single family home community.

- Represented sellers and buyers in many real estate transactions, including the sale of a three office building portfolio for $45 million, and the purchase of over $31 million of replacement properties regarding Section 1031 exchanges.

- Represented the buyer in the purchase of a 136-unit apartment complex.

- Handled a financing workout involving $84 million of debt with properties in California, Nevada and Massachusetts.

### PRACTICE AREAS

Business
    Business Counseling
    Business Finance
    Business Litigation

Intellectual Property
    Intellectual Property Litigation

Litigation
    Business Litigation
    Intellectual Property Litigation
    Real Estate, Land Use, and Environmental Litigation

Real Estate and Environmental
    Condominiums, Cooperatives, and Homeowners' Associations
    Construction and Development
    Environmental Compliance and Counseling
    Land Use
    Leasing
    Property Contamination
    Real Estate, Land Use, and Environmental Litigation
    Section 1031 Exchanges
    Transactions and Conveyances

Regulatory and Administrative Law

- Represented Fortune 100 companies in several Region I Superfund sites, including Charles George, Palmer, and SRSNE in which the companies were potentially performing parties.
- Handled 21E Compliance for sites in Middleboro, Worcester, and other Massachusetts communities.
- Represented businesses responding to civil penalty orders of the EPA and MADEP.
- Represented businesses in insurance coverage matters for property damage claims and environmental claims.

### Representative Reported Cases

- *John G. Danielson, Inc. v. Winchester-Conant Properties, Inc.*, 322 F. 3rd 26 (1st Cir. 2003) - Procured the reversal of judgment and remand for new trial in Federal Copyright case brought by architect against developer client where the trial court had given improper jury instruction with respect to apportioning profits between copyright owner and party determined to have infringed on the copyright. The decision of the U.S Court of Appeals for the First Circuit established important authority with respect to the criteria to be applied in apportioning profits in copyright suit.
- *Striar v. American Medical International, Inc.*, 45 Mass. App. Ct. 87 (1998) - Obtained a breach of contract judgment for client who was one of several sellers of two hospitals sold to a national hospital chain. Client was not a direct party to the medical services contract entered in connection with the sale of the hospitals, and held to have been breached, but was a party to the sales contract. Succeeded in establishing the client's right to sue on the theory that the services contract was incorporated by reference into the sales contract and on third party beneficiary theory. Appeals Court affirmed.
- *Berkshire Power Development v. Agawam*, 43 Mass. App. Ct. 828 (1997) - Successfully represented clients in opposing the construction of a power plant. After being denied approval at the local level, the developer appealed and argued that it never needed the permit which it had applied for. This case established that the ability to raise new issues on appeal was limited to the issues raised before a local board.

### Professional

- Distinctions: Selected *Chambers USA* Leading Lawyer, 2012-2015; Peer Review AV® Preeminent™ rated by Martindale-Hubbell, the highest bestowed rating; Massachusetts Super Lawyers, 2005-2015 (listed 2012 Top 100 Massachusetts Super Lawyers); *Best Lawyers in America*, 2011-2016.
- Admitted: Massachusetts; United States District Court for the District of Massachusetts; United States Court of Appeals for the First Circuit.
- Member: Massachusetts Bar Association; Boston Bar Association.
- Firm Representative: International Lawyers Network.

### Publications and Speaking Engagements

**Paul L. Feldman**





- 5th Annual Boston State of the Seaport, Bisnow, 2016, Paul L. Feldman (moderator)
- 4th Annual Boston State of the Seaport, Bisnow, 2015, Paul L. Feldman (moderator)
- Zoning Practice: MCLE BasicsPlus, Massachusetts Continuing Legal Education, 2008, 2010, 2013-present, Paul L. Feldman (presenter)
- Davis Malm & D'Agostine, P.C. - Offering the Depth and Breadth of Knowledge to Handle All Your Association's Legal Needs, *Condo Media, May 2013*, J. Gavin Cockfield, Paul L. Feldman, Amy L. Fracassini, Robert J. Galvin, Samuel B. Moskowitz and Howard P. Speicher (quoted)
- CRE Heat Index Sizzles, *The Real Reporter*, Paul L. Feldman (quoted)
- Lawyers Enjoyed Real Boost in 2013, *The Real Reporter*, Paul L. Feldman (quoted)
- Suing the Scoundrels! Civil Actions Against Municipal Officials for Denial of Permits or Approvals, J. Gavin Cockfield and Paul L. Feldman (coauthors)

**News**

- Paul L. Feldman Co-Chairs MCLE's "Zoning Practice" Program
- Twenty-Six Davis Malm Attorneys Listed in 2015 Massachusetts *Super Lawyers* and *Rising Stars*
- Davis Malm Attorneys Named to Prestigious *Best Lawyers in America* 2016 List
- Gary M. Feldman and Paul L. Feldman Selected 2015 Chambers USA Leaders in their Field
- Davis Malm Earns Prestigious 2015 Chambers USA Rankings
- Paul L. Feldman Moderates Panel at 4th Annual Boston State of The Seaport Event
- Twenty-Six Davis Malm Attorneys Listed in 2014 Massachusetts *Super Lawyers* and *Rising Stars*
- Davis Malm Attorneys Named to *Best Lawyers in America©* 2015
- Davis Malm Earns Prestigious 2014 Chambers USA Rankings
- George L. Chimento, Gary M. Feldman, Paul L. Feldman, Brian L. Gaudet, and Tamsin R. Kaplan Selected 2014 Chambers USA Leaders in their Field
- Davis Malm Hosts Junior Achievement Skills to Achieve Program
- Paul L. Feldman Participates in MCLE Zoning Practice Seminar
- Thirty Davis Malm Attorneys Listed in 2013 Massachusetts *Super Lawyers* and *Rising Stars*
- Davis Malm Attorneys Named to *Best Lawyers in America©* for 2014
- Davis Malm Earns Prestigious 2013 Chambers USA Rankings
- George L. Chimento, Gary M. Feldman, Paul L. Feldman, and Tamsin R. Kaplan Selected 2013 Chambers USA Leaders in their Field
- Paul L. Feldman Participates in MCLE Zoning Practice Seminar

- Twenty-one Davis Malm Attorneys Listed in 2012 *Massachusetts Super Lawyers and Rising Stars*
- C. Michael Malm, Paul L. Feldman, and Michael D. Weisman Selected 2013 "Best Lawyers in America"
- George L. Chimento, Paul L, Feldman, and C. Michael Malm Selected 2012 Chambers USA "Leaders in their Field"
- Fifteen Davis Malm Attorneys Named 2011 Massachusetts "Super Lawyers"
- Paul L. Feldman, David Rapaport, and Michael D. Weisman Selected 2012 "Best Lawyers in America"
- Thirteen Davis Malm Attorneys Named 2010 Massachusetts "Super Lawyers"
- Paul L. Feldman, David Rapaport, and Michael D. Weisman Selected 2011 "Best Lawyers in America"
- Davis Malm Earns Top Tier Ranking in Inaugural U.S. News - Best Law Firm Rankings
- Paul L. Feldman Participates in "Zoning Practice: MCLE BasicsPlus" Seminar
- Eleven Davis Malm Attorneys Named 2009 Massachusetts "Super Lawyers"
- Eleven Davis Malm Attorneys Named 2008 Massachusetts "Super Lawyers"
- Paul L. Feldman Participates in "Zoning Practice: MCLE BasicsPlus" Seminar
- Paul L. Feldman Profiled in The New England Real Estate Journal
- Davis Malm Attorneys Participate in MBA's Walk to the Hill for Civil Legal Aid
- Eleven Davis Malm Attorneys Named 2007 Massachusetts "Super Lawyers"
- Twelve Davis Malm Attorneys Named 2006 Massachusetts "Super Lawyers"
- Paul L. Feldman Quoted in Banker & Tradesman Regarding Boston's Commercial Real Estate Market

**EDUCATION**

- J.D. (*cum laude*), Boston University School of Law, 1982.
- B.A. (*magna cum laude*), State University of New York at Albany, 1979.

One Boston Place, 37th Floor, Boston, Massachusetts 02108 | phone 617.367.2500 | fax 617.523.6215 | info@davismalm.com
© 2002- 2016 Davis, Malm & D'Agostine, P.C. All Rights Reserved. Attorney Advertising: Prior results do not guarantee a similar outcome. Please read our Disclaimer.
Hosted on the FirmWise[sm] Platform