EXHIBIT B

**From:** Merritt, Theodore (USAMA) [mailto:Theodore.Merritt@usdoj.gov]
**Sent:** Wednesday, February 03, 2016 5:02 PM
**To:** Levy, Joshua S.; mconnolly@hinckleyallen.com; Charles Rankin (crankin@rankin-sultan.com)
**Cc:** Barclay, Kristina (USAMA)
**Subject:** RE: Casino trial

Josh et. al.:  I guess our answer is that in principle we intend to be accommodating to your witness schedules but without knowing the particulars, it's hard to commit to a blanket concurrence to all situations and Rule 15 depositions.  If the one witness you mentioned is Feldman, we are aware of his schedule but we intend to call him in our case (no surprise).

**From:** Levy, Joshua S. [mailto:Joshua.Levy@ropesgray.com]
**Sent:** Wednesday, February 03, 2016 2:10 PM
**To:** Merritt, Theodore (USAMA); mconnolly@hinckleyallen.com; Charles Rankin (crankin@rankin-sultan.com)
**Subject:** RE: Casino trial

Ted
I know we spoke after I sent this email about the deadlines.  I just want to confirm that you agree to the first condition below about reasonable accommodations on witnesses because we may have some challenges given the new trial date and travel for some of our witnesses.  Please let me know  thanks

**Joshua S. Levy**
**ROPES & GRAY LLP**
T +1 617 951 7281 | F +1 617 235 0441 | M +1 617 645 7229
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
joshua.levy@ropesgray.com
www.ropesgray.com