UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 14-cr-10284-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| (1) DUSTIN J. DENUNZIO, | ) | |
| (2) ANTHONY GATTINERI, and | ) | |
| (3) CHARLES A. LIGHTBODY | ) | |
| | ) | |
| Defendants | ) | |

## UNITED STATES' SUPPLEMENTAL WITNESS LIST

The United States respectfully submits this list of additional witnesses it currently intends to call in its case in chief. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendants.

41. Stephen Wynn
    Las Vegas, NV

42. Keeper of Records
    Proofpoint, Inc.

43. Sebastian Birritteri
    Winthrop, MA

44. Michelle Birritteri
    Winthrop, MA

45. James Michael Flood
    Atlanta, GA

Respectfully submitted

CARMEN M. ORTIZ
United States Attorney

Date:  April 6, 2016          By:     /s/Kristina E. Barclay
                                      KRISTINA E. BARCLAY
                                      S. THEODORE MERRITT
                                      Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Date: April 6, 2016 | */s/ Kristina E. Barclay*<br>Assistant United States Attorney |