UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                       )<br>)<br>(1) DUSTIN J. DENUNZIO,                )<br>(2) ANTHONY GATTINERI, and       )<br>(3) CHARLES A. LIGHTBODY,         )<br>)<br>Defendants.                       )<br>)<br>)<br>)<br>) | Criminal No:  14-CR-10284-NMG |

**DEFENDANTS' SUBMISSION IN SUPPORT OF THEIR
DISCOVERY REQUEST FOR ALL SUBPOENAS ISSUED TO
BANKS AND OTHER FINANCIAL INSTITUTIONS DURING THIS CASE**

In response to the Court's request during the final pretrial conference on April 6, 2016, and in support of their request that the Government disclose to the defense any and all subpoenas issued to banks and/or financial institutions, including the relevant response letters, during the course of this case, Defendants submit the following:

An alleged "hidden financial interest" is at the heart of this case.  The Government's allegations boil down to the claim that Defendants conspired to conceal Charles Lightbody's "financial interest" in FBT Everett Realty LLC from Wynn Resorts and from the Massachusetts Gaming Commission.  To support its allegations, the Government conducted a protracted, expansive investigation of banks and financial institutions, presumably in an effort to find this alleged "financial interest."  During his grand jury testimony, FBI Special Agent Matthew Elio provided a list of the banks and financial institutions that were subpoenaed as part of the investigation; he listed more than eighty institutions.

The requested materials are all highly material to the preparation of the defense. In defending against the charge that they concealed a "financial interest," Defendants are entitled to be able to illustrate for the jury the scope of the Government's investigation, in order to permit the jurors to assess and consider the Government's evidence of this "hidden interest" in light of the extensive investigation that the Government undertook in this case. To make this showing, Defendants are entitled to know the basic information conveyed by these subpoenas. The subpoenas' target institutions, target accounts, and the target date ranges are all material to defense counsel's ability to prepare for trial. As the Government informed the Court on April 6, it has produced all of the fruits of the subpoenas to Defendants; the Government's position that the fruits of the subpoenas are subject to disclosure under Rule 16 while the subpoenas themselves are not is illogical.

The information is material to the preparation of the defense in this case, and under Rule 16(a)(1)(E), nothing more is required. Defendants are willing to treat any materials received pursuant to this request as subject to the Protective Order. And in any event, the request is narrow and targeted: as evidenced by Agent Elio's testimony, the Government is well aware of which subpoenas were issued as part of this investigation and which ones were issued as part of a different case.

This Court should require the Government to comply with Defendants' reasonable and narrow discovery request.

Respectfully submitted,

/s/ Joshua S. Levy
Joshua S. Levy (BBO #563017)
Aaron M. Katz (BBO #662457)
Alexandra L. Roth (BBO # 687847)

2

56044828_1

    Ropes & Gray LLP
    Prudential Center
    800 Boylston St.
    Boston, MA 02199
    Phone: (617) 951-7000
    Fax: (617) 951-7050
    Joshua.Levy@ropesgray.com
    Aaron.Katz@ropesgray.com
    Alexandra.Roth@ropesgray.com
    *Attorneys for Dustin DeNunzio*

    /s/ Michael J. Connolly
    Michael J. Connolly (BBO #638611)
    Laura B. Angelini (BBO #658647)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109
    Phone: (617) 345-9000
    Fax: (617) 345-9020
    mconnolly@hinckleyallen.com
    langelini@hinckleyallen.com
    *Attorneys for Anthony Gattineri*

    /s/ Charles W. Rankin
    Charles W. Rankin (BBO #411780)
    Rankin & Sultan
    151 Merrimac St. #200
    Boston, MA 02114
    crankin@rankin-sultan.com
    *Attorney for Charles Lightbody*

Dated: April 7, 2016

## CERTIFICATE OF SERVICE

I, Joshua S. Levy, hereby certify that, on April 7, 2016, true and accurate copies of the foregoing were served on counsel for the Government.

                                    /s/ *Joshua S. Levy*

56044828_1