UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

No. 14-CR-10284-NMG

UNITED STATES

v.

CHARLES LIGHTBODY

**MOTION FOR MODIFICATION OF TRIAL SCHEDULE**

Defendant Charles Lightbody ["Lightbody"], through undersigned counsel, hereby moves that the Court alter the trial schedule in accordance with the recommendations of Dr. Russell Vasile, if the Court ultimately determines that Mr. Lightbody is competent to stand trial. In support of this motion, defendant states:

1. At the status conference on April 6, 2016, the Court released the report of Dr. Russell Vasile, a psychiatrist, to the parties.

2. Dr. Vasile recommended that, if the Court finds Mr. Lightbody to be competent, the Court consider a modified trial schedule to accommodate Mr. Lightbody's condition:

> I recommend that if the Court finds Mr. Lightbody competent to stand trial, consideration be given to taking frequent breaks during Court proceedings and shortening the duration of the trial day, in recognition of Mr. Lightbody's concern that his cognitive performance may be stressed by a trial.

Vasile report, page 7.

3. According to Dr. Vasile's report, the characteristics most affected by chemo-brain are memory, concentration, and speed of information processing. Each of those characteristics

---

*[Handwritten annotation:]* Motion denied, in part, and allowed, in part; the Court will adjust its trial schedule as necessary during the course of trial to accommodate the needs of parties, counsel and jurors but will not eliminate afternoon sessions as a rule at this time.
/s/ NMGorton, USDJ 4/7/16