DATE: Tuesday, July 02, 2013

TIME: 2:52:38 pm EDT

SESSION #: 749

**Participants:**
    CL=CHARLES LIGHTBODY
    GD=GARY DECICCO

**Abbreviations:**

    [ ] = IN THE BACKGROUND OR TRANSLATOR'S NOTE
    [IA] = INAUDIBLE
    [UI] = UNINTELLIGIBLE
    [PH] = PHONETIC
    [OV]= OVERLAPPING VOICES

*Ticker Start Time: (14:55:29)*

GD: How's my buddy Gattineri?

CL: Buddy, I have, hey listen, honest to God, you've got him pegged pretty good. Cause there's not one person that likes him.

GD: Naw, he sucks.

CL: No one likes him, I swear to God.

GD: By the way, I've got no money Charlie.

CL: Yeah

GD: Gary got no money. Gary got no money. Yeah ok

CL: Paul hates him

GD: I told you, as soon as I got rid of the IRS. I needed to get rid of the IRS, they fucking

CL: Yup

GD: nailed me, they beat me over the head. They made me lay low for about eight months and then I bought 3 more fucking buildings, I bought my [IA] cars. I'm back in action. But these motherfuckers, they chased everything.

CL: Paul, Paul hates that Anthony.

GD: Oh everybody hates Anthony. Anthony's a piece of shit.

CL: You know what he told me? Hey you want to hear what he told me. When I told you what he told me you might fall off your fucking chair.

GD: Go ahead.

CL: He goes, Charlie, that's what you gotta do. He goes you gotta get Richie's slush, get some sausage, get Bianco's sausage cart. He goes, and, and, get uh clown with some face painters he goes and send them down the trailer for the kids and their families. And have

GD: He's got no respect, Charlie

CL: Hey and have Steve Wynn pay for it, he said to me. I go, who the fuck am I going to call up to do that?

GD: First of all…

CL: Like he wanted me to go do it like I'm a clown.

GD: Yeah no, let me just tell you something. He's got zero respect, he has no brains whatsoever,

CL: Nope

GD: He's so stupid.

CL: He got all his money handed to him.

GD: He got all his money handed to him and the part that I get a kick out of the most is he bitches and complains. Oh yeah, yeah, yeah and Gary's got no money. Well I got fucking 3 million of his. So I gotta have something. What a stupid motherfucker.

CL: Hahaha. Oh that's fucking awesome.

GD: Yeah no shit.

CL: But Paul fucking hates him.

GD: What's that?

CL: Paul hates him. We had a meeting last week, Paul didn't even want to come. He goes can I do it on the phone?

GD: No, I know, he always hated him. What do you think he said to me? I don't want that fucking guy involved in the deal. And I said eh whatever, I don't care. You know, it was best for me. Let me tell you, move on, I'm doing better, making more money, and no aggravation dealing with fucking a maggot like him.

CL: Oh yeah, He definitely is a fucking maggot, that's for sure.

GD: Oh yeah, oh yeah, absolutely.,. and uh

CL: I told Dustin I want to come up with some paint from Walgreens and ask him if I could paint his face, tell him I'm the guy, the face painter.

GD: Well you know, for him to even be that disrespectful and you know.

CL: Well he's a maggot.

GD: He, he's just an absolute asshole. I know people that have known him for 30 years and they told me, they said there's not a decent bone in the guy's body. And if the fucking shit hits the fan over on that property, he will be the first one to rat anything or anybody…

CL: Oh yeah.

GD: Oh he will, absolutely. I told you that they were going to depose me, they wanted to [UI]. I said listen, I'm not going anywhere, I don't want to talk to anybody. I told you that about a year ago.

CL: Yeah.

GD: Now I don't know what Billy's doing, no one's bothered me. But, um, you know.

CL: Well Billy wants this because they're suing Billy for loss of use for the property.

GD: Yeah, of course they are, they were supposed to. I told you that fucking, Locke and Bloom [PH] told me that.

CL: Yeah.

GD: And I think it's great, But you know something? He, he's, you know he's no fucking good. And they, here's the thing. Bill is better than Anthony, put it that way.

CL: Billy's a nut and Billy's a scumbag.

GD: And Billy's a piece of shit.

CL: Oh yeah.

GD: But Anthony you can depend on.

CL: They should be partners, those two guys.

GD: Well, Anthony's about, fucking, you know, he's, fucking Billy would…

CL: Try to cut his head off, you know what I'm saying? Dustin is funny, Dustin is funny. Dustin's only fucking 5 feet tall, he goes listen, he goes that guy has definitely got the worst case of Napoleon's complex I've ever seen.

GD: No its true though, he does.

CL: And Dustin's only short too you know, so Dustin makes fun of him and says you got Napoleon's complex. Fucking funny.

GD: He does. He, he's always, and especially when you're bigger than him. Especially, never mind the Napoleon complex, it comes to hatred. Like he doesn't…'that big fucking asshole, that fucking big piece of shit.' Cause he doesn't like big people.

CL: Oh yeah.

GD: When someone's little he's like, 'oh yeah, that nice guy, oh I know him he's a little guy, yeah he's a nice guy.'

CL: Yeah.

GD: First of all, that's nothing. The guy, every, every…I am a firm believer that everything happens for a reason, and…

CL: I agree with that.

GD: And he's going to get his. Enjoy yourself; you do what you've got to do. Just be really careful, cause you can't trust him a fucking [IA].

CL: Oh no. I don't even talk to the guy, he calls me up and I don't call him back. No fucking way, he's a nut.

GD: Yeah no, he's…not only is he a nut, but like you know, there's people like, for example they're not gonna…like he's the type of guy that behind your back as you know, he says all kinds of nasty shit. And…

CL: He'll rob you too, he'll definitely fucking rob you. He'll him and Billy would make great partners.

GD: Oh yeah, he's a piece of shit. But you know hopefully it works out. It'll work out well. Fucking Gattineri will get his eyes taken out of his fucking head and everything will go well. The fucking bum. But you enjoy your fucking 4th, enjoy it. When you get back give me a holler we'll see if we can sit down and have our [UI].

CL: Sounds good. If you see any boats out there, you know 38 footers that's a fucking good deal let me know.

GD: I will, I will.

CL: Alright, buddy, thank you. Have a good 4th.

GD: You too, buh-bye.

CL: Alright, buh-bye.