# RANKIN & SULTAN
## ATTORNEYS AT LAW

CHARLES W. RANKIN
JAMES L. SULTAN
CATHERINE J. HINTON

KERRY A. HABERLIN
AUDREY M. GRACE
EMMANUELLE DEBOUVERIE

151 MERRIMAC STREET
SECOND FLOOR
BOSTON, MA 02114

(617) 720-0011
FAX (617) 742-0701
EMAIL OFFICE@RANKIN-SULTAN.COM

April 20, 2016

Kristina E. Barclay
Assistant U.S. Attorney
Moakley Federal Courthouse
One Courthouse Way, Suite #9200
Boston, MA 02210

Re:   *United States v. Denunzio, et al.*
      **US District Court Criminal #14-CR-10284-NMG**

Dear Ms. Barclay:

Before the commencement of cross-examination, please provide all documents and information on which Lt. Condon bases his testimony that Charles Lightbody is an associate of organized crime. Also, please provide the results and details of any Google search about Charles Lightbody conducted by Lt. Condon, SA Sheahan, or other government witnesses.

This request is being submitted on behalf of all three defendants.

Sincerely,

/S/ Charles W. Rankin

**BY FIRST CLASS MAIL and BY E-MAIL**