MUNICIPAL COURT OF THE CITY OF BOSTON     6-18-82

CRIMINAL BUSINESS

4526

Date of Offence... MARCH 17, 1982

Complainant... ▮▮▮▮▮▮▮▮▮▮    Police Officer, District ▮▮▮

Defendant... Charles Lightbody    Date of Birth ▮▮-59

Defendant's Address... ▮▮▮▮▮▮ Revere.

Offence   265.-15A That the defendant did assault ▮▮▮▮▮▮ & Battery ▮ by means, dangerous weapon, to wit, a shod foot, and did beat said victim with shod foot while at 35 Clinton St.

If process is ordered, this application must be presented at once to Pleading Clerk at Room 411

| Recog. to M. C. | Names of Witnesses | Recog. to S. C. | Give place of business or employment, if in Boston, otherwise, residence | St. No. |
|---|---|---|---|---|
| | Complainant ▮▮▮▮▮▮▮ | | MAY 1 1 1982  RPB-S | |

The defendent having been arrested (and now before the court in custody and given bail) no warrant to arrest for the offence complained of is now necessary.

State if defendant is arrested... NO    Date of Arrest...

Form 223

EXHIBIT 176
14-10284-NMG

Commonwealth                                Complaint(s) no(s) _____

vs.

_____Lightbody, Charles_____

I have been given notice of my right to have a jury trial in the first instance. I understand this notice. I hereby waive my right to a jury trial in the first instance on the complaints listed above.

_____6/18/82_____                          x_____Charles Lightbody_____
       (Date)                                       (Signature of Defendant)

31

To the Justices of the Municipal Court of the City of Boston, holden at said City of Boston for the transaction of criminal business, within the County of Suffolk,

███████████████

of the City of Boston, in the County of Suffolk, in behalf of the Commonwealth of Massachusetts, on oath complains that

Charles Lightbody

of said City of Boston, on the ~~seventh~~ *amended 10/12/82 J.P.D.* Seventeenth day of March in the year of our Lord one thousand nine hundred and ~~seventy~~ eighty two

at the City of Boston aforesaid, and within the judicial district of said Court,

did then and there commit an assault and battery by means of a dangerous weapon, to wit, a shod foot

upon another, to wit, upon the said ███████

against the peace of said Commonwealth and the form of the statute in such case made and provided.

Suffolk, to wit:
Taken and sworn to, this eleventh day of May in the year of our Lord one thousand nine hundred and ~~seventy~~ eighty two
BEFORE SAID COURT.

Assistant Clerk.

Form 2

To the Justices of the Municipal Court of the City of Boston, holden at said City of Boston for the transaction of criminal business, within the County of Suffolk,

▮

of the City of Boston, in the County of Suffolk, in behalf of the Commonwealth of Massachusetts, on oath complains that

Charles Lightbody

of said City of Boston, on the ~~seventh~~ amended 10/12/82 J.P.V. SevenTeenTH day of March in the year of our Lord one thousand nine hundred and ~~seventy~~ eighty two

at the City of Boston aforesaid, and within the judicial district of said Court,

did then and there commit an assault and battery by means of a dangerous weapon, to wit, a shod foot

upon another, to wit, upon the said ▮

against the peace of said Commonwealth and the form of the statute in such case made and provided.

Suffolk, to wit:
Taken and sworn to, this       eleventh                              day of      May
in the year of our Lord one thousand nine hundred and ~~seventy~~   eighty two
BEFORE SAID COURT.

                                                                                                Assistant Clerk.

Form 2

OCT 14 1982