d/o/b _____

# COMMONWEALTH
## VS.

Charles A. Lightbody, Jr.

168 Beach St.

Revere, MA

ATTY. FOR DEFT.: ███████████

COMPLAINANT: ███████████

DISTRICT COURT: East Boston

JUDGE: Brennan, J.

COMPLAINTS: 824161    PRIOR DISPOSITION: ███████

Assault and battery on a Police officer

ATTY. FOR COMM.: Pricopoulos

STENOGRAPHER: 4777  263-290

RECEIVED FROM: East Boston    COURT ON Nov. 2, 1982

31

EXHIBIT 177
14-10284-NMG

BOSTON MUNICIPAL COURT DEPARTMENT
FOR CRIMINAL BUSINESS — JURY SESSION

NAME: Charles A. Lightbody, Jr.    NUMBERS: 824161

PRE-TRIAL CONFERENCE DATE: ▉    OFFENSE: Assault and battery on a Police officer

\*\* Page Two \*\*

## BOSTON MUNICIPAL COURT DEPARTMENT
### FOR CRIMINAL BUSINESS — JURY SESSION

NAME: Charles A. Lightbody, Jr.          NUMBERS 824161

PRE-TRIAL CONFERENCE DATE:               OFFENSE: Assault & battery on a police office[r]

MAR 14 1983

DEFENDANT OFFERS TO
PLEAD GUILTY. AFTER
HEARING, COURT ACCEPTS
DEFENDANT'S OFFER.
DEFENDANT PLEADS GUILTY