*I hereby certify that the foregoing is true copy of the record of the Superior Court Department of the Trial Court, for the Transaction of Criminal Business, Suffolk County.*

       *IN TESTIMONY WHEREOF,*

       *I here unto set my hand and affix the seal of said Superior Court, at Boston aforesaid, this Twelfth day of April in the year two thousand and sixteen.*

           *Mary D. Begin*
      Deputy / Assistant Clerk Magistrate

**EXHIBIT 179**
14-10284-NMG

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CRIMINAL**
Docket Report

**9984CR11629**
Commonwealth vs. Lightbody, Charles A

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Indictment | **FILE DATE:** | 12/29/1999 |
| **ACTION CODE:** | 265/13A/B-0 | **CASE TRACK:** | I - Inventory |
| **DESCRIPTION:** | A&B c265 §13A | | |
| **CASE DISPOSITION DATE** | 09/28/2001 | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Disposed by Plea | **STATUS DATE:** | 10/08/2002 |
| **CASE JUDGE:** | | **CASE SESSION:** | Criminal 6 |

### LINKED CASE

### DCM TRACK

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| | | |

### PARTIES

| | |
|---|---|
| **Prosecutor**<br>Commonwealth | **Attorney for the Commonwealth**  634036<br>Brennan, Henry B.<br>Massachusetts Bar<br>20 Park Plaza<br>Suite 400<br>Boston, MA 02116<br>Work Phone (617) 201-5977<br>Added Date: 09/27/2001 |
| **Defendant**<br>Lightbody, Charles A<br>C/O Walter Underhill<br>███████ ██<br>Boston, MA 02110 | **Private Counsel**  548076<br>Chapman, Randy Scott<br>Chapman & Chapman<br>Chapman & Chapman<br>111 Everett Avenue<br>Suite 2A<br>Chelsea, MA 02150<br>Work Phone (617) 884-6400<br>Added Date: 01/25/2000 |

CRTR2709-CR



**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CRIMINAL**
Docket Report

| | PARTY CHARGES | | | | |
|---|---|---|---|---|---|
| # | Offense Date/ Charge | Code | Town | Disposition | Disposition Date |
| 1 | 11/21/1996 A&B c265 §13A | 265/13A/B-0 | Boston | | |
| | | | | Guilty Plea | 09/28/2001 |