SUPREME COURT OF THE STATE OF NEW YORK    NO FEE
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NY 11415

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 01/29/2016                          CERTIFICATE OF DISPOSITION NUMBER: 27670

PEOPLE OF THE STATE OF NEW YORK           CASE NUMBER:
     VS.                 LOWER COURT NUMBER(S):

               NYSID #:
               DATE OF BIRTH:                      /1959
LIGHTBODY,CHARLES                         DATE FILED:                 12/07/2006
----------------------------------
   DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 07/20/2007 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  BUCHTER,R THEN A
JUSTICE OF THIS COURT.

GRAND LARCENY 3rd DEGREE PL  155.35 00 DF



IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 01/29/2016.

               QUEENS COUNTY CLERK
                 COURT CLERK

EXHIBIT
180
14-10284-NMG