SUPREME COURT OF THE STATE OF NEW YORK     NO FEE
QUEENS COUNTY
125-01 QUEENS BOULEVARD
KEW GARDENS, NY 11415

CERTIFICATE OF DISPOSITION INDICTMENT

DATE: 01/29/2016                          CERTIFICATE OF DISPOSITION NUMBER: 27671

PEOPLE OF THE STATE OF NEW YORK           CASE NUMBER:
            VS.                           LOWER COURT NUMBER(S):

                                          NYSID #:
                                          DATE OF BIRTH:                    /1959
LIGHTBODY,CHARLES                         DATE FILED:                 12/07/2006

            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 07/20/2007 THE ABOVE NAMED DEFENDANT WAS
CONVICTED OF THE CRIME(S) BELOW BEFORE JUSTICE  BUCHTER,R THEN A
JUSTICE OF THIS COURT.

IDENTITY THEFT 1st DEGREE PL  190.80 01 DF



IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 01/29/2016.

                                          QUEENS COUNTY CLERK
                                          ─────────────────────
                                               COURT CLERK

EXHIBIT
181
14-10284-NMG