UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

No. 14-CR-10284-NMG

UNITED STATES

v.

CHARLES LIGHTBODY
Defendant

**MOTION UNDER RULE 29 FOR ENTRY OF JUDGMENT OF ACQUITTAL ON COUNTS 1 AND 2**

**INTRODUCTION**

Charles Lightbody, defendant in the above-captioned criminal case, hereby moves the Court, pursuant to F.R.Crim.P. 29 and the Fifth Amendment to the United States Constitution, to enter a judgment of acquittal on Counts 1 and 2 at the close of the Government's case. As grounds therefore, defendant avers that the evidence was insufficient to sustain a conviction on such counts in the absence of impermissible speculation and that a reasonable jury must necessarily have entertained a reasonable doubt. The grounds for this motion are set forth more fully in the Consolidated Memorandum of Law filed herewith.

/s/Charles W. Rankin
Charles W. Rankin, BBO #411780
Rankin & Sultan
151 Merrimac Street, Second Floor
Boston, MA 02114
(617) 720-0011
**Counsel for Charles Lightbody**

1

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the Electronic Filing System (CM/ECF) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on April 26, 2016.

/s/Charles W. Rankin
_____
Charles W. Rankin