UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 14-CR-10284-NMG

UNITED STATES

v.

CHARLES LIGHTBODY,
Defendant

## DEFENDANT'S MOTION TO DISCHARGE MORTGAGE

The defendant Charles Lightbody moves the Court for an order directing the Clerk of the United States District Court for the District of Massachusetts to discharge the mortgage on his home that secured his appearance bond, Document 91. In support of this motion, defendant states:

1. In 2015, the Court, Bowler U.S.M.J., ordered that the defendant secure a $50,000 appearance bond with a mortgage on his residence. The mortgage was recorded in the Suffolk (Mass.) Registry of Deeds. Book 54198, Page 178.

2. The defendant complied with his conditions of release.

3. A jury returned verdicts of not guilty on April 30, 2016. Document 516.

WHEREFOR, the Court should order that the mortgage be discharged.

*Motion allowed. NMGorton, USDJ 8/8/16*